UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                            x
KAI JOCHIMS, Individually and on Behalf of  :  Civil Action No. 1:21-cv-06360-AKH
All Others Similarly Situated,              :
                                            :  CLASS ACTION
                 Plaintiff,                 :
                                            :
         vs.                                :
                                            :
OATLY GROUP AB, TONI PETERSSON,             :
CHRISTIAN HANKE, FREDRIK BERG,              :
STEVEN CHU, ANN CHUNG, BERNARD              :
HOURS, HANNAH JONES, MATTIAS                :
KLINTEMAR, PO SING (TOMAKIN) LAI,           :
ERIC MELLOUL, BJÖRN ÖSTE, FRANCES           :
RATHKE, YAWEN WU, and TIM ZHANG,            :
                                            :
                 Defendants.                :
                                            x
FRANCESCA BENTLEY, Individually and on      :  Civil Action No. 1:21-cv-06485-AKH
Behalf of All Others Similarly Situated,    :
                                            :  CLASS ACTION
                 Plaintiff,                 :
                                            :
         vs.                                :
                                            :
OATLY GROUP AB, TONI PETERSSON,             :
CHRISTIAN HANKE, FREDRIK BERG,              :
STEVEN CHU, ANN CHUNG, BERNARD              :
HOURS, HANNAH JONES, MATTIAS                :
KLINTEMAR, PO SING (TOMAKIN) LAI,           :
ERIC MELLOUL, BJÖRN ÖSTE, FRANCES           :
RATHKE, YAWEN WU, and TIM ZHANG,            :
                                            :
                 Defendants.                :
                                            x
```

[Caption continued on following page.]

MARK D. HAYDEN AND BRUCE R. HIPPLE'S NOTICE OF MOTION FOR
RECONSIDERATION OF ORDER CONSOLIDATING CASES AND APPOINTING LEAD
PLAINTIFF AND COUNSEL (ECF NO. 37)

4871-1019-6487.v1

```
                                              x
ANTHONY KOSTENDT, Individually and on  :   Civil Action No. 1:21-cv-07904-UA
Behalf of All Others Similarly Situated,    :
                                            :   CLASS ACTION
                       Plaintiff,           :
                                            :
       vs.                                  :
                                            :
OATLY GROUP AB, TONI PETERSSON,             :
CHRISTIAN HANKE, FREDRIK BERG,              :
STEVEN CHU, ANN CHUNG, BERNARD              :
HOURS, HANNAH JONES, MATTIAS                :
KLINTEMAR, PO SING (TOMAKIN) LAI,           :
ERIC MELLOUL, BJÖRN ÖSTE, FRANCES           :
RATHKE, YAWEN WU, and TIM ZHANG,            :
                                            :
                       Defendants.          :
                                              x
```

4871-1019-6487.v1

PLEASE TAKE NOTICE that Mark D. Hayden and Bruce R. Hipple will move this Court, on a date and time as may be designated by the Court, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl St., New York, NY 10007, pursuant to Local Civil Rule 6.3 for an order reconsidering the Order Consolidating Cases and Appointing Lead Plaintiff and Counsel (ECF No. 37). Hayden and Hipple's Motion is based on the accompanying Memorandum of Law.

DATED: December 20, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

- 1 -

4871-1019-6487.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 20, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4871-1019-6487.v1

# Mailing Information for a Case 1:21-cv-06360-AKH Jochims v. Oatly Group AB et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Shannon Lee Hopkins**
  shopkins@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Thomas Livezey Laughlin , IV**
  tlaughlin@scott-scott.com,rswartz@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com,edewan@scott-scott.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,asoto@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)