## APPENDIX A

### A.  Statements or Omissions Related to Consumer Demand and Production Constraints

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| 1 | "the greatest constraint on [Oatly's] growth has been production capacity" because "[h]istorically, global demand for Oatly products has significantly outpaced our supply."  (¶ 34.)<br><br>(Offering Documents – May 17, 2021)[4] | • Plaintiffs fail to allege facts regarding Oatly's historical global demand.<br><br>• Plaintiffs fail to allege facts establishing that production capacity was not a constraint on Oatly's growth.  *See* pp. 10–12.<br><br>• Plaintiffs' unwarranted inferences do not establish global demand was low or declining.  *See* pp. 10–12. | • Puffery.  *See* pp. 23–24. | EA |

---

[1] Quotation marks, brackets, omissions, and emphases are reproduced as they appear in the Consolidated Amended Complaint (the "Complaint").  Paragraph citations ("¶") are to the Complaint.

[2] All page citations ("*see* pp.") are to Defendants' Memorandum of Law in Support of Motion to Dismiss.

[3] Entries in this column indicate whether Plaintiffs allege a statement is the basis for their claims under the Securities Exchange Act of 1934 ("EA"), their claims under the Securities Act of 1933 ("SA"), or both.

[4] "Offering Documents" are defined in the Complaint as: "The final Registration Statement and Prospectus documents (including all materials incorporated by reference therein, and all 'free-writing' prospectus materials, including the roadshow presentation materials."  ¶ 37.  The final amended Form F-1 was filed with the SEC on May 17, 2021.

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | | • The confidential witness allegations do not establish demand was low or declining. *See* pp. 13–15. <br><br> • The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | | |
| 2 | As the Prospectus further represented, key to this strategy was "continu[ing] to build on industry-leading food retail performance *by growing velocity and expanding on-shelf presence with Oatly's full portfolio*," while adding that "[t]he food retail channel . . . has welcomed Oatly on shelves." (¶ 34.) <br><br> (Offering Documents – May 17, 2021) | • Plaintiffs fail to allege any facts suggesting that growing velocity and expanding shelf space was not Oatly's intended future strategy at the time of Oatly's IPO. <br><br> • Plaintiffs fail to allege facts suggesting that the food retail channel had not welcomed Oatly on shelves generally across the globe and as a general historical matter, even if Oatly experienced shelf space decreases at specific retailers or in specific regions in 2021. | • Puffery. *See* pp. 23–24. | EA |
| 3 | We launched in the U.S. and within nine months there was a national oat milk shortage. It's cool but not cool because you want to supply that. *We've come to realize we'll never be able to make enough oat milk. The demand is more great than the supply*. It doesn't matter how fast we build | • Plaintiffs fail to allege facts regarding historical demand when Oatly entered the United States. <br><br> • Plaintiffs fail to allege facts establishing that production capacity was not a | • Impermissible puzzle pleading. *See* p. 22. <br><br> • Puffery. *See* pp. 23–24. | EA |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | our factories, because we're building them as fast we can. (¶ 40.)<br><br>(Statement by Oatly's Chief Marketing Officer John Schoolcraft – December 11, 2019) | constraint on Oatly's growth. *See* pp. 10–12.<br><br>• Plaintiffs' unwarranted inferences do not establish demand was low or declining. *See* pp. 10–12.<br><br>• The confidential witness allegations do not establish demand was low or declining. *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | • Statement made outside the Class Period. | |
| 4 | *Demand for Oatly products has grown at an incredible rate. To date, production capacity has been a major constraint on our growth, and we have made substantial investments to scale our production capacity and address supply shortages.* (¶¶ 42, 147.)<br><br>(Offering Documents – May 17, 2021) | • Plaintiffs fail to allege facts establishing that Oatly did not make substantial investments to scale its production capacity and address supply shortages.<br><br>• Plaintiffs fail to allege facts regarding Oatly's historical demand.<br><br>• Plaintiffs fail to allege facts establishing that production capacity was not a constraint on Oatly's growth. *See* pp. 10–12. | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22.<br><br>• Puffery. *See* pp. 23–24. | EA and SA |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | | • Plaintiffs' unwarranted inferences do not establish demand was low or declining. *See* pp. 10–12.<br><br>• The confidential witness allegations do not establish demand was low or declining. *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | | |
| 5 | ***Our brand has excelled on a global scale***, as evidenced by the following market statistics:<br><br>• In 2020, Oatly contributed the highest amount of sales growth to the dairy alternatives drinks category across each of our key markets – the United Kingdom, Germany and Sweden.<br><br>• In our home market of Sweden, we had a 53% market share of the total sales in the alternative dairy products non-milk based category as of 2020, according to Nielsen.<br><br>• In the United States, the United Kingdom, Germany and Sweden, we | • Plaintiffs fail to allege any facts related to Oatly's contributions to the growth of the dairy alternatives drinks category, Oatly's market shares, Oatly's year-over-year retail sales growth rates, and the growth of oat milk within the category of plant-based dairy generally, in 2020 or otherwise.<br><br>• Plaintiffs fail to allege facts regarding Oatly's historical demand in 2020.<br><br>• Plaintiffs' unwarranted inferences do not establish demand was low or declining. *See* pp. 10–12. | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22.<br><br>• Puffery (in part). *See* pp. 23–24. | EA and SA |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | are the highest selling brand in the oat category by retail sales value, which is the largest category within dairy alternatives in the United Kingdom and Germany and is the fastest-growing category within the United States.<br><br>• Our 2020 year-over-year retail sales growth rates were 99% in the United Kingdom, according to IRI Infoscan, 199% in Germany and 182% in the United States, according to Nielsen. Our growth led the increase in demand for oat-based products.  Since 2018, when we launched our new retail strategy in Germany, oatmilk's market share of sales in the retail plant-based dairy category has grown from approximately 23% for the rolling four week period ended January 2018 to approximately 60% for the rolling four week period ended December 2020, according to Nielsen.  (¶¶ 42, 147.)<br><br>(Offering Documents – May 17, 2021) | • The confidential witness allegations do not establish demand was low or declining.  *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand was low or declining.  *See* pp. 15–16. | | |
| 6 | *We also believe that global demand for Oatly products has far outpaced our* | • Plaintiffs fail to allege facts regarding Oatly's historical demand. | • Part of a large block quote | EA and SA |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | *supply*.  As we continue to scale, we have a significant opportunity to satisfy unmet demand and leverage our brand success to expand our product portfolio.  (¶¶ 42, 147.)<br><br>(Offering Documents – May 17, 2021) | • Plaintiffs fail to allege facts establishing that production capacity was not a constraint on Oatly's growth.  *See* pp. 10–12.<br><br>• Plaintiffs' unwarranted inferences do not establish demand was low or declining.  *See* pp. 10–12.<br><br>• The confidential witness allegations do not establish demand was low or declining.  *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand was low or declining.  *See* pp. 15–16. | constituting impermissible puzzle pleading. *See* p. 22.<br><br>• Puffery.  *See* pp. 23–24.<br><br>• Opinion.  *See* pp. 24–25. | |
| 7 | ***Retail sales data shows that Oatly is the driving force behind the increasing consumer demand for oat-based dairy products***.  (¶¶ 42, 147.)<br><br>(Offering Documents – May 17, 2021) | • Plaintiffs fail to allege facts establishing that consumer demand for oat-based dairy products was not growing generally, or that Oatly is not driving any such industry-wide growth.<br><br>• Plaintiffs' unwarranted inferences do not establish demand was low or declining.  *See* pp. 10–12.<br><br>• The confidential witness allegations do not establish demand was low or declining.  *See* pp. 13–15. | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22. | |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | | • The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | | |
| 8 | We are the highest selling oatmilk brand by retail sales value in Sweden, Germany and the United Kingdom in grocery in the dairy alternative non-milk based category for 2020, according to Nielsen and IRI Infoscan. ***In 2020, we drove 49%, 43% and 13% of plant-based milk growth in the United Kingdom, Germany and the United States according to Nielsen and IRI Infoscan. Within our core markets of Sweden, the United Kingdom and Germany, our brand contributed the most sales growth to the plant-based milk category in 2020.*** (¶¶ 43, 148.) <br><br> (Offering Documents – May 17, 2021) | • Plaintiffs do not allege facts regarding Oatly's share of the dairy alternative non-milk based category or the growth of this category generally, in 2020 or otherwise. <br><br> • Plaintiffs fail to allege facts regarding Oatly's historical demand in 2020. <br><br> • Plaintiffs' unwarranted inferences do not establish demand was low or declining. *See* pp. 10–12. <br><br> • The confidential witness allegations do not establish demand was low or declining. *See* pp. 13–15. <br><br> • The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22. | EA and SA |
| 9 | ***We have demonstrated global commercial success through our expansion into more than 20 markets across three continents.*** (¶¶ 43, 148.) | • Plaintiffs fail to allege any facts suggesting Oatly did not expand into more than 20 markets across three continents. | • Part of a large block quote constituting impermissible | EA and SA |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | (Offering Documents – May 17, 2021) | • Plaintiffs fail to allege facts regarding Oatly's historical demand.<br><br>• Plaintiffs' unwarranted inferences do not establish demand was low or declining. *See* pp. 10–12.<br><br>• The confidential witness allegations do not establish demand was low or declining. *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | puzzle pleading. *See* p. 22. | |
| 10 | We will leverage the significant demand for Oatly products to grow in new and existing markets.  We believe we can continue to build on industry-leading food retail performance by growing velocity and expanding on-shelf presence with Oatly's full portfolio.[5] ***Our accelerating performance in Germany, the United Kingdom and the United States, where we have consistently increased velocity, is indicative of the potential we see across each of our international markets, including China.***  Furthermore, there is | • Plaintiffs fail to allege any facts suggesting that growing velocity and expanding shelf space was not Oatly's intended future strategy at the time of Oatly's IPO.<br><br>• Plaintiffs fail to allege facts suggesting that the food retail channel had not welcomed Oatly on shelves generally across the globe as a general historical matter, even if Oatly experienced shelf | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22.<br><br>• Puffery (in part). *See* pp. 23–24.<br><br>• Opinion.  *See* pp. 24–25. | EA and SA |

[5] The "we believe" language is omitted from the incomplete quote included at ¶ 43, but is included at ¶ 148.

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | significant whitespace to expand our foodservice and food retail locations within our existing markets*.  **The food retail channel, in particular, has welcomed Oatly on shelves** as we have driven incremental profit, traffic and premiumization in a milk category that was shifting towards private label.  **Our TDP share, which represents our brand's total distribution points ("TDP") as a percentage of the total oatmilk category distribution points, of 40%, 32% and 13% in the United Kingdom, Germany and the United States, respectively, indicates the significant upside in our existing markets.** (¶¶ 43, 148.)

(Offering Documents – May 17, 2021) | space decreases at specific retailers or in specific regions in 2021.

• Plaintiffs fail to allege facts regarding whether Oatly's performance in Germany, the UK, and the U.S. was not indicative of potential in other international markets.

• Plaintiffs fail to allege facts regarding Oatly's TDP share.

• Plaintiffs' unwarranted inferences do not establish demand was low or declining.  *See* pp. 10–12.

• The confidential witness allegations do not establish demand was low or declining.  *See* pp. 13–15.

• The Spruce Point report's allegations do not establish demand was low or declining.  *See* pp. 15–16. | | |
| 11 | ***Our growth in China demonstrates the effectiveness of this expansion strategy. . . . Within approximately two years of entering the Chinese market, we had over 9,500 foodservice and retail points of sale in total with a growth rate*** | • Plaintiffs fail to allege facts regarding Oatly's historical demand in China in 2020 or earlier.

• Plaintiffs fail to allege any facts regarding Oatly's foodservice and retail points of sale in China or its growth rate | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22. | EA and SA |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | *of over 450% as of December 31, 2020.* (¶¶ 45, 150.)<br><br>(Offering Documents – May 17, 2021) | in the Chinese market as of the end of 2020.<br><br>• Plaintiffs' unwarranted inferences do not establish demand in China was low or declining. *See* pp. 10–12.<br><br>• The confidential witness allegations do not establish demand in China was low or declining. *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand in China was low or declining. *See* pp. 15–16. | | |
| 12 | In 2018, we entered China, focusing again on penetrating specialty coffee and tea shops and quickly generating a powerful brand resonance with consumers. *We have since used premier foodservice partnerships to rapidly expand across the broader Asian region and facilitate market education for consuming plant-based milks as alternatives to dairy products, particularly with coffee and tea.* In Asia, as of December 31, 2020, we had a presence in approximately 11,000 coffee and tea shops and approximately more than 6,000 retail and specialty shops, including an exclusive, branded partnership with | • Plaintiffs fail to allege Oatly did not enter China in 2018 with a focus on penetrating specialty coffee and tea shops and generating brand resonance, expanding across Asia thereafter.<br><br>• Plaintiffs fail to allege facts regarding Oatly's presence in coffee and tea shops or retail and specialty shops in China, or regarding its partnerships in Asia.<br><br>• Plaintiffs fail to allege facts regarding Oatly's historical demand in Asia in 2018-2020. | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22.<br><br>• Puffery (in part). *See* pp. 23–24. | EA and SA |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | Starbucks China in over 4,700 stores. (¶¶ 45, 150.)<br><br>(Offering Documents – May 17, 2021) | • Plaintiffs' unwarranted inferences do not establish demand in Asia was low or declining. *See* pp. 10–12.<br><br>• The confidential witness allegations do not establish demand in Asia was low or declining. *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand in Asia was low or declining. *See* pp. 15–16. | | |
| 13 | Significantly, the Offering Documents also lacked key disclosures about the Company's revenues that could have revealed the declining demand for Oatly's products and, in any event, were required under the International Financial Reporting Standards ("IFRS") as issued by the International Accounting Standards Board. (¶¶ 48–50.)<br><br>(Offering Documents – May 17, 2021) | • Plaintiffs fail to allege facts establishing Oatly was under a legal obligation to comply with IFRS standards. *See* p. 20.<br><br>• Even if Plaintiffs had established Oatly failed to make an accounting disclosure it was legally obligated to make (which they do not), Plaintiffs' allegations do not establish Oatly's accounting practices would mislead a reasonable investor, including with respect to demand for its products. *See* pp. 20–21. | • Oatly had no duty to make the allegedly omitted IFRS disclosures. *See* pp. 17–18, 20–21. | EA |
| 14 | If we fail to meet demand for our products and, as a result, *consumers who have previously purchased our products buy other brands or our retailers allocate shelf space to other brands*, our business, | • Plaintiffs fail to allege any facts suggesting the falsity of Oatly's cautious negative risk disclosure regarding the risks associated with a failure to meet demand and a | | EA and SA |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | financial condition and results of operations ***could** be adversely affected*. (¶¶ 50, 152.) <br><br> (Offering Documents – May 17, 2021) | consequent loss of customers and shelf space. <br><br> • Plaintiffs' unwarranted inferences do not establish demand was low or declining.  *See* pp. 10–12. <br><br> • The confidential witness allegations do not establish demand was low or declining.  *See* pp. 13–15. <br><br> • The Spruce Point report's allegations do not establish demand was low or declining.  *See* pp. 15–16. | | |
| 15 | "YoY Growth" (*i.e.*, year-over-year growth) in Asia was 414.16% and that "consumer demand globally increase[d]." (¶¶ 52, 154.)[6] <br><br> (Roadshow Presentation Materials – May 2021) | • Plaintiffs fail to allege facts regarding Oatly's growth in Asia or growth in global demand between Q1 of 2020 and Q1 of 2021. <br><br> • Plaintiffs' unwarranted inferences do not establish demand was low or declining.  *See* pp. 10–12. | • Roadshow presentations are not actionable under the SA because they are not part of the registration statement.[7] | EA and SA |

[6] In the Complaint, Plaintiffs reproduce a slide from the challenged presentation slide, which indicates that the challenged statements quoted by Plaintiffs relate to a comparison of Q1 2020 and Q1 2021.  (¶¶ 52, 154.)

[7] *See In re Morgan Stanley Info. Fund Sec. Litig.*, 592 F.3d 347, 358 (2d Cir. 2010) ("To state a claim under section 11, the plaintiff must allege . . . the registration statement contained an untrue statement . . . or omitted to state a material fact." (internal quotation marks omitted)).

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | | • The confidential witness allegations do not establish demand was low or declining. *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | | |
| 16 | 2021 represents the most transformational year in our Company's history with the completion of our successful IPO in May, which has provided us with the capital to fuel new production *capacity globally as we scale our business across three continents to meet the robust consumer demand for our leading oat-based brand. We are incredibly proud of our global team's execution with strong growth in new and existing customers*, the opening of two new facilities in Ogden, Utah and Singapore, as well as doubling production capacity at our facility in Vlissingen, Netherlands.  (¶ 54.)<br><br>(August 2021 Release – August 16, 2021)[8] | • Plaintiffs fail to allege facts suggesting that Oatly did not take actions to address production capacity issues, such as opening new facilities.<br><br>• Plaintiffs fail to allege facts establishing that production capacity was not a constraint on Oatly's growth.  *See* pp. 10–12.<br><br>• Plaintiffs' unwarranted inferences do not establish demand was low or declining.  *See* pp. 10–12.<br><br>• The confidential witness allegations do not establish demand was low or declining.  *See* pp. 13–15. | • Impermissible puzzle pleading. *See* p. 22.<br><br>• Puffery (in part). *See* pp. 23–24. | EA |

---

[8] "August 2021 Release" is defined in the Complaint as Oatly's "August 16, 2021 press release announcing the Company's second quarter 2021 financial results, which was also filed on Form 6-K with the SEC that same day."  ¶ 54.

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | | • The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | | |
| 17 | EMEA revenue increased $18.8 million, or 31.6%, to $78.5 million for the second quarter of 2021 compared to $59.7 million in the prior year period. ***This increase was primarily due to higher production compared to the same period prior year, with <u>growth in foodservice and retail channels</u> across oatdrink, oatgurt and other food product offerings, partially offset by lower fill rates due to the <u>robust consumer demand</u> and continued capacity constraints.*** (¶ 55.) <br><br> (August 2021 Release – August 16, 2021) | • Plaintiffs fail to allege facts regarding Oatly's EMEA revenue or production growth between Q2 2020 and Q2 2021. <br><br> • Plaintiffs fail to allege facts establishing that production capacity was not a constraint on Oatly's growth. *See* pp. 10–12. <br><br> • Plaintiffs' unwarranted inferences do not establish demand was low or declining. *See* pp. 10–12. <br><br> • The confidential witness allegations do not establish demand was low or declining. *See* pp. 13–15. <br><br> • The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22. <br><br> • Puffery (in part). *See* pp. 23–24. | EA |
| 18 | Americas revenue increased $16.3 million, or 65.0%, to $41.3 million for the second quarter of 2021 compared to $25.1 million in the prior year period. ***This increase was primarily due to higher production*** | • Plaintiffs fail to allege facts regarding Oatly's Americas revenue or production growth between Q2 2020 and Q2 2021. | • Part of a large block quote constituting impermissible | EA |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | *compared to the same period prior year with growth in both new and existing foodservice and retail channels across oatdrink, oatgurt and frozen product offerings, partially offset by lower fill rates due to the* <u>*robust consumer demand*</u> *and continued capacity constraints.* (¶ 55.)<br><br>(August 2021 Release – August 16, 2021) | • Plaintiffs fail to allege facts establishing that production capacity was not a constraint on Oatly's growth. *See* pp. 10–12.<br><br>• Plaintiffs' unwarranted inferences do not establish demand was low or declining. *See* pp. 10–12.<br><br>• The confidential witness allegations do not establish demand was low or declining. *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | puzzle pleading. *See* p. 22.<br><br>• Puffery (in part). *See* pp. 23–24. | |
| 19 | Asia revenue increased $15.7 million, or 148.6%, to $26.3 million for the second quarter of 2021 compared to $10.6 million in the prior year period. ***This increase was primarily due to higher production compared to the same period prior year with growth in both new and existing foodservice and e-commerce channels as well as in the retail channels across oatdrink offerings, partially offset [sic] continued capacity constraints.*** (¶ 55.)<br><br>(August 2021 Release – August 16, 2021) | • Plaintiffs fail to allege facts regarding Oatly's Asia revenue or production growth between Q2 2020 and Q2 2021.<br><br>• Plaintiffs fail to allege facts establishing that production capacity was not a constraint on Oatly's growth. *See* pp. 10–12.<br><br>• Plaintiffs' unwarranted inferences do not establish demand was low or declining. *See* pp. 10–12. | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22.<br><br>• Puffery (in part). *See* pp. 23–24. | EA |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | | • The confidential witness allegations do not establish demand was low or declining. *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | | |
| 20 | *To date, our growth has been constrained by our production capacity, as consumer demand for our products continues to outpace our global capacity*. (¶ 56)<br><br>(2Q 2021 Financials – August 16, 2021)[9] | • Plaintiffs fail to allege facts establishing that production capacity was not a constraint on Oatly's growth. *See* pp. 10–12.<br><br>• Plaintiffs' unwarranted inferences do not establish demand was low or declining. *See* pp. 10–12.<br><br>• The confidential witness allegations do not establish demand was low or declining. *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | • Grouped with a large block quote constituting impermissible puzzle pleading. *See* p. 22. | EA |
| 21 | *To date we have experienced accelerated demand and our revenue growth has been* | • Plaintiffs fail to allege facts suggesting that expanding production capacity was | • Part of a large block quote | EA |

[9] "2Q 2021 Financials" is defined in the Complaint as Oatly's "financial statements for the three and six months ended June 30, 2021, which were also filed on Form 6-K with the SEC," released on August 16, 2021. ¶ 56.

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | *constrained by limitations in our production capacity*. As noted above we plan to significantly increase our capacity to support our continued expansion and revenue growth across our three geographic regions. (¶ 56.)<br><br>(2Q 2021 Financials – August 16, 2021) | not Oatly's intended future strategy as of the time of the 2Q 2021 Financials.<br><br>• Plaintiffs fail to allege facts establishing that production capacity was not a constraint on Oatly's growth. *See* pp. 10–12.<br><br>• Plaintiffs fail to allege facts regarding Oatly's historical demand.<br><br>• Plaintiffs' unwarranted inferences do not establish demand was low or declining. *See* pp. 10–12.<br><br>• The confidential witness allegations do not establish demand was low or declining. *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16.<br><br>• Plaintiffs fail to allege facts suggesting that Oatly did not "plan to" increase its production capacity. | constituting impermissible puzzle pleading. *See* p. 22.<br><br>• Puffery. *See* pp. 23–24. | |
| 22 | The following factors and trends in our business have driven net revenue growth over prior periods and are expected to be | • Plaintiffs fail to allege any facts suggesting that expanding shelf space and increasing production capacity had not driven Oatly's revenue growth in | • Part of a large block quote constituting impermissible | EA |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | key drivers of our net revenue growth going forward:<br><br>• **_Grow within retail channels globally by increasing our distribution points with existing and new customers, capturing greater shelf space and continue to drive velocity increases._**<br><br>• **_Expand global production capacity to meet unmet demand._** (¶ 56.)<br><br>(2Q 2021 Financials – August 16, 2021) | past time periods, or that Oatly did not truly "expect[]" those strategies to drive future revenue growth.<br><br>• Plaintiffs fail to allege facts establishing that production capacity was not a constraint on Oatly's growth.  *See* pp. 10–12.<br><br>• Plaintiffs' unwarranted inferences do not establish demand was low or declining.  *See* pp. 10–12.<br><br>• The confidential witness allegations do not establish demand was low or declining.  *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand was low or declining.  *See* pp. 15–16. | puzzle pleading. *See* p. 22. | |
| 23 | Defendant Petersson also touted "**_robust customer demand_** for [Oatly's] leading brand" and "**_global demand for Oatly products continued to outpace our supply_**, with capacity constraining our growth in the second quarter."  (¶ 57.)<br><br>(Q2 Earnings Call – August 16, 2021) | • Plaintiffs fail to allege facts establishing that production capacity was not a constraint on Oatly's growth.  *See* pp. 10–12.<br><br>• Plaintiffs' unwarranted inferences do not establish demand was low or declining.  *See* pp. 10–12. | • Puffery.  *See* pp. 23–24. | EA |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | | • The confidential witness allegations do not establish demand was low or declining. *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | | |
| 24 | And as we continue to scale, *we have significant opportunity to satisfy unmet demand and leverage our brand success to expand across geographies, sales channels and product categories*. June was the highest production month in company's history, and we have started out the third quarter strong in July with a consecutive record-setting production month. As Peter will elaborate on, this is a trend we expect to continue and gives us confidence in our 2021 outlook for revenue to exceed $690 million, an increase of greater than 64% year-over-year, representing an acceleration in our rate of growth in the second half of 2021 from the first half of 2021. (¶ 57.)<br><br>(Q2 Earnings Call – August 16, 2021) | • Plaintiffs fail to allege facts establishing Oatly did not have opportunities to satisfy unmet demand or leverage its success to expand.<br><br>• Plaintiffs fail to allege facts suggesting Oatly did not have higher production in June and July 2021 compared to its historical production figures.<br><br>• Plaintiffs fail to allege any facts establishing Oatly did not "expect" its production growth trends to continue.<br><br>• Plaintiffs fail to allege facts establishing that production capacity was not a constraint on Oatly's growth. *See* pp. 10–12.<br><br>• Plaintiffs' unwarranted inferences do not establish demand was low or declining. *See* pp. 10–12. | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22.<br><br>• Puffery (in part). *See* pp. 23–24.<br><br>• Forward-looking accompanied by cautionary language. *See* p. 25. | EA |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | | • The confidential witness allegations do not establish demand was low or declining. *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | | |
| 25 | ***Any recent pressures on our market share velocity measured channel is expected and directly correlated with the capacity constraints and less of inventory to fulfill demand across sales channels***. As we've seen in the past, once supply improves, we can increase velocities and growth as well as backlog of orders to fulfill. (¶ 57.)<br><br>(Q2 Earnings Call – August 16, 2021) | • Plaintiffs fail to allege facts establishing that production capacity was not a constraint on Oatly's growth and market share. *See* pp. 10–12.<br><br>• Plaintiffs fail to allege facts suggesting Oatly has not previously observed increases in velocities and growth as its supply improved.<br><br>• Plaintiffs' unwarranted inferences do not establish demand was low or declining. *See* pp. 10–12.<br><br>• The confidential witness allegations do not establish demand was low or declining. *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | | EA |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| 26 | [T]he Offering Documents were materially misleading and incomplete because they failed to disclose that prior to the May 2021 IPO, (i) the Company's shelf space in Europe and the U.S. was decreasing; (ii) customer demand for Oatly's products was not increasing; and (iii) retail customers were purchasing fewer Oatly products and customer demand for those products was, in fact, decreasing, as evidenced by, among other things, Oatly's declining shelf space with retailers in Europe and the U.S. prior to the May 2021 IPO. (¶ 156.)<br><br>(Offering Documents – May 17, 2021) | • Plaintiffs fail to allege facts establishing that demand was low or declining, or that customers were purchasing fewer Oatly products. *See* pp. 10–16.<br><br>• Plaintiffs' unwarranted inferences do not establish demand was low or declining. *See* pp. 10–12.<br><br>• The confidential witness allegations do not establish demand was low or declining. *See* pp. 13–15.<br><br>• The Spruce Point report's allegations do not establish demand was low or declining. *See* pp. 15–16. | • Impermissible puzzle pleading because Plaintiffs fail to allege which statements were misleading in light of these allegedly omitted "facts." *See* p. 22.<br><br>• Defendants had no duty to disclose alleged shelf space declines because they would not establish the falsity of Defendants' statements regarding consumer demand. *See* pp. 10–12, 17–18.<br><br>• Defendants have no duty to disclose customer demand was "not | SA |

| No. | Challenged Statement/Omission[1] | Failure to Plead False or Misleading with Particularity[2] | Other Reasons Why Not Actionable | Alleged Violation[3] |
|---|---|---|---|---|
| | | | increasing" or "decreasing" because that would be untrue, and Plaintiffs fail to plead otherwise. *See* pp. 10–16. | |

22

**B.  Statements or Omissions Related to Environmental Practices**

| No. | Challenged Statement/Exclusion | Failure to Plead False or Misleading with Particularity | Other Reasons Why Not Actionable | Alleged Violation |
|---|---|---|---|---|
| 27 | *Sustainability is at the core of our business and actionable in our products*. (¶¶ 59, 157.)<br><br>(Offering Documents – May 17, 2021) | • Plaintiffs fail to allege facts establishing sustainability was not at the core of Oatly's business and actionable in its products.<br><br>• The Spruce Point report's allegations fail to establish Oatly was not committed to environmentally friendly practices.  *See* pp. 12–13, 16. | • Opinion.  *See* pp. 24–25. | EA and SA |
| 28 | [O]n average, a liter of Oatly product consumed in place of cow's milk results in around 80% less greenhouse gas emissions, 79% less land usage and 60% less energy consumption.  (¶¶ 59, 157.)<br><br>(Offering Documents – May 17, 2021) | • Plaintiffs fail to allege facts establishing Oatly's statements about greenhouse gases, land usage, and energy consumption were false.  *See* pp. 12–13.<br><br>• The Spruce Point report's allegations fail to establish Oatly was not committed to environmentally friendly practices.  *See* pp. 12–13, 16. | | EA and SA |
| 29 | *Sustainability at Oatly is far more than achieving certain key performance indicators and corporate policies—it is a mindset that helps us navigate business decisions and build a culture that is singularly focused on pushing the* | • Plaintiffs fail to allege facts establishing Oatly did not have a mindset of sustainability.<br><br>• The Spruce Point report's allegations fail to establish Oatly was not | • Opinion.  *See* pp. 24–25 . | EA and SA |

| | | | |
|---|---|---|---|
| | *boundaries of the plant-based movement*. (¶¶ 59, 157.)<br><br>(Offering Documents – May 17, 2021) | committed to environmentally friendly practices.  *See* pp. 12–13, 16. | | |
| 30 | Rooted and validated through our research, we believe the growth of our products is an actionable solution to some of society's greatest environmental and nutritional challenges.  We are focused on driving the global appetite and market for plant-based dairy, and we are just scratching the surface.  *With every liter of Oatly we produce, our positive environmental and societal impact increases.* We strive to drive meaningful change within the food industry by making it easier for people to turn what they eat and drink into personal moments of healthy joy, while reducing the impact on the planet's resources in the process.  *Our unwavering commitment to sustainability fuels our growth.* (¶¶ 60, 158.)<br><br>(Offering Documents – May 17, 2021) | • Plaintiffs fail to allege facts establishing (1) Oatly did not truly believe that the growth of its products is a solution to societal challenges; (2) that  Oatly's positive environmental and societal impact was not increasing; or (3) that Oatly was not truly committed to sustainability.<br><br>• Plaintiffs fail to allege facts establishing Oatly was not focused on driving the global appetite and market for plant-based dairy.<br><br>• The Spruce Point report's allegations fail to establish Oatly was not committed to environmentally friendly practices.  *See* pp. 12–13, 16. | • Impermissible puzzle pleading. *See* p. 22.<br><br>• Opinion.  *See* pp. 24–25. | EA and SA |
| 31 | [T]he Offering Documents were materially misleading and incomplete because they failed to disclose that certain of Oatly's U.S. manufacturing facilities were not environmentally sustainable prior to the May 2021 IPO, as revealed in the Spruce Point Report.  (¶ 160.) | • Plaintiffs fail to allege facts establishing that Oatly's U.S. manufacturing facilities were not environmentally sustainable.  *See* pp. 12–13.<br><br>• The Spruce Point report's allegations fail to establish Oatly was not | • Impermissible puzzle pleading because Plaintiffs fail to allege which statements were misleading in light of these | SA |

| | | | |
|---|---|---|---|
| (Offering Documents – May 17, 2021) | committed to environmentally friendly practices, or that any of Defendants' other statements were false. *See* pp. 12–13, 16. | allegedly omitted "facts." *See* p. 22.<br><br>• Defendants had no duty to disclose an isolated environment-related issue at a single facility because that alleged fact would not establish Oatly's statements regarding its environmental practices were false or misleading. *See* pp. 12–13, 16–18. | |

## C. Statements or Omissions Related to Rising Ingredient Prices

| No. | Challenged Statement/Omission | Failure to Plead False or Misleading with Particularity | Other Reasons Why Not Actionable | Alleged Violation |
|---|---|---|---|---|
| 32 | Sourcing oats. We *source* oats from regional millers, and we secure regional supply and capacity while minimizing transportation distance and expenses. Within our regions, we work with farmers to implement sustainable agricultural strategies for oat cultivation, as well as actively seek to aid meat and dairy farmers to increase the amount of crops they grow for human consumption. (¶¶ 64, 163)<br><br>(Offering Documents – May 17, 2021) | • Plaintiffs fail to allege any facts suggesting Oatly's statements regarding its sourcing of oats were false.<br><br>• Oatly disclosed the risk of rising ingredient costs. *See* p. 19.<br><br>• Even if Oatly had a duty to disclose rising ingredient prices (which it did not), and had not disclosed the risk of rising ingredient prices (which it did), these statements would not lead a reasonable investor to believe that ingredient prices were stable or decreasing. | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22.<br><br>• No duty to disclose information that is already publicly available. *See* pp. 17–19.<br><br>• No duty to disclose competitively sensitive information. *See* pp. 17–19. | EA and SA |
| 33 | Rapeseed oil and other strategic ingredients. We source non-GMO rapeseed oil. For our products produced in EMEA, we source from Sweden, and for products produced in the United States, we source from Canada . . . (¶¶ 64, 163.) | • Plaintiffs fail to allege any facts suggesting Oatly's statements regarding its sourcing of rapeseed oil were false. | • Part of a large block quote constituting impermissible | EA and SA |

| No. | Challenged Statement/Omission | Failure to Plead False or Misleading with Particularity | Other Reasons Why Not Actionable | Alleged Violation |
|---|---|---|---|---|
| | (Offering Documents – May 17, 2021) | • Oatly disclosed the risk of rising ingredient costs. *See* p. 19.<br><br>• Even if Oatly had a duty to disclose rising ingredient prices (which it did not), and had not disclosed the risk of rising ingredient prices (which it did), these statements would not lead a reasonable investor to believe that ingredient prices were stable or decreasing. | puzzle pleading. *See* p. 22.<br><br>• No duty to disclose information that is already publicly available. *See* pp. 17–19.<br><br>• No duty to disclose competitively sensitive information. *See* pp. 17–19 | |
| 34 | We currently work closely with five oat suppliers to source our oats – we have one supplier in Belgium, one in Malaysia, two in Sweden and one in the United States. We have agreements in place with each of these suppliers and believe that the terms contained in these agreements are customary for such suppliers in our industry.  Under each of these agreements, we are required to provide forecasts of our anticipated needs for certain periods of time to assess the supply we will require | • Plaintiffs fail to allege any facts suggesting Oatly's statements regarding its sourcing of oats were false.<br><br>• Plaintiffs fail to allege any facts suggesting Oatly's statements regarding its agreements with suppliers were false.<br><br>• Oatly disclosed the risk of rising ingredient costs. *See* p. 19.<br><br>• Even if Oatly had a duty to disclose rising ingredient prices (which it did | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22.<br><br>• No duty to disclose information that is already publicly | EA and SA |

| No. | Challenged Statement/Omission | Failure to Plead False or Misleading with Particularity | Other Reasons Why Not Actionable | Alleged Violation |
|---|---|---|---|---|
| | for the upcoming term, and the oats supplied under each of these agreements are subject to certain quality control and sustainability requirements.  (¶¶ 64, 163.)<br><br>(Offering Documents – May 17, 2021) | not), and had not disclosed the risk of rising ingredient prices (which it did), these statements would not lead a reasonable investor to believe that ingredient prices were stable or decreasing. | available.  *See* pp. 17–19.<br><br>• No duty to disclose competitively sensitive information. *See* pp. 17–19.<br><br>• Opinion. *See* pp. 24–25. | |
| 35 | Our future business, results of operations and financial condition *may* be adversely affected by reduced or limited availability of oats and other raw materials that our limited number of suppliers are able to sell to us that meet our quality standards. (¶¶ 70, 169.)<br><br>(Offering Documents – May 17, 2021) | • Plaintiffs fail to allege any facts suggesting Oatly falsely identified the business risk of limited availability of raw materials.<br><br>• This cautious negative risk disclosure was not misleading just because the risk had already begun to materialize. *See* p. 19. | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22.<br><br>• No duty to disclose information that is already publicly available. *See* pp. 17–19.<br><br>• No duty to disclose | EA and SA |

| No. | Challenged Statement/Omission | Failure to Plead False or Misleading with Particularity | Other Reasons Why Not Actionable | Alleged Violation |
|---|---|---|---|---|
| | | | competitively sensitive information. *See* pp. 17–19. | |
| 36 | Our ability to ensure a continuing supply of high-quality oats and other raw materials for our products at competitive prices depends on many factors beyond our control.  In particular, we rely on a limited number of regional suppliers that supply us with high-quality oats and maintain controls and procedures in order to meet our standards for quality and sustainability.  Our financial performance depends in large part on our ability to arrange for the purchase of raw materials in sufficient quantities **at competitive prices**.  We are not assured of continued supply or adequate pricing of raw materials.  Any of our suppliers could discontinue or *Seek* to alter their relationship with us. . . (¶¶ 70, 169.)<br><br>(Offering Documents – May 17, 2021) | • Plaintiffs fail to allege any facts suggesting Oatly falsely identified the business risk of short supply or high pricing of raw materials.<br><br>• Plaintiffs fail to allege any facts suggesting Oatly does not rely on a limited number of regional suppliers to supply it with oats that meet its quality and sustainability standards.<br><br>• This cautious negative risk disclosure was not misleading just because the risk had already begun to materialize.  *See* p. 19. | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22.<br><br>• No duty to disclose information that is already publicly available.  *See* pp. 17–19.<br><br>• No duty to disclose competitively sensitive information. *See* pp. 17–19. | EA and SA |
| 37 | In addition, we also compete with other food companies in the procurement of oats and other raw materials, and this | • Plaintiffs fail to allege any facts suggesting Oatly falsely identified the | • Part of a large block quote constituting | EA and SA |

| No. | Challenged Statement/Omission | Failure to Plead False or Misleading with Particularity | Other Reasons Why Not Actionable | Alleged Violation |
|---|---|---|---|---|
| | competition may increase in the future if consumer demand increases for these items or products containing them or if competitors increasingly offer products in these market sectors.  If supplies of oats and other raw materials that meet our quality standards are reduced or are in greater demand, we may not be able to obtain sufficient supply to meet our needs on favorable terms, or at all. (¶¶ 70, 169.)<br><br>(Offering Documents – May 17, 2021) | business risk of increased competition for raw materials.<br><br>• This cautious negative risk disclosure was not misleading just because the risk had already begun to materialize.  *See* p. 19. | impermissible puzzle pleading. *See* p. 22.<br><br>• No duty to disclose information that is already publicly available.  *See* pp. 17–19.<br><br>• No duty to disclose competitively sensitive information.  *See* pp. 17–19. | |
| 38 | ***Volatility in the prices of raw materials and other supplies we purchase could increase our cost of sales and reduce our profitability***.  Moreover, we may not be able to implement price increases for our products to cover any increased costs, and any price increases we do implement may result in lower sales volumes.  ***If we are not successful in managing our ingredient and packaging costs or the higher costs of sustainable materials, if*** | • Plaintiffs fail to allege any facts suggesting Oatly falsely identified the business risk of volatility in the prices of raw materials.<br><br>• This cautious negative risk disclosure was not misleading just because the risk had already begun to materialize. *See* p. 19. | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22.<br><br>• No duty to disclose information that is already | EA and SA |

30

| No. | Challenged Statement/Omission | Failure to Plead False or Misleading with Particularity | Other Reasons Why Not Actionable | Alleged Violation |
|---|---|---|---|---|
| | *we are unable to increase our prices to cover increased costs or if such price increases reduce our sales volumes, then such increases in costs will adversely affect our business, financial condition and results of operations*. (¶ 72, 171.)<br><br>(Offering Documents – May 17, 2021) | | publicly available. *See* pp. 17–19.<br><br>• No duty to disclose competitively sensitive information. *See* pp. 17–19. | |
| 39 | Similarly, the "risk factors" in the August 2021 Release only alerted investors to the purported risk of "reduced or limited availability of oats or other raw materials that meet [Oatly's] quality standards" and are silent about the already materialized risk of rapidly increasing oat prices. (¶ 74.) | • Plaintiffs fail to allege any facts suggesting Oatly falsely identified the business risk of reduced availability of raw materials that meet its quality standards.<br><br>• This cautious negative risk disclosure was not misleading just because a separate risk of rising ingredient prices existed (which was separately disclosed sufficiently, *see* p. 19). | • Part of a large block quote constituting impermissible puzzle pleading. *See* p. 22.<br><br>• No duty to disclose information that is already publicly available. *See* pp. 17–19.<br><br>• No duty to disclose competitively sensitive | EA |

| No. | Challenged Statement/Omission | Failure to Plead False or Misleading with Particularity | Other Reasons Why Not Actionable | Alleged Violation |
|---|---|---|---|---|
|  |  |  | information. *See* pp. 17–19. |  |

### D.  Statements Or Omissions Related To Oatly's 2018 U.S. Revenue

| No. | Challenged Statement/Omission | Failure to Plead False or Misleading with Particularity | Other Reasons Why Not Actionable | Alleged Violation |
|---|---|---|---|---|
| 40 | The Offering Documents state that Oatly had $12 million in revenue from sales in the United States in 2018.  (¶¶ 140, 141.)<br><br>(Offering Documents – May 17, 2021) | • Plaintiffs fail to allege facts establishing Oatly did not receive $12 million in revenue from sales in the U.S. in 2018.<br><br>• The articles from CNBC and Umgås Magazine do not establish falsity of the $12 million figure.  *See* p. 36.<br><br>• The Spruce Point report's allegations sourced from confidential witnesses do not establish falsity of the $12 million figure. *See* pp. 36–37. | • Even if the revenue statement was false (which it was not), it was not material, either quantitatively or qualitatively.  *See* pp. 37–39. | SA |