**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE OATLY GROUP AB SECURITIES LITIGATION | Consolidated Civil Action No. 1:21-cv-06360 (AKH)(SLC) <br><br> ORAL ARGUMENT REQUESTED <br><br> **<u>DECLARATION OF KALANA KARIYAWASAM</u>** |

I, Kalana Kariyawasam, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am an associate at the law firm of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York, attorneys for Defendants Oatly Group AB ("Oatly"), Toni Petersson, Christian Hanke, Björn Öste, Fredrik Berg, Ann Chung, Bernard Hours, Hannah Jones, Mattias Klintemar, Po Sing Tomakin Lai, Eric Melloul, Yawn Wu, and Tim Zhang, and am a member in good standing of the bar of the State of New York and of this Court.  I submit this declaration in support of the Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint.

2.     Attached hereto as **Exhibit A** is a true and correct copy of the Consolidated Amended Complaint for Violation of the Federal Securities Laws filed on March 4, 2022, in the above-captioned case, Dkt. 64.

3.     Attached hereto as **Exhibit B** is a true and correct copy of an article published by Umgås Magazine on or before August 12, 2020,[1] entitled, "The Rise of Oatly."  The article was last accessed at https://www.umgasmagazine.com/the-rise-of-oatly/ on April 4, 2022.

4.     Attached hereto as **Exhibit C** is a true and correct copy of the final amended Form F-1 Oatly filed with the Securities and Exchange Commission on May 17, 2021.

5.     Attached hereto as **Exhibit D** is a true and correct copy of an article published by CNBC on May 20, 2021, entitled, "How Oatly Went From a Decades-Old Obscure Brand to a $10 Billion IPO."  The article was last accessed at https://www.cnbc.com/2021/05/20/oatly-ipo-how-the-swedish-oat-milk-became-popular-in-us.html on April 4, 2022.  For ease of reference, page numbers that do not appear on the original have been added to the bottom right of each page of the exhibit.

6.     Attached hereto as **Exhibit E** is a true and correct copy of a short-seller report published by Spruce Point Capital Management on July 14, 2021, entitled, "Sour on an Oat-Lier Investment."  The report was last accessed at https://www.sprucepointcap.com/oatly-group-ab/ on April 4, 2022.

7.     Attached hereto as **Exhibit F** is a true and correct copy of the transcript of an earnings call Oatly Group AB ("Oatly") held on August 16, 2021, regarding its earnings for the second quarter of 2021.  The transcript was last accessed from the S&P Capital IQ Platform on April 4, 2022.

8.     Attached hereto as **Exhibit G** is a true and correct copy of a press release published by Oatly on August 16, 2021, regarding its earnings for the second quarter of 2021.  The press

---

[1] Umgås Magazine does not date the article, but website archiving tools show that it was published no later than August 12, 2020.

release was last accessed at https://investors.oatly.com/news-releases/news-release-details/oatly-reports-second-quarter-2021-financial-results#:~:text=Gross%20profit%20was%20%2438.6%20million,the%20same%20period%20last%20year on April 4, 2022.  For ease of reference, page numbers that do not appear on the original have been added to the bottom right of each page of the exhibit.

9.      Attached hereto as **Exhibit H** is a true and correct copy of the transcript of an earnings call Oatly held on November 15, 2021, regarding its earnings for the third quarter of 2021.  The transcript was last accessed from the S&P Capital IQ Platform on April 4, 2022.

10.     Attached hereto as **Exhibit I** is a true and correct copy of a press release published by Oatly on November 15, 2021, regarding its earnings for the second quarter of 2021.  The press release was last accessed at https://investors.oatly.com/news-releases/news-release-details/oatly-reports-third-quarter-2021-financial-results#:~:text=Revenue%20increased%20%2456.4%20million%2C%20or,quarter%20ended%20September%2030%2C%202020 on April 4, 2022.  For ease of reference, page numbers that do not appear on the original have been added to the bottom right of each page of the exhibit.

Dated:    Apr. 8, 2022                          _/s/Kalana Kariyawasam_____
          New York, New York                      Kalana Kariyawasam