# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE OATLY GROUP AB SECURITIES LITIGATION | Consolidated Civil Action No. 1:21-cv-06360-AKH |

## ORDER AMENDING BRIEFING SCHEDULE

Upon review of Lead Plaintiff's Unopposed Motion to Set Briefing Schedule, is hereby ORDERED that:

1. Lead Plaintiff shall file his motion for leave to amend, together with a proposed Second Consolidated Complaint (or "SCC") by May 6, 2022;

2. Defendants shall file any motions to dismiss the SCC (the "Motion to Dismiss") within 35 days after entry of an order granting leave to file the SCC;

3. Lead Plaintiff shall file any opposition to any Motions to Dismiss within 30 days after the Motion to Dismiss is filed;

4. Defendants shall file any replies in support of the Motion to Dismiss within 14 days after Plaintiffs' opposition is filed; and

5. Lead Plaintiff will not (absent Defendants' consent) seek to file a further amended complaint until after a ruling on any such Motion to Dismiss; and

6. The Clerk of the Court shall terminate the pending motion to dismiss (ECF No. 69) as moot upon the filing of the superseding SCC and until such time Lead Plaintiff's deadline to respond to that motion is stayed.

Dated: _____May 2_____, 2022

New York, NY

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE