## **APPENDIX B**

**Oatly's Closing Stock Prices On or Around the Date Spruce Point Published Its Report**

| Date | Closing Price | % Change (from prior day) |
|---|---|---|
| June 29, 2021 | $25.75 | - |
| June 30, 2021 | $24.46 | -5% |
| July 1, 2021 | $23.40 | -4.3% |
| July 2, 2021 | $23.09 | -1.3% |
| July 6, 2021 | $22.21 | -3.8% |
| July 7, 2021 | $22.45 | 1.1% |
| July 8, 2021 | $23.44 | 4.4% |
| July 9, 2021 | $23.00 | -1.9% |
| July 12, 2021 | $22.42 | -2.5% |
| July 13, 2021 | $21.13 | -5.8% |
| July 14, 2021 *Spruce Point Report* | $20.54 | -2.8% |
| July 15, 2021 | $19.48 | -5.2% |
| July 16, 2021 | $19.28 | -1% |
| July 19, 2021 | $19.68 | 2.1% |
| July 20, 2021 | $19.45 | -1.2% |
| July 21, 2021 | $18.87 | -3% |

Source: S&P Global Capital IQ.

1

### Oatly's Stock Price May 20, 2021 – November 30, 2021



*The yellow highlighted portions of the chart identify the time between market close on the trading day prior to the identified date and market close on the identified date.

Source: S&P Global Capital IQ.

2