UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
: 21 Civ. 6360 (AKH)
:
IN RE OATLY GROUP AB SECURITIES : **ORDER GRANTING MOTION**
LITIGATION : **TO DISMISS**
:
:
:
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiffs' failure to plead a legally sufficient and plausible set of allegations conforming to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b), cause me to grant the motion to dismiss with leave to replead, except as to Count II, which is dismissed with prejudice. Plaintiffs may file an Amended Complaint no later than August 11, 2023. Defendants shall file an Answer no later than September 15, 2023. In repleading, Plaintiffs shall avoid repetition, and free its complaint from superfluous verbiage, unnecessary allegations, puzzle pleading (*see In re Pareteum Sec. Litig.*, 19 Civ. 9767, 2020 WL 3448526, at *1–2 (S.D.N.Y. 2020)), inactionable statements of opinion (*see Omnicare, Inc. v. Laborers Dist. Council Constr. Indus. Pension Fund*, 575 U.S. 175, 186 (2015)), and mere puffery (*see ECA & Local 134 IBEW Joint Pension Tr. of Chi. v. JP Morgan Chase Co.*, 553 F.3d 187, 206 (2d Cir. 2009)).

SO ORDERED.

Dated:    June 1, 2023
             New York, New York
                                             ALVIN K. HELLERSTEIN
                                             United States District Judge

1