UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re OATLY GROUP AB SECURITIES LITIGATION | : : : | Consolidated Civil Action No. 1:21-cv-06360-AKH |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class, and all exhibits filed herewith, Lead Plaintiff Mario Bello, and additional plaintiffs Mark D. Hayden and Kai Jochim, on behalf of themselves and all others similarly situated, will respectfully move this Court at the previously scheduled hearing on February 21, 2021, at a time as designated by the Honorable Alvin K. Hellerstein, in Courtroom 14D, Daniel Patrick Moynihan United States Court House, 500 Pearl Street, New York, NY 10007 (*see* ECF No. 99), for entry of an Order (i) preliminarily approving the proposed Settlement; (ii) certifying the Settlement Class for purposes of settlement; (iii) approving the proposed form and manner of notice to putative Settlement Class Members; (iv) appointing the Claims Administrator; and (v) scheduling a date and time for the Settlement Hearing to consider final approval of the Settlement and related matters, as further explained in the accompanying Memorandum of Law.

Dated:  February 16, 2024                    Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: */s/ William C. Fredericks*
DAVID R. SCOTT
WILLIAM C. FREDERICKS
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Tel:  212/233-6444
Fax:  212/233-6334
david.scott@scott-scott.com
wfredericks@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
JACOB B. LIEBERMAN
156 South Main Street
Colchester, CT  06415
Tel: 860/537-5537
Fax: 860/537-4432
jlieberman@scott-scott.com

*Lead Counsel for Federal Plaintiffs and the Proposed Class*

**ROBINS GELLER RUDMAN & DOWD LLP**
SAMUEL H. RUDMAN
MICHAEL G. CAPECI
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mcapeci@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
*Additional Counsel for Plaintiffs*