UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | | x |
| In re OATLY GROUP AB SECURITIES LITIGATION | : | Consolidated Civil Action No. |
| | : | 1:21-cv-06360-AKH |
| | x | |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

|  |  |  |
|---|---|---|
| | X | |
| | : | |
| BRUCE HIPPLE, Individually and on Behalf of All Others Similarly Situated, | : | Index No. 151432/2022 |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | Justice Andrew Borrok |
| | : | |
| vs. | : | |
| | : | |
| OATLY GROUP AB, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | X | |

SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT

EXHIBIT A-3

**TO:**    **(1) ALL PERSONS WHO PURCHASED OR ACQUIRED OATLY GROUP AB ("OATLY") AMERICAN DEPOSITARY SHARES ("ADS") BETWEEN MAY 20, 2021 AND NOVEMBER 15, 2021 INCLUSIVE (THE "CLASS PERIOD"), OR OTHERWISE PURSUANT TO THE OFFERING DOCUMENTS FOR OATLY'S MAY 20, 2021 INITIAL PUBLIC OFFERING ("IPO"), AND WERE DAMAGED THEREBY, AND (2) ALL PERSONS WHO PURCHASED OR ACQUIRED CALL OPTIONS OR SOLD PUT OPTIONS ON OATLY ADS DURING THE CLASS PERIOD, OR OTHERWISE PURSUANT TO OATLY'S OFFERING DOCUMENTS, AND WERE DAMAGED THEREBY.**

**THIS NOTICE WAS AUTHORIZED BY THE COURT.  IT IS NOT A LAWYER SOLICITATION.  PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on _____, 2024, at __:__ _.m., before the Honorable Alvin K. Hellerstein, U.S. District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action (the "Action") as well as the action pending in the Supreme Court of the State of New York, County of New York, styled as *Hipple v. Oatly Group AB, et al.*, Index No. 151432/2022 (Sup. Ct. N.Y.) ("State Action") as set forth in the Stipulation of Settlement ("Stipulation")[1] for $9,250,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered; (3) to award Plaintiffs' Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Actions ("Notice"), which is discussed below), and, if so, in what amount; (4) to award Plaintiffs for representing the Settlement Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

---

[1]    The Stipulation can be viewed and/or obtained at www._____.com.    All capitalized terms used herein and not otherwise defined shall have the same meaning as ascribed to them in the Stipulation

This Action and the State Action are securities class actions brought on behalf of those persons who purchased or acquired Oatly ADS or call options on Oatly ADS or sold put options on Oatly ADS during the Class Period or otherwise pursuant to the Offering Documents for Oatly's IPO, against Oatly and others (collectively, "Defendants") for allegedly misstating and omitting material facts from the Offering Documents filed with the U.S. Securities and Exchange Commission in connection with the IPO.  Plaintiffs allege that these purportedly false and misleading statements inflated the price of the Company's ADSs, resulting in damage to Settlement Class Members when the truth was revealed.  Defendants expressly deny all of Plaintiffs' allegations.

IF YOU PURCHASED OR ACQUIRED OATLY ADS OR CALL OPTIONS ON OATLY ADS OR SOLD PUT OPTIONS ON OATLY ADS BETWEEN MAY 20, 2021 THROUGH AND INCLUDING NOVEMBER 15, 2021, OR OTHERWISE PURSUANT TO THE OFFERING DOCUMENTS, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION AND THE STATE COURT ACTION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than _____, 2024)** or electronically **(no later than \_\_\_\_\_, 2024)**.  Your failure to submit your Proof of Claim by \_\_\_\_\_, 2024, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Action and the State Action.  If you are a member of the Settlement Class and do not request exclusion therefrom as instructed, you will be bound by the Settlement and any judgment and release entered in the Action and the State Court Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

If you have not received a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), and a Proof of Claim, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other settlement documents, online at www._____.com, or by writing to:

*Oatly Securities Litigation*
Claims Administrator
c/o _____
P.O. Box
_____, __ _____

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court. Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to:

Plaintiffs' Counsel:

| William C. Fredericks<br>SCOTT + SCOTT ATTORNEYS AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 233-6444 | Michael G. Capeci<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: (631) 367-7100 |
|---|---|

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY _____, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL MEMBERS OF THE SETTLEMENT CLASS WHO HAVE NOT REQUESTED EXCLUSION FROM THE SETTLEMENT CLASS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES,

- 4 -

AND/OR THE AWARD TO PLAINTIFFS FOR REPRESENTING THE SETTLEMENT CLASS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO PLAINTIFFS' COUNSEL AND DEFENDANTS' COUNSEL **BY            , 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED:                          BY ORDER OF THE UNITED DISTRICT COURT FOR
                                THE SOUTHERN DISTRICT OF NEW YORK