**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re OATLY GROUP AB SECURITIES LITIGATION | Consolidated Civil Action No.<br><br>1:21-CV-06360-AKH |

**DECLARATION OF JACOB B. LIEBERMAN IN SUPPORT OF PLAINTIFFS'**
**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND**
**APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

1.      I, Jacob B. Lieberman, am a partner in the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").   Scott+Scott is the Court-appointed lead counsel for the Court-appointed lead plaintiff, Mario Bello, in the above-captioned action (the "Federal Action"). Scott+Scott is also counsel for the additional plaintiffs in the Federal Action, Mark D. Hayden and Kai Jochim.  I have personal knowledge of the matters stated in this declaration based on my active participation in the prosecution and settlement of the Federal Action.

2.      I respectfully submit this Supplemental Declaration in further support of Plaintiffs' Unopposed Motion for Preliminary Approval of the proposed $9,250,000 settlement of this class action (the "Motion").  *See* ECF No. 101.

3.      At the February 21, 2024, hearing on the Motion, the Court requested an additional submission from Plaintiffs to further explain the Settlement's proposed Plan of Allocation, in particular as it relates to the calculation of damages for Settlement Class Members that purchased call options on Oatly ADS (or sold put options on ADS) during the Class Period. Attached hereto as **Exhibit 1** is the Declaration of Scott D. Hakala, Ph.D, CFA In Support of Proposed Plan of Allocation.  Dr. Hakala is the expert Plaintiffs retained to prepare the Plan of Allocation and his declaration details the steps he took to calculate Settlement Class Members'

1

damages using widely accepted methods typically used in securities class actions and the steps he took to prepare the Plan of Allocation.

4.     The Court also ordered certain revisions to the Preliminary Approval Order (ECF No. 103-2) and the Notice (ECF No. 103-3).  Revised versions of those documents, along with redlines against the versions filed on February 16, 2024, are attached hereto as follows

| Exhibit Number | Document |
|---|---|
| 2 | Revised Preliminary Approval Order |
| 3 | Redline comparing Exhibit 2 to ECF No. 103-2 |
| 4 | Revised Notice |
| 5 | Redline comparing Exhibit 4 to ECF No. 103-3 |

5.     At the February 21 hearing, the Court further noted that edits to the Proof of Claim (ECF No. 103-4) and Summary Notice (ECF No. 103-5) might be required to conform these documents to the Court's revisions to the Notice.  Plaintiffs have reviewed the Proof of Claim and Summary Notice and believe that no revisions are necessary.

6.     In addition, the Court requested that Plaintiffs prepare and submit an additional proposed order to cover the appointment of the Settlement Claims Administrator and provide a process for distributing the Net Settlement Fund (if the Settlement receives final approval). Attached hereto as **Exhibit 6** is the [Proposed] Order Appointing Claims Administrator and Requiring Periodic Reports by Claims Administrator.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED:  March 15, 2024

/s/ *Jacob B. Lieberman*
Jacob B. Lieberman (Atty Bar No. JL-2728)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone: 860-537-5537
Facsimile:  860-537-4432

2

3

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 15, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

        s/ *Jacob B. Lieberman*
        Jacob B. Lieberman