# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE OATLY GROUP AB SECURITIES LITIGATION | § § § § § | Consolidated Civil Action No. 1:21-cv-06360-AKH |

**DECLARATION OF SCOTT D. HAKALA, PH.D., CFA IN SUPPORT OF PROPOSED PLAN OF ALLOCATION**

1.      I, Scott D. Hakala, am a Principal of ValueScope, Inc. ("ValueScope"), a national business valuation and consulting firm.  I was retained by Plaintiffs in the above-captioned action (the "Action") as a consultant to prepare the Plan of Allocation to distribute the Net Settlement Fund, if the Settlement is approved by the Court.[1]  I submit this Declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class (ECF No. 101) and to address certain questions raised by the Court about the Plan of Allocation at the hearing held on February 21, 2024.

**QUALIFICATIONS**

2.      I joined ValueScope in November 2014.  Prior to joining ValueScope, I was a managing director of CBIZ Valuation Group, LLC, and had been employed by that firm or its predecessor from May 1992 through October 2014.  My curriculum vitae including prior testimony is set forth in Exhibit A to this declaration.

3.      I received my Bachelor's degree in economics in 1983, and a Doctor of Philosophy degree in Economics in 1989, both from the University of Minnesota.  I have earned the professional

---

[1]     All capitalized terms not otherwise defined herein have the meanings given them in the Stipulation of Settlement dated February 15, 2024 (the "Stipulation").  *See* ECF No. 103-1.

designation of Chartered Financial Analyst ("CFA"), awarded by the Association for Investment Management and Research.  The CFA program is one of the most difficult and extensive professional credentials.  Earning the CFA designation requires passing a series of three annual exams and a demonstrated level of expertise in financial analysis, financial accounting, valuation of securities and derivative assets and real estate interests, portfolio and asset management, and ethics in the investment industry (including passing three annual exams, each with relatively a high failure rate of as much as 50% or more in each year).

4.      From 1998 to the present, I have served as a consultant and expert witness on numerous occasions analyzing securities returns and allegations of loss causation in securities litigation.  I have prepared over 200 plans of allocation in connection with securities fraud and related matters from 1999 to present, all of which have been approved by courts.  I have also been retained by the U.S. Department of Justice, the U.S. Securities and Exchange Commission, and others[2] for purposes of developing plans for distributing recoveries obtained in government litigation relating to securities violations under "Fair Funds and Disgorgement Plans," and was one of the first economic experts employed for that purpose to develop and implement the Fair Funds distribution process.  I have also been retained by FINRA to develop and administer the distribution of funds recovered to investors.  And, I was a co-author of Thorsen, Kaplan and Hakala, "Rediscovering the Economics of Loss Causation," *Journal of Business and Security Law Acceptance,* Vol. 6, No. 1 and 2, April 2006, which has been cited by other legal scholars.

---

[2]    I was employed by Kenneth Feinberg & Associates to assist in devising certain plans of allocation and to help that firm administer and distribute Fair Funds in some of the first Fair Funds cases.

**THE PLAN OF ALLOCATION GENERALLY**

5.     The Plan of Allocation I prepared is a method for allocating the Net Settlement Fund to eligible Settlement Class Members by calculating each Class Member's Recognized Loss Amount, so that each Settlement Class Member can receive their *pro rata* share of the Net Settlement Fund. Given that the Settlement Class consists of investors in two different, but very related, securities—Oatly ADS and options on Oatly ADS—I used several well-accepted methods to reasonably calculate each Settlement Class Member's Recognized Loss Amount.  For Settlement Class Members who purchased or acquired Oatly ADS, Recognized Loss Amounts are calculated in part using the statutory measure of damages under §11(e) of the Securities Act of 1933, because all of these Class Members have claims under §11 and under §10(b) of the Securities Exchange Act of 1934.  For Settlement Class Members that purchased call options or sold put options and held those positions beyond a single day,[3] the Plan of Allocation calculates the Recognized Loss Amount based on the difference between the approximated value of their options on the relevant dates of the purchases and sale and based on discounted actual losses (whichever is less), consistent with traditional damages methodologies under §10(b) of the Securities Exchange Act of 1934, because these Class Members have only §10(b) claims.

6.     Regardless of whether the Settlement Class Member transacted in Oatly ADS or options on Oatly ADS, my methodology starts at the same place:  An event study to isolated how much inflation Defendants' alleged misstatements and omissions caused in the market price of Oatly ADS.

---

[3]     Shares traded in and out within a single day do not generate damages and are also generally seen as speculative.

**EVENT STUDY SUMMARY**

7. Event studies test whether the market price of a security responds to new information, and measures how much the price of a securities rises or falls in response to new, company-specific information. One component of an event study is the statistical regression analysis that determines how much the change in the price of a security is explained by market-wide and industry sector factors, rather than company-specific information, so that those influences can be statistically factored out. The portion of a price change that cannot be attributed to market-wide or sector factors is the residual security price movement or "residual return." An event study isolates the residual return and also tests whether or not the residual return can reasonably be explained as merely a random fluctuation.

8. If the residual return is material or significant, it indicates that the price movement is likely not attributable to market-wide factors, industry sector factors, or to random volatility, but rather was caused by new, company-specific information.

9. My analysis began with an integrated event study of the price of Oatly ADS during the period May 20, 2021, through November 15, 2022, wherein I identified and controlled for market and industry factors and company-specific news events.[4] This process allowed me to identify

---

[4] The event study methodology is well-accepted both in economics and under the securities laws. I have published a paper discussing this methodology and demonstrating its superiority to alternatives is "Lessons from Single-Company Event Studies: The Importance of Controlling for Company-Specific Events" (December 4, 2017), *available at* SSRN: https://ssrn.com/abstract=3083495. The academic support for the methodology traces back to Box and Tiao, "Intervention Analysis with Applications to Economic and Environmental Problems," *Journal of the American Statistical Association*, Mar. 1975, pp. 70-79; and Larcker, Gordon and Pinches, "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," *Journal of Financial and Quantitative Analysis*, June 1980, pp. 267-287. *See also*, *e.g.*, Thompson, Olsen and Dietrich, "Attributes of News About Firms: An Analysis of Firm-Specific News Reported in the *Wall Street Journal* Index," *Journal of Accounting Research*, Vol. 25:2, Autumn 1987, pp. 245-274; Roll, "R^2," *Journal of Finance*, Vol. 43:3, July 1988, pp. 541-566 (identified and controlled for all company-specific news events identified in *Dow Jones* news and *Wall Street Journal* databases for 96 large public companies); Thompson, Olsen, and Dietrich, "The Influence of Estimation Period News Events on Standard Market Model Prediction Errors," *The Accounting Review*, Vol. 63:3, July 1988, pp. 448-471; Marais and Schipper, "Chapter 17A: Event Study Methods: Detecting and Measuring the Security Price Effects of Disclosures and Interventions," *Litigation*

residual returns for Oatly ADS that were caused by only company-specific news events rather than other factors, like macroeconomic events or industry-specific factors.

10.     The event study analysis is further summarized in Schedule A, but can be generally described as follows:

a. The analysis was performed based on daily share price returns[5] of Oatly Group AB ADS ("Oatly") (ticker: OTLY), as a function of the daily returns provided by the iShares Russell 2000 ETF (ticker: IWM), as a reflection of a market index and as a function of an equally-weighted health and nutritional food industry index comprised of the shares of The Hasin Celestial Group Inc. (ticker: HAIN) and SunOpta Inc. (ticker: STKL).  I also performed a search across a large number of public companies listed in the health and nutrition space but found that most were not significantly correlated with the share returns of Oatly for a variety of reasons and were thus not useful to include in my industry index for purposes of my analysis.

b. There are two regressions summarized in Schedule A.  The first regression does not control for company-specific news events.  It resulted in a 37.7% percentage explanation of the variance in the returns of Oatly ADS with a standard error of 3.79%.  For a relatively new company of this type this is considered an excellent "goodness-of-fit."

c. The second regression controlled for the market and industry indexes and the identified company-specific events.  It is important to control for known and identified company-

---

*Services Handbook: The Role of the Financial Expert*, Third Edition, 2005 Cumulative Supplement, pp. 17A:15-16, 18, 22-23 (discusses the "event parameter" method, the use of the method to accommodate multiple events and in managing more complex modeling issues); and Jackson, Kline and Skinner, "The Impact of Non-Normality and Misspecification on Merger Event Studies*," International Journal of the Economics of Business*, Vol. 13:2, July 2006, pp. 247-264.

[5]     The returns were measured in natural log format for mathematical consistency.

specific news events in this analysis in order to reduce the bias and improve the reliability of the estimates.[6]  I then analyzed 61 analyst reports and hundreds of news articles about Oatly to identify 93 company-specific events as meeting a predetermined criteria for being potentially material.  Next, I controlled for these 93 events and the resulting regression was able to explain 68.7% of the variance with a daily standard error of 3.10%.  Both the market index and the industry index (SUBINDEX1) were statistically significant at above the 99.99% confidence level, which is an excellent "goodness-of-fit" for this type of company (given its market capitalization and relatively recent initial public offering).

## APPLYING THE EVENT STUDY TO THE PLAN OF ALLOCATION

11.    After considering the analyst reports and identified news events obtained for my analysis, I identified three specific corrective dates/periods:  (1) A short seller report alleging facts specific to the Plaintiffs' allegations about July 15, 2021; (2) A second report by the same short seller further alleging facts and calling into question the earnings of Oatly on August 11, 2021; and (3) Oatly's third quarter 2021 financial results and conference call on November 15, 2021, and the subsequent reaction of analysts and investors on November 16 and 17, 2021.  On these days, Oatly ADS had a negative residual return (*i.e.,* the price declined) due to company-specific information that Plaintiffs allege corrected Defendants' challenged misstatements and omissions.

12.    Due to the nature of the short seller reports and the market's mixed reactions to the short seller reports,[7] they were given a 50% weight for loss causation purposes.  The decline on

---

[6]    *See* footnote 1.

[7]    Short seller and third-party reports that are corrective in nature tend to be given less weight and to be disputed by some analysts or representatives of the subject company.  Therefore, the reaction of the market to new information in such reports will be more mixed or muted relative to an admission by the company or a representative of the company.

November 15, 2021, was deemed to be fully corrective and given a 100% weight. Importantly, the July 15, 2021, and August 11, 2021, disclosure events, as alleged by Plaintiffs, were not fully corrective disclosures (*i.e.*, they did not completely reveal the truth allegedly concealed by Defendants' misstatements) and so, as is common in securities cases, there were multiple corrective events.

13.    More specifically, my event study found the following for the three corrective dates/periods:

  a.  From the close of trading on July 14 to the close of trading on July 15, 2021, the ADS price fell from $20.54 to $19.48, or -5.16%. Part of that decline was explained by market and industry factors, but the loss of $0.48 (50% of the total) was attributed to the company-specific information Plaintiffs allege was corrective of Defendants' misstatements (*i.e.*, the misstatements caused a loss of $0.48). Although this event was only weakly significant (90th percentile in a one-tail test), it was very significant (over 99% confidence level) when considered part of the two events on July 15 and August 11, 2021, and, therefore, included in the losses.[8]

  b.  From the close of trading on August 10 to the close of trading on August 11, 2021, the ADS price of Oatley decreased from $19.07 to $17.41, or -8.70%. After controlling for market and industry factors, the decline attributable to company-specific information Plaintiffs allege was corrective of Defendants' misstatements was 8.13% and statistically significant at the 99% confidence level. The 50% weight resulted in a loss of $0.79 per share caused by the corrective disclosure.

---

[8]    From a reliability and valuation perspective, it is important to consider the statistical significance of a sequence of related events and not isolate only those events that are statistically significant.

c.  On November 15, 2021, the ADS price fell from $11.82 at the close of trading on November 14 to $9.36 at the close on November 15, 2021.  The decline was 20.81%, which was statistically significant with near certainty (statistically significant at the 100% confidence level in the regression analysis).  The event study adjusted that decline to 19.85%, or $2.04 per ADS, attributable to company-specific information that Plaintiffs allege was corrective of Defendants' misstatements.  After considering the reactions of investors and analysis over the following week, the total loss was best reflected in that one-day decline.

14.  Table A in the Plan of Allocation works backwards from the last corrective event on November 15, 2021, to calculate the amount of artificial inflation (*i.e.*, how much the Defendants' alleged misstatements increased the price of Oatly ADS) during different portions of the Class Period.  There is zero inflation on and after November 15, 2021.  The $2.04 decline on November 15, 2021, adds $2.04 to the inflation per share prior to November 15, 2021.  The $0.79 per ADS loss causation on August 11, 2021, increased the inflation to $2.83 prior to August 11, 2021.  The $0.48 per ADS loss causation on July 15, 2021, meant that the inflation prior to July 15, 2021, was $3.31 per ADS.  The resulting Table A is, therefore:

**Table A:  Inflation per ADS on Eligible ADSs as of Relevant Purchase and Sale Dates**

| Period | Beginning Date | Ending Date | Inflation Per ADS |
|--------|---------------|-------------|-------------------|
| 1 | 5/20/2021 | 7/14/2021 | $3.31 |
| 2 | 7/15/2021 | 8/10/2021 | $2.83 |
| 3 | 8/11/2021 | 11/12/2021 | $2.04 |
| 4 | 11/15/2021 | current | $0.00 |

15.  Generally speaking, Settlement Class Members who purchased or otherwise acquired Oatly ADS can calculate their Recognized Loss Amounts as follows (and as set forth in the proposed plan of allocation):

a. For Eligible ADS[9] sold on or before July 14, 2021, the Recognized Loss for each ADS will be zero (since no "corrective information" had yet been revealed and shares were still fully inflated).

b. For Eligible ADS sold on or after July 15, 2021, and on or before November 30, 2021, the Recognized Loss for each ADS will be the lesser of: (a) the Inflation per ADS at the time of purchase, minus the Inflation per ADS amount at the time of sale, as set forth in Table A; or (b) the lesser of the price paid on the date of purchase ("Purchase Price") minus the price realized on the date of sale ("Sales Price").[10]

c. For Eligible ADS sold after November 30, 2021 (or that continued to be held after that date), the Recognized Loss will be the lesser of: (a) the Inflation Per Share amount at the time of Purchase as set forth in Table A; or (b) the Purchase Price minus $8.40 (the closing price of Oatly ADS on December 1, 2021).

## APPLYING THE PLAN OF ALLOCATION TO OPTIONS

16. The price of an option is the amount of money the purchaser pays (the "premium") to acquire the right to buy ("call") or sell ("put") the underlying asset at some set point in the future (the "expiration date"), at a prespecified price (the "strike price").[11] The Black-Scholes model is the generally accepted mathematical method for calculating the price of simple options (*i.e.*, call or put options) when implied volatilities are available (as is the case here).[12] The Black-Scholes model mathematically calculates the premium taking into account a variety of mathematical inputs, and in particular:  the strike price; the expiration date; prevailing interest rates; implied volatility

---

[9]  An Eligible ADS is purchased on or before November 14, 2021, and held for at least through the next day of trading.
[10]  Part (b) is a loss limitation rule under for both Section 11 and 10(b) purposes.
[11]  *See*, *e.g.*, Hull & Basu, *Options, Future, and Other Derivatives*, 11th Edition, 2021, pp. 9-11.
[12]  *Id*., Chapter 15 The Black-Scholes-Merton Model, pp. 344-375.

(the volatility of prices expected in the investment period as inferred from quoted option prices), and the current market price of the underlying asset (here, Oatly ADSs).[13]  The strike price and expiration date are "fixed," and as noted above values for implied volatilities are also available here.  The only remaining key input in the Black-Scholes model is the current market price of the underlying asset.[14]  As a result, if the market price of the underlying asset is artificially inflated, that inflation will be mathematically carried through into the price of any simple options on that underlying asset.  The purchaser of a call option will pay more for their right to buy than they would have paid absent the artificial inflation of the underlying asset.  Similarly, the seller of a put option will receive less for giving the right to sell than they would have absent the artificial inflation.  And, because the values for strike price, option expiration date and implied volatilities are known inputs (or, in the case of volatility, readily inferred), one can mathematically calculate the impact of the remaining input – market price of the underlying stock (and any artificial inflation in that stock) on the value of the related options.

17.    However, market price is only one of the several variables that are used by the Black-Scholes model to calculate the price for a simple option, artificial inflation in the price of the underlying asset does not flow through into the price of the option on a "one-to-one" (or dollar-for-dollar) basis.  For example, $1.00 per share of artificial inflation in the price of a common stock will have an impact on the price of a call or put options on that same stock that is less than $1.00.  It is possible, however, to calculate *how much* of an impact artificial inflation in the market price of the underlying asset has on the prices of related options using the Black-Scholes model.

---

[13]    *Id.*

[14]    *Id.*

18.     As applicable here, Plaintiffs allege that the price for Oatly ADS was artificially inflated throughout the Class Period.  This inflation in the price for Oatly ADS would flow through to the prices for options on Oatly ADS because the inflated ADS price is an input into the Black-Scholes model used to calculate the prices of those options.

19.     In essence, the Plan of Allocation calculates the Recognized Loss Amounts associated with Settlement Class Members' purchases of call options (and sales of put options) on Oatly ADS mathematically using the Black-Scholes formula, together with inputs that reflect the amounts of artificial inflation I calculated for the underlying Oatly ADS (*see* Table A, above) to determine how much the prices for the ***options*** were artificially inflated by inflation in the underlying ***ADS shares***..

20.     More specifically, there are two types of options on Oatly ADS that were actively traded during the Class Period: (1) a call option, which when traded on an exchange is a contractual right to purchase 100 Oatly ADS at a specified price (the strike price) on or before a specified date (the expiration date); and (2) a put option, which when traded on an exchange is a contractual right to sell 100 Oatly ADS at a specific strike price on or before a specified expiration date.  Based upon my analysis of the trading of options on Oatly ADS during the Class Period and the event study, the option expiration dates that were most relevant for potential claims of damages were July 16, 2021; August 20, 2021; September 17, 2021; November 19, 2021; and December 17, 2021.  Those were the options that were predominately traded and that, therefore, represent the bulk of the measured losses.[15]  A relatively small amount of options expiring March 18, 2022; June 17, 2022; September 16, 2022; January 20, 2023; and January 10, 2024, actively traded later in the class period before November 15, 2021.

---

[15]    Options are generally active and mostly traded in the short-term and with strike prices close to the current share price due to the nature of hedging and use of options for speculative trading and leverage.

21.     After identifying the expiration dates that were most relevant for potential claims for damages, I analyzed reported Oatly ADS options trading on a number of dates from data obtained from FactSet, which provided the number of contracts traded at each strike price and for each expiration date, the average and closing price of transactions, and the implied volatility, *i.e.*, the information necessary to calculate prices for those options using the Black-Scholes model. The volume of options trading was significant on the dates I analyzed, but most transactions had strike prices at or around the current market price for Oatly ADS and most were short-term contracts for less than a month or two-month period. Thus, given the three corrective events, and their spacing over time, most options on Oatly ADS bought and sold during the Class Period would not have any potential claims because they were not damaged, and so do not need to be accounted for in the Plan of Allocation. This fact is likely to significantly decrease options claims as an overall proportion of the Settlement Class.

22.     Additionally, many options trades are "hedges" or speculative in the sense that they are short-term trades and tend to be reversed within a relatively short period of time (*e.g.*, traded and then reversed within the same day or week). Only a small fraction of options that are traded and held over relatively short periods of time will be entitled to claim damages here (especially as there are only three alleged corrective events) because most options will ***expire*** without ever having been damaged. Additionally, options that are "hedges" will typically be associated with offsetting positions in the underlying Oatly ADS such that they tend to reduce claims for overall damages (as losses on options will offset ADS gains under the Plan of Allocation).[16] Thus, even if the notional amount of options contracts might have reflected 5% to 10% of the Oatly ADS trading volumes during the Class Period, these options in reality reflected only a very small fraction of the

---

[16]     *See, e.g.*, Hull & Basu, *Options, Future, and Other Derivatives,* 11th Edition, 2021, pp. 13-17.

options held over a sufficiently long period of time to be affected by any of the three identified corrective events.

23.    These observations about the trading of options on Oatly ADS are consistent with my experience in other securities cases where options transactions, when fully considered, added only about 1.0% to 2.0%, or less, to the total claimed losses in most cases.  Indeed, even in cases involving more actively traded and volatile securities and options than Oatly's, options damages add up to, at most, 3.0% of total damages (with damages on the underlying shares adding up to at least 97%).

24.    Moreover, given their ineligibility for Section 11 claims (because options are not registered by the issuer in an offering), it is customary to give less weight, as here, to damages on options (as compared to damages on ADS, where ADS purchasers have both Section 10 and Section 11 claims) as Section 11 claims are considered harder to plead and prove.

25.    As noted above, each Oatly ADS call option purchase will have an inflation amount per option that is less than the inflation per Oatly ADS in Table A.  This is a function of the other inputs into the Black-Scholes model that impact that price, but that are unrelated to the market price for Oatly ADS, notably the time to expiration, interest rates, and the implied volatility.  For this same reason, a sale (writing) of an Oatly ADS put option has a damage/inflation per share that is less than the inflation figures set forth in Table A.

26.    Consistent with my practice in a number of prior securities cases, I prepared Tables B and C in the Plan of Allocation to determine Recognized Loss Amounts for Settlement Class Members' transactions in options on Oatly ADS.  Since most options are purchased and sold initially with strike prices around the current price of Oatly ADS, I calculated the implied inflation per ADS underlying the option around the dates of the corrective disclosures on that basis.  In that analysis,

13

an estimate of 50% of the inflation per share in Table A was the approximate average for call options purchased with a strike price close to the current trading price.  Table B is as follows:

**Table B:  Inflation per Call Option per ADS on Eligible Call Options as of Relevant Purchase and Sale Dates**

| Period | Beginning Date | Ending Date | Inflation Per Call Option per ADS |
|---|---|---|---|
| 1 | 5/20/2021 | 7/14/2021 | $1.65 |
| 2 | 7/15/2021 | 8/10/2021 | $1.42 |
| 3 | 8/11/2021 | 11/12/2021 | $1.05 |
| 4 | 11/15/2021 | current | $0.00 |

27.    To assist in understanding how the Plan of Allocation operates with respect to options on Oatly ADS, attached as Exhibit B to this declaration are several examples of how Recognized Loss Amounts can be calculated for three different options on Oatly ADS.  Those examples can be summarized as follows:

a.  In Schedule B.1, I summarize the inflation per call option for call options purchased on May 28, 2021.  For the two most actively traded strike prices, the inflation per option was $1.58 for the $22.50 strike price expiring July 16, 2021, and $1.09 per option for the $25.00 strike price expiring July 16, 2021.  For the September 17, 2021, expiration date the inflation per option figures were $1.76 for the $22.50 strike price and $1.596 for the $25.00 strike price.  Thus, the inflation per option set in Table B in the Plan of Allocation of $1.65, or 50% of the inflation per share in Table A, is a reasonable measure of damages for all of these options.

b.  In Schedule B.2, I summarize the inflation per call option for call options purchased on July 12 and sold on July 15, 2021, and the damage claim allowed as well as the theoretical damages.  In this case, it can be seen that the $1.65 per option inflation is a reasonable measure of damages for these options.  There is a second limitation of 25%

14

of the actual loss realized that captures the lower priced options as well. The average claim allowed before the discount is $0.23 per option, except for the $22.50 strike price options expiring July 16, 2021. After applying the discounts, the average claim allowed is less than, but consistent with, my estimated damages based on allegedly fraud-related inflation for these call option purchases and sales. Thus, the Plan of Allocation accomplishes the purpose of limiting damage claims so that they correspond generally with my modeled Section 10(b) options damages and do not excessively reward options investors in light of the nature of options trading, before being discounted by a further 75% to reflect their lack of damages claims under Section 11 (as compared to damages on ADS, whose purchasers have both Section 10(b) and Section 11 claims).

c.  In Schedule B.3, I summarize the inflation per call option for call options purchased on November 12, 2021, and then sold or held on November 15, 2021. The inflation decline per option is $1.05 according to Table B. That caps the loss claims for call options purchasers. Generally, the average claim allowed before discount is reasonably close to the theoretical damages for each strike price and expiration date considered.

28.    The analysis for the put options on Oatly ADS is essentially the inverse of the analysis for call options and relies on the same Black-Sholes model and inputs to calculate the Recognized Loss Amounts. Those amounts are in the Plan of Allocation at Table C, which is also as follows:

**Table C:  Loss per Put Option Sold per ADS on Eligible Put Options as of Relevant Purchase and Sale Dates**

| Period | Beginning Date | Ending Date | Loss Per Put Option per ADS |
|---|---|---|---|
| 1 | 5/20/2021 | 7/14/2021 | $1.65 |
| 2 | 7/15/2021 | 8/10/2021 | $1.42 |
| 3 | 8/11/2021 | 11/12/2021 | $1.05 |
| 4 | 11/15/2021 | current | $0.00 |

15

29.     Based upon the foregoing, in my opinion and based on my experience in preparing plans of allocation in other securities cases involving both equity shares and options, the plan of allocation here allows for an efficient, reasoned and reasonable estimation of damages for purchasers of call options and sellers of put options, and reflects a fair and reasonable method for allocating the Net Settlement Fund among all class members who purchased Oatly ADS, options on those ADS, or both.

30.     In summary, the proposed Plan of Allocation is tailored to the facts in this case and the terms of the Settlement.  It is based on a detailed event study and loss causation analysis, assuming that Plaintiffs' theories of alleged material misrepresentations and omissions are true, and fairly allocates claims across the various Oatly ADS shareholders and options investors eligible for claims.

## INFORMATION REVIEWED

31.   In performing my analyses, I have considered the following information:

a.  The pleadings in this case;

b.  The proposed plan of allocation;

c.  The transcript of the February 21, 2024, hearing;

d.  Detailed daily share price, trading volume, and dividend information for Oatly, for a number of companies listed as in the same industry sector as Oatly, and for the Russell 2000 and Russell 3000 Exchange Trade Funds from FactSet;

e.  The filings of Oatly with the Securities and Exchange Commission on the Edgar system from May 2021 to November 2022;

f.  Analyst reports on Oatly obtained and provided by Plaintiffs' counsel;

g.  News reports on Oatley from May 20, 2021, through December 31, 2022, identified on Factiva;

h.  Detailed option price, implied volatility, and trade volumes for all strike prices and all expiration dates quotes for call and put options on Oatley ADS on a number of dates from May through November 2021.

**JURAT**

My name is Scott Hakala, my date of birth is June 9, 1961, and my address is 2635 Bierstadt Drive, Highland Village, Texas. My place of business is ValueScope, Inc., 950 E. State Highway 114, Suite 120, Southlake, TX 76092. I declare under penalty of perjury under the laws of the State of Texas and the United States that the foregoing is true and correct.

Executed this 15th day March 2024, in Southlake, Texas.

VALUESCOPE, INC.

Scott Hakala, Ph.D., CFA
Principal

17

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

**SCOTT D. HAKALA, PH.D., CFA**
**VALUESCOPE, INC.     *PRINCIPAL***
shakala@valuescopeinc.com, 817-481-6347

Dr. Hakala has more than 25 years of business consulting and business valuation experience, concentrating on complex financial analyses. He provides business valuation and financial consulting services to companies in a broad range of industries. Working with domestic and international clients, Dr. Hakala has performed more than a thousand business valuations involving closely held common stock, preferred stock, options, intellectual property and other tangible and intangible assets. His work has involved advising numerous clients on prospective transactions involving business and business related assets, including providing fairness opinions, solvency opinions and financial accounting analysis. As an expert witness, Dr. Hakala has provided deposition and courtroom testimony in matters relating to shareholder values, tax valuations, bankruptcy and economic damages.

## FINANCIAL AND TAX REPORTING AND TRANSACTION ADVISORY SERVICES

Dr. Hakala has performed a substantial amount of business valuation work for clients with a focus on companies in the middle market ($5 million to $500 million market value), private equity backed companies, venture capital and development stage companies, asset holding entities and asset-backed securitizations, and smaller capitalization public companies (including valuations and advice for companies preparing or considering public offerings or sale). Valuation services include:

- Determining fair market value appraisals of debt, preferred equity and common equity (including LLC, LP and partnership) determinations and discount studies for tax, financial planning, and advisory purposes
- Valuation/appraisals of Derivative Securities and Embedded Derivatives for tax and financial reporting and advisory (including fairness) purposes (incentive compensation awards; officer, director and employee stock options; commodity and currency options and swaps; interest rate options and swaps; warrants; convertible securities; carried interest valuations)
- Advisory valuations (fairness opinions, solvency opinions, prospective private placement or investment purposes, possible sale of business interests, securities held in private and public fund portfolios and holding entities)
- Gift and estate valuations for tax purposes
- Valuations of asset holding companies, partnerships and asset-backed securitizations (receivables, debt securities, mortgage securities, real estate trusts, credit card portfolios, subprime portfolios)
- Reasonable compensation studies including reasonable return to investor analyses for advisory, tax and fairness purposes
- Officer, director, and employee stock and incentive compensation for tax (IRC Section 83(b), IRC 409A), financial accounting, and advisory/fairness purposes
- Transfer pricing analyses for tax, financial reporting, and advisory (fairness) purposes (IRC Section 482)
- Allocation of Purchase Price and related Asset Impairment Studies
- Valuations and Discounts associated with Built-in Capital Gains and Deferred Taxes for tax, financial reporting, and advisory purposes (including S Corporation conversions)
- Valuation of Employee Stock Ownership Plans (ESOPs) for tax, financial reporting, and advisory purposes

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

**INTELLECTUAL PROPERTY AND INTANGIBLE ASSET VALUATION**

Dr. Hakala has extensive experience in valuing intellectual property and other types of intangible assets in business appraisals. Having analyzed and overseen the valuation of hundreds of businesses, Dr. Hakala has gained the technical background necessary to analyze complex intellectual property valuations including:

- Contract-related (e.g., favorable supplier or other product/service contracts)
- Customer-related (e.g., customer lists and customer relationships)
- Data processing-related (e.g., computer software, databases)
- Intellectual property-related (e.g., patents, trade secrets, copyrights, Internet domain names, and trademarks)
- Goodwill-related (e.g., going-concern value, tradename value)
- Human capital-related (e.g., employment agreements, a trained and assembled workforce, non-competition and non-solicitation agreements)
- Location-related (e.g., leasehold interests, certificates of need)

**LITIGATION SUPPORT**

A significant portion of Dr. Hakala's practice has involved expert testimony or consulting in litigation. This includes matters relating to general measures of economic loss. The areas Dr. Hakala has testified in include:

- Intellectual property (patent and copyright infringement damages)
- Breach of contract damages and breach of warranty claims (defective equipment)
- Investment and securities litigation (fraud in the inducement damages, restitution damages, market manipulation, loss causation and economic damages involving both unregistered and registered securities, ERISA and investment management damages relating to unsuitable investments and investment advice) including providing advisory services for administering claims and recoveries of funds by the SEC and FINRA
- Fraudulent conveyance (fairness opinions, solvency opinions, reasonably equivalent value opinions)
- Lost economic income (wrongful termination, personal injury; discrimination)
- Breach of fiduciary duties and related claims (shareholder oppression, fairness in merger and acquisition transactions, fairness involving related party transactions)
- Marital dissolution (valuation of business interests, valuation of pension benefits, valuation of personal goodwill, valuation of private investments) including work as a court appointed expert or jointly hired by the parties to determine values

Dr. Hakala has served as an expert in many of the most prominent securities fraud cases, including: Enron, Dynegy, Williams Companies, AOL Time Warner, Computer Associates, Mortgage-Backed Securities litigation, NYU v Ezra Merkin (Madoff-related litigation), and Parmalat. In connection with that work, Dr. Hakala co-authored a law review article in 2006 on the economics of loss causation which has been cited in significant court cases and in briefs before the US Supreme Court. In the vast majority of cases, courts have adopted, relied upon or otherwise given significant weight to Dr. Hakala's opinions.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

**EMPLOYMENT HISTORY**

**November 2014 to Current**
**ValueScope, Inc.** ..........................................................................................*Principal*

As a financial economist and financial analyst, Dr. Hakala brings to the firm extensive practical knowledge of finance, economics and statistics. His expertise includes: the valuation or appraisal of securities and business interests (transactions, mergers, acquisitions, fairness opinions, business appraisal); the valuation of intangible assets (patents, trademarks); analysis of publicly traded securities (insider trading studies, trading analyses, event analyses, materiality, damages in securities litigation); economic loss analyses (commercial litigation); wage and compensation determination (reasonable compensation studies, lost personal income, wrongful termination); transfer pricing; valuation of derivative securities (options pricing and valuation); and antitrust and industry structure, strategic pricing, marketing and cost allocation analyses.

**May 1992 to October 2014**
**CBIZ Valuation Group, LLC (f/k/a Business Valuation Services, Inc.)**.......................................
*Managing Director* (Senior Consultant 1992 to1994; Dir./Principal 1995 to 2009)

Dr. Hakala managed engagements and advised clients on a large number of business valuation, economic and financial consulting, and litigation projects.  His work included: the valuation of securities and business interests; the valuation of intangible assets; analysis of publicly traded securities; economic loss analyses; wage and compensation determination; intercompany and related party transfer pricing; analyses and valuation of derivative securities; and antitrust and industry structure, strategic pricing, marketing and cost allocation analyses.  He frequently reviewed valuation reports for CBIZ's accounting affiliate and assisted in audits involving valuation and related issues.

**Jan 1998 – March 1998**
**Laser BioTherapy, Inc.** ........................................................................*Consultant/Interim CEO*
Dr. Hakala initially served as a consultant to the company.  As interim CEO, his decision-making authority involved issues of marketing, employment, negotiating with investors, pricing, product planning, financial planning and all other corporate decisions related to a development stage company involved in seeking approval for a patented medical device with a variety of non-invasive therapeutic benefits.

**1988 – 1992**
**Dept. of Economics, Southern Methodist University**.....................*Assistant Professor*
Dr. Hakala taught graduate and undergraduate courses in macroeconomics, monetary/financial economics, financial institution regulation and international financial management. He supervised dissertations on international money, commodity options and forward markets, and foreign exchange rates. His research interests included monetary policy, the causes of fluctuations in employment and output, capital stock estimation, aggregate production theory, foreign currency movements (futures, options and forward contracts), inflation, interest rate movements and the term structure of interest rates, asset pricing and consumption.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

**1983 – 1988**

**Dept. of Economics, University of Minnesota ................................................................** *Lecturer*

Dr. Hakala designed course materials and taught large classes in macroeconomics and international economics. He served on hiring committees and evaluated other instructors.

## FORMAL EDUCATION

Doctor of Philosophy, Economics - 1989
University of Minnesota, Minneapolis, Minnesota
Graduate School Fellowship
(Graduate/dissertation advisor Edward Prescott was awarded the Nobel Prize in Economics in 2004.)

Bachelor of Arts, Economics - 1983
Minor in Business Administration and Pre-Law Emphasis
University of Minnesota, Duluth, Minnesota
Graduated Summa Cum Laude Whiteside Scholarship, full tuition and expenses

## ACADEMIC HONORS

Distinguished Instructor, Department of Economics, University of Minnesota, 1987-1988

Earhart Foundation Award, Department of Economics, University of Minnesota, 1985

Graduate School Fellowship, 1983 and 1984

Cecil H. Meyers Outstanding Economics Student Award, 1982

Perfect Scores on Quantitative Analysis and Verbal Analysis sections of Graduate Record Examination (GRE), 1982

Alice Touhy Tweed Award, High School Valedictorian, 1979

Lee Krough Award (outstanding character), American Legion's Minnesota Boy's State, 1978, elected Lt. Governor and invited to represent state at other events

Centrum Award, 1979 (for outstanding character and contributions)

## ORGANIZATIONS AND PROFESSIONAL ASSOCIATIONS

CFA Charter, The Institute of Chartered Financial Analysts, completed all tests and requirements for a CFA designation, 1998

American Society of Appraisers (ASA), Uniform Standards of Professional Appraisal Practice, Certification Course, December 2017, Member

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

**PUBLICATIONS**

"Lessons from Single-Company Event Studies: The Importance of Controlling for Company-Specific Events" (December 4, 2017). Available at SSRN: https://ssrn.com/abstract=3083495

"Valuing Complex Derivatives," ValueScope White Paper, March 2016, updated version December 14, 2017 at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3087998 (pending release)

"Lessons from Single Company Event Studies," Working Paper publicly available via BE Press, August 2, 2010.

"The Other Side of Kohler: IRS Expert Offers Insights," Business Valuation Update, January 2007.

Thorsen, Kaplan and Hakala, "Rediscovering the Economics of Loss Causation," Journal of Business and Security Law Acceptance, Vol. 6, No. 1 and 2, April 2006, pp. 93-125.

"Estimating and Applying Economic Value Added," Chapter 13E - Financial Valuation: Businesses and Business Interests - 1998 Update. Publisher: Warren, Gorham & Lamont

"Valuation for Smaller Capitalization Companies" (with Dr. Mukesh Bajaj), Chapter 12A – Financial Valuation: Businesses and Business Interests - 1998 Update. Publisher: Warren, Gorham & Lamont.

"Analysis and Valuation of Distressed Equity Securities" (with Mr. M. Travis Keath), Chapter 13F - Financial Valuation: Businesses and Business Interests - 1999 Update. Publisher: Warren, Gorham & Lamont.

"Analysis and Valuation of Distressed Equity Securities" (with Mr. M. Travis Keath), Valuation Strategies, September/October 1999, pp. 24-34. Publisher: Warren, Gorham & Lamont.

Contributing author in The Art of M&A Integration: A Guide to Merging Resources, Processes and Responsibilities. October 1997. Publisher: McGraw-Hill. Contributed on valuation of tangible and intangible assets (patents, trade secrets, customers, goodwill, employment agreements, non-competes, etc.), allocation of purchase price issues, accounting treatment of acquisitions, international valuation and transfer pricing and general valuation and due diligence issues. Assisted editor in commenting on and editing first half of text.

Provided live and taped interviews pertaining to economic issues for television, including lengthy interviews for CNN (July 1990), WFAA-TV (July 1990; July 1991; March 1992), and radio (Internet radio on November 9, 1999, discussing Microsoft anti-trust issues).

**SELECTED LECTURES AND APPEARANCES**

Reasonable Compensation –presentation to the Dallas CPA Society Member Appreciation CPE Series, September 23, 2014

The Knowledge Foundation, Brand Valuation of Intangible Assets: Hot Topics for 2014 and Beyond, Webinar Presentation February 12, 2014

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

New York City Bar Association, Securities Litigation Meeting– Discussion with Marcia Mayer Kramer regarding: "View from the trenches: How has Dura changed the way you analyze damages" – May 14, 2008

PLUS D&O Symposium – New York-Panel Discussion-Written presentation entitled "Current Economic Issues in Securities Litigation" and Panel Discussion - February 2, 2006

"Valuation of Options for Litigation Purposes" – New York University CLE Presentation-October 2000

"Valuation Issues-Family Limited Partnerships" – Professional Financial Service, LP's Family Limited Partnership Alert and Update; Dallas/Fort Worth - February 2000

"PPOs for Sale: the Valuation of Managed Care Entities" - Caesars Palace; Las Vegas, Nevada - September 1992

"Equilibria in Continuous-Time Models of Money" - refereed paper presented to the Sixth World Congress of the Econometric Society; Barcelona, Spain - August 1990

"The Use and Holding of Currency" - Feature Presentation - Western Economic Association Meeting; San Diego, California - July 1990

"Values and Economics" - Dallas Philosophical Forum; Dallas, Texas - March 1990

"Ethics and the Role of Government" - ARCO Oil and Gas Research Center; Plano, Texas – October 1989

"Continuous-Time Models of Money: Policy Implications" - paper presented to the Division of Research and Statistics of the Board of Governors of the Federal Reserve; Washington DC – January 1988

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

**LITIGATION SUPPORT / EXPERT WITNESS TESTIMONY**

*Whole Drilling Solutions, LLC v . Michael Phinnemore v. Luis Lauro Pedraza, Jr., et al.;* In the 43rd Judicial Circuit, Parker County, Texas (CV22-0500); deposition testimony January 3, 2024; testified related to damages in a breach contract, fraud, and breach of fiduciary duty and self-dealing involving a specialty construction piling drilling company.

*SpecOil, LLC  v. L.O.D.C. Groups, Ltd* ; In the 152nd Judicial District Court, Harris County, Texas (Cause No. 202062836); deposition testimony December 15, 2023; testified related to damages in a breach contract, indicia of insolvency, alter ego, joint enterprise, and fraudulent transfers.

*Brandon Todd vs. Chad Blake (Case No. 3:17-cv-00012);* In the United States District Court of the Virgin Islands, Division of St. Thomas and St. John; trial testimony December 13, 2023; testified regarding accounting for expenses and revenues related to allegations of Breach of Fiduciary Duty, Violation of Statutory Duties; Conversion, and Action for Accounting.

*Laura Pecina Lopez. Individually and on Behalf of Gustavo Lopez, Deceased; et al.  v. All Points 360; Timmie Turner; Amazon Logistics, Inc.; et. al.* ; In the County Court at Law No. 1, Dallas County, Texas (Cause No. CC-18-07197-A); trial testimony December 6, 2023; testified (offered by Defendants) as to compensation and economic loss related to the death of Gustavo Lopez.

*Dallas Petroleum Group, LLC. ["DPG"] v. Sanchez Midstream Partners LP, et al.;* In the 445th Judicial Circuit, Cameron County, Texas (No. 2020-DCL-05341); deposition testimony November 7, 2023; testified as to capitalization rates related to a prospective ground lease for 24.21 acres in Boca Chica, Texas related to claims of breach of contract, conversion, trespass to try title, suit to quiet title, theft of property, and tortious interference.

*Douglas J. Hepworth vs. Withers Bergman LLP* (Index No. 156544/2018); Supreme Court of the State of New York, County of New York; deposition testimony August 18, 2023; testified as to damages related to inability to occupy or lease a residential property held in a trust and inability to recover loans and expenses incurred by the Plaintiff as a result of default and forced sale of the residential property.

*Kristine Meece vs. Timothy Meece* (Case No. 2022 DC 217); In the Circuit Court of the 18th Judicial Circuit, County of DuPage, State of Illinois; deposition testimony June 12, 2023; testified as to the valuation of a beneficial interest in a trust holding a residential property and investment securities.

*Golock Capital, LLC and DBW Investments, LLC,  v. VNUE, Inc.* (Civil Action No. 1:21-cv-08103-DLC); In the United States District Court for the Southern District of New York; hearing testimony, May 23, 2023; testified as to the valuation of various conversion features and interest rates related to usury allegations.

*Gary M. Schwarz & Marlee Schwarz, v. Commissioner of Internal Revenue* (Docket No. 12347-20); United States Tax Court; trial testimony February 3, 2023; testified as to the profits, accumulation of value, and development of a hunting, farming, ranching, and land development company and its affiliates.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Insuraprise, Inc. vs. Universal Fidelity Life Insurance Company, Legend Insurance Agency, et al.  (Cause No. D-1-GN-18-003277);* 459th Judicial District Court, Travis County, Texas; deposition November 16, 2022; testified as to damages and value of trade secrets associated with allegations of theft of trade secrets and violation and interference with non-competition agreements.

*Stephen Vance, in his capacity as the Trustee of the Stephen M. Vance Revocable Trust dated October 9, 2017, Derivatively on behalf of Broce Manufacturing Co., Inc. v. Alan B. Vance, Teri V. Hubbeling, Michael F. Hubbeling, Julie B. Vance, and Waldon Equipment, LLC, and Broce Manufacturing Co., Inc, Nominal Defendant* (Case No. 6:19-CV-1136); In the United States District Court for Kansas; deposition testimony August 18, 2022; rebuttal and supplemental deposition October 25, 2022; testified regarding claims of breach of fiduciary duty, fairness, transfer pricing, theft of corporate opportunities, and damages involving heavy construction equipment manufacturers.

*I&I Hair Corporation v. Beauty Plus Trading Co., Inc. DBA Janet Collection and Hair Plus Trading Co., Inc. DBA Femi Collection* (Civil Action No. 3:20-CV-2179); In the United States District Court for the Northern District of Texas-Dallas Division; deposition testimony March 15, 2022; trial testimony July 26, 2023; testified regarding trademark infringement measures of presumptive damages.

*TXI Operations, LP v. City of McKinney, Texas and the Board of Adjustment for the City of McKinney, Texas* (Case Nos. 4:20-CV-00353 and 4:20-CV-609); In the United States District Court for the Eastern District of Texas-Sherman Division; deposition testimony February 25, 2022; testified regarding prior analyses involving the amortization of remaining assets for a concrete batch plant.

*In re: BL Santa Fe, LLC, et al.* (File No. 21-11190 (MFW)*);* In the United States Bankruptcy Court for the District of Delaware; deposition testimony October 18, 2021; trial testimony October 19, 2021; testified to the valuation of competing bids and solvency and feasibility associated with a motion for plan confirmation for a resort in New Mexico.

*Forum US, Inc. v. Odessa Separator, Inc.* (Case No. 6:20-cv-00150-ADA); In the United States District Court for the Western District of Texas-Waco Division; deposition testimony August 3, 2021; testified regarding claims of lost profits and reasonably royalties associated claims of patent infringement involving a downhole tool for oil and gas production.

*GEFT Outdoor, L.L.C. v. Monroe County, Indiana, et al.* (Case No. 1:19-cv-01257-JRS-MPB); In the United States District Court for the Southern District of Indiana; deposition testimony June 23, 2021; engaged by counsel for defendants; testified as to the valuation of a prospective digital billboard in Bloomington, IN, and associated lost profits associated with claims of delay in ability to install a billboard.

*David M. Clapper, Atlantic Midwest L.L.C., and Atlantic XIII, L.L.C. v. American Realty Investors, Inc.., et al. (Case No. 3:14-cv-02970-D);* In the United States District Court for the Northern District of Texas, Dallas Division; trial testimony May 14, 2021 (prior deposition testimony October 12, 2017, previously listed); testified as to the valuation of certain commercial real estate development companies and other investments (Highly Confidential) related to allegations of fraudulent conveyance.

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Scott M. Hoensheid & Anne M. Hoensheid, v. Commissioner of Internal Revenue* (Docket No. 18606-19); United States Tax Court; trial testimony March 24, 2021; testified as to the valuation of a charitable gift of equity interests in a private company subject to pending sale and whether the value was reasonably fixed and determinable as of various alternative valuation or transfer dates.

*Daniel Small v. DMRJ Group LLC (Index No. 654522/2018);* Supreme Court for the State of New York, New York County; deposition testimony February 4, 2020; testified as to the value of a convertible note as of a given valuation date.

*Halliburton Energy Services, Inc. v. MCR Oil Tools, LLC; Pursuant to UNCITRAL Arbitration Rules (2010), Dallas, Texas;* deposition testimony December 8, 2020; hearing testimony March 30, 2021; testified as to damages associated with breach of contract, tortious interference, and unjust enrichment and in rebuttal to tortious interference claims for damages made by the Plaintiff's expert.

*In re: Essential Financial Education, Inc., Debtor (Case No. 18-33108-mvl7);* In the United States Bankruptcy Court for the Northern District of Texas, Dallas Division; deposition testimony December 3, 2020; testified to insolvency, fraudulent transfers, and inadequate consideration for an "online trading education" franchise.

*Equine Sports Medicine & Surgery, Weatherford Division, PLLC vs. Tyler Tipton (Cause No. CV19-0408);* 43rd Judicial District Court, Parker County, Texas; deposition testimony October 16, 2020; testified in rebuttal and damages in a matter relating to claims of a violation of a non-competition agreement.

*In re: IMH Financial Corporation, Debtor (Case No. 20-11858-CSS);* In the United States Bankruptcy Court for the District of Delaware; hearing testimony October 13, 2020; testified briefly to declaration with extensive report prepared prior to pre-packaged bankruptcy as to the fair values and liquidation values of the Company's assets (including any number of real estate properties, real estate development prospects, and water rights and an associated prospective water project in N.Mx.) and the fair value and liquidation value of equity in connection with a plan of restructuring. (My testimony was not contested at the hearing.)

*City of McKinney, Board of Adjustment, regarding: BO20-05 2015 South McDonald Street, McKinney, Texas;* September 30, 2020, hearing testimony; Testimony and analyses used by the City of McKinney and Board of Adjustment for purposes of setting a date for final enforcement associated with the non-conforming use of a property currently used for concrete batch plant operations. I provided an "amortization" analysis of the subject batch plant operation and assets. This analysis was then used to determine the amount of time required for the property to be allowed to continue its non-conforming operations so as to permit the owner and operator to jointly recover their original investments and realize a fair return on investment.

*In re: ZPower Texas, LLC, and ZPower, LLC, Debtors (Case No. 20-41157-11);* In the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division; deposition testimony April 17, 2020; testified (no report) as to the financial condition, insolvency, budget, and prospects for the debtor's financing and business and the issues with collateral proposed for DIP financing.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*In re: Rhoderick Terrance Williams (Case No. 19-33539-hdh7);* In the United States Bankruptcy Court for the Northern District of Texas, Dallas Division; hearing testimony February 13, 2020; testified (no report) as to the value and, financial condition of and potential damage to the debtor's business in a hearing related to an involuntary bankruptcy.

*City of Dallas, Zoning Board of Adjustment, Panel B, regarding: BDA189-031 (SL) 2702 Martin Luther King Jr. Boulevard;* Hearing Testimony June 19, 2019; Testimony and analyses used by the City of Dallas for purposes of setting a date for final enforcement associated with the non-conforming use of the property. I testified as to the estimated revenues, cash flows of a self-service cash wash and whether the historical cost of improvements up to the date of the zoning change as of December 2012 had been recovered.

*Beacon Point Capital, LLC vs. Philips Lighting North America Corporation;* American Arbitration Association (Case No. 50-20-0700-0029); Deposition Testimony May 14, 2019; Hearing Testimony July 15, 2019; testified as to issues of relating to breach of contract, reasonable royalties, calculation of interest, commercially reasonable interest, and other matters relating to a royalty agreement. (Confidential).

*ROY ARTERBURY, INDIVIDUALLY, DELWIN COBB, INDIVIDUALLY, CAVINS CORPORATION v. ODESSA SEPARATOR, INC., (Civil Action No. 5:16-CV-00183;* In the United States District Court for the Eastern District of Texas, Texarkana Division; trial testimony February 28, 2019; testified as to lost profits and reasonable royalty relating to oilfield tools for filtering sand in the wellbore.

*IMH Special Asset NT 168, LLC v. Aperion Communities, LLLP, et al.; IMH Special; Asset NT 161, LLC v. Eladio Properties, LLLP, et al. (Case Nos. CV2010-010943 and CV2010-010990);* In the Superior Court for the State of Arizona, County of Maricopa; deposition testimony September 6 and October 30, 2018; hearing testimony September 21 and 28 and November 2 and 9, 2018; testified as to the costs of collection, required rates of return, and damages associated with defaults on loans secured by undeveloped real estate (Confidential). Testified in the later deposition and hearing as to the values of certain recoveries realized by the Plaintiffs on assets received during collection efforts.

*Symetra Life Insurance Company and Symetra Assigned Benefits Company v. RSL-3B-IL, Ltd.; RSL-2012-1, LP; Liquidating Marketing Ltd.; Stewart Feldman; Marla Matz Feldman; IberiaBank, Rapid Management Corp.; RSL-3B-IL Management Corp.; and RSL-2012-1 Management Corp., (Civil Actions No. 4:16-CV-00791;* In the United States District Court for the Southern District of Texas, Houston Division; deposition testimony May 31, 2018; testified as to issues of insolvency, non-arm's-length transfers and transactions, adequacy of collateral, and comingling of assets, revenues, collateral, expenses, and liabilities. (Highly Confidential).

*Transamerica Annuity Service Corporation v. Symetra Life Insurance Company, A.M.Y. Property & Casualty Insurance Company, FinServ Casualty Corp., and Liquidated Marketing, Ltd. f/k/a Rapid Settlements, Ltd. (Civil Actions No. 4:16-CV-01426);* In the United States District Court for the Southern District of Texas, Houston Division; deposition testimony February 1, 2018; testified as to issues of insolvency, non-arm's-length transfers and transactions, adequacy of collateral, and comingling of assets, revenues, collateral, expenses, and liabilities. (Highly Confidential).

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Consulting Services, LLC and Roger W. Smith. vs. Solera Holdings, Inc., Mobile Productivity, LLC d/b/a AutoPoint, et al..; (JAMS Ref. No. 1310022879);* JAMS, Dallas Division; deposition testimony November 3, 2017; arbitration testimony August testified as the value of a specialty software (SaaS) company specializing in software and related services for auto dealerships.

*David M. Clapper, Atlantic Midwest L.L.C., and Atlantic XIII, L.L.C. v. American Realty Investors, Inc.., et al. (Case No. 3:14-cv-02970-D);* In the United States District Court for the Northern District of Texas, Dallas Division; deposition testimony October 12, 2017; testified as to the valuation of certain commercial real estate development companies and other investments (Highly Confidential).

*Swiftair, LLC v. Row 44, Inc.; Southwest Airlines Co., et al. (Case NoSC122964);* Superior Court of California, County of Los Angeles-West District, Santa Monica Courthouse; deposition testimony July 12, 2017, and September 7, 2017; trial testimony August 29, 2019; testified as to breach of contract damages (losses incurred in reliance and lost prospective future profits) associated with agreements to provide advertising and promotional content and on airline flights.

*MCM Investment Management, et al. vs. Commissioner of Internal Revenue* (Docket No. 13550-15); United States Tax Court; deposition testimony May 24, 2017; testified as to the valuation of certain preferred and equity interests and range of potential future value associated with the real estate development company.

*Oyokey, Inc., v. Naya Ventures, LLC, et al. (Cause No. DC-15-04746);* 44th Judicial District Court, Dallas County, Texas; deposition testimony December 14, 2016; testified in rebuttal to valuation analyses, adequacy of compensation, measures of damages, and speculative damages related to a development stage company.

*Regions Bank, et al., v. Nexbank Securities, et al. (Cause No. DC-13-14628);* 101st Judicial District Court, Dallas County, Texas; deposition testimony November 1 and 2, 2016; testified in rebuttal to various assertions of loss causation, damages, and claims of losses related to the financing and subsequent bankruptcy of a wholesale greenhouse nursery business focused on decorative plants.

*MEI Investments, LP vs. Comerica Bank, Blackbriar Advisors, and Harold J. Kessler; (Cause No. DC-15-04024);* 68th Judicial District Court, Dallas County, Texas; deposition testimony October 11, 2016; testified as to damages and the valuation of a subprime used auto dealership related to allegations of tortious interference and fraud.

*John D. Spicer, as Chapter 7 Trustee for Bankruptcy Estate of Primcogent Solutions LLC. vs. Erchonia Corporation and Santa Barbara Medical Innovations, LLC.; (File No. 14 193 Y 00243 11);* JAMS, Dallas Division; deposition testimony October 4, 2016; arbitration testimony November 10, 2016; testified as to specific misrepresentations in connection with an asset purchase agreement and resulting out-of-pocket and benefit of the bargain damages resulting from such misrepresentations.

*Erwin Cruz and the Erwin A. Cruz Family Limited Partnership vs. Mehrdad Ghani, Michael Taba, Ghani Medical Investments Inc., and Plano AMI LP; (Case No. 10-16274);* 101st Judicial District Court, Dallas County, Texas; trial testimony July 19 and 21, 2016; testified as to the valuation of certain partnership interests in imaging centers, the fairness of certain offers to purchase the imaging center, and certain financial transactions involving those imaging centers.

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Mirna Reyes, et al., v. North Texas Tollway Authority; (Civil Action No. 3:10-CV-00868-G);* In the United States District Court for the Northern District of Texas, Dallas Division; deposition testimony January 19, 2016; testified as to the amount administrative fees for costs of collecting tolls and measures of damages for persons charged fees in excess of costs (Highly Confidential).

*EVM Systems, LLC, vs. Rex Medical, L.P., et al.; (Civil Action No. 6:13-CV-184);* In the United States District Court for the Eastern District of Texas, Tyler Division; trial testimony August 19, 2015; testified as to the reasonable royalty and allocated profitability associated with patent infringement allegations involving the manufacturer and sale of certain endovascular medical devices.

*Kimberly Garcia v. Corinthian Wellness Spa, LLC.; (Case No. 4:14-CV-00799-Y);* In the United States District Court for the Northern District of Texas, Fort Worth Division; deposition testimony May 12, 2015; testified as to lost income associated with alleged discriminatory rescission of an offer of employment.

*H. Jonathan Cooke et al., vs. Robert C. Karlseng; et al. (Cause No. Dc-06-02783-L);* 193rd Judicial District, Dallas County, Texas; deposition testimony January 19, 2015; testified as a rebuttal expert on the valuation of a set of title closing businesses subject to material regulatory and legal risks; issues with the opposing expert's valuation  and damages analyses; and the absences of measurable damages associated with alleged claims of conversion, shareholder oppression, fraud, and breach of contract in light of the legal and operational issues surrounding the businesses.

*AD Global 2000 Fund, LLC, et al. v. Commissioner of Internal Revenue*, and *AD Investment 2000 Fund, LLC, et al. v. Commissioner of Internal Revenue* (Jointly tried; Docket Nos. 9177-08 and 9178-08.); United States Tax Court; trial testimony June 3 and 4, 2014; testified as to the fairness, reasonableness and terms of certain digital foreign currency options.

*Axcess International, Inc. v. Baker Botts L.L.P.;* County Court at Law Number Five, Dallas County, Texas; trial testimony May 8, 2014; testified as to the value and reasonable royalty rate for certain intellectual property, patents, and priority dates involving active RFID technologies as of 2002 and 2003 and resulting damages associated with the failure to disclose conflicts of interest, failure to properly prosecute certain patents, wrongful prosecution of patents of an infringer that conflicted with and infringed the plaintiffs patents and intellectual property, and failure to notify a client of possible interference actions and claims against an infringer (also, represented by the defendant).

*In the Matter of the Marriage of Nalini Prabhakar and Meenakshi Prabhakar;* 254th Judicial District, Dallas County, Texas; deposition testimony April 22, 2014, hearing testimony April 28, 2014; first trial testimony October 27 & 30, November 6 & 7, and December 1 & 2,2014; second deposition November 15, 2015; second testimony trial testimony November 20, 23, 25, & 30, 2015 and December 10 & 11, 2015; testified as to personal goodwill and business valuation of a large infectious disease and infusion therapy group medical practice; testified in a hearing regarding information deficiencies and valuation issues in valuing the practice.

*Endotach LLC. vs. Cook Medical Inc.; (Civil Action No. 1:13-CV-01135-LJM-DKL);* In the United States District Court For the Southern District of Indiana, Indianapolis Division; deposition testimony February 27, 2014; testified as to reasonable royalties associated with patent infringement claims relating to stent graft patents.

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Coats, Rose, Yale, Ryman & Lee, P.C. vs. Print Fulfillment Services, LLC; (Cause No. DC-12-02377- F);* 14th Judicial District Court, Dallas County, Texas; deposition testimony November 25, 2013; testified as a "fact witness" to the content and analyses in a prior expert report and related damage issues arising from allegedly defective printers in a prior matter.

*Thomas L. Weintraut, Transferee, et al. v. Commissioner of Internal Revenue* (Docket Nos. 6505-12, 6715-12, and 6751-12); United States Tax Court; trial testimony June 11, 2013; testified as to solvency and business purpose as of and subsequent to the of all the common shares of a company with built-in-capital gains and no business operations at the time of sale.

*BUTTONWOOD TREE VALUE PARTNERS, LP and JOHN SORRELLS on Behalf of Themselves and all Others Similarly Situated, VS. JACK A. SWEENEY, STEVEN J. SWEENEY, MARILYN J., SWEENEY, GARY M. HORGAN, H. ANTHONY GARSHORE, ELIZABETH THOMPSON, FRED M. EDWARDS, THOMAS E. McCULLOUGH, RICHARD SCHREIBER, and LAWRENCE J. HERMAN, (Case No. 8:10-cv-00537 CJC (MLGx);* In the United States District Court For the Central District of California, Southern Division; deposition testimony May 24, 2013; testified as to market efficiency and damages related to class certification motion involving allegations of securities fraud in First Regional Bancorp litigation.

*Axcess International Inc. vs. Savi Technology Inc.; (Case No. 3:10-CV-01033-F);* In the United States District Court for the Northern District of Texas, Dallas Division; deposition testimony September 14, 2012; testified as to reasonable royalties associated with patent infringement claims relating to active RFID technologies.

*Erwin Cruz and the Erwin A. Cruz Family Limited Partnership vs. Mehrdad Ghani, Michael Taba, Ghani Medical Investments Inc., and Plano AMI LP; (Case No. 10-16274);* 101st Judicial District Court, Dallas County, Texas; deposition testimony October 3, 2011; trial testimony May 7 and 8, 2012; testified as to the valuation of certain partnership interests in imaging centers, the fairness of certain offers to purchase the imaging center, and certain financial transactions involving those imaging centers.

*BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on Behalf of Itself and All Others Similarly Situated, vs. WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES AR1, et al.;* (Master Case No.: C09-0037 (MJP)); In the United States District Court For the Western District of Washington; deposition testimony May 12, 2011; testimony regarding class certification issues including loss causation for Section 11 claims; deposition testimony June 8, 2012, testimony regarding Section 11(e) measures of damages, values of the certificates at issue at the time of suit, and in rebuttal to opposing expert reports.

*John K. Agamalian et al. v. Wedbush Morgan Securities, Inc. and Michael Farah*; Financial Industry Regulatory Authority Arbitration; hearing testimony February 16 and 17, 2011 and November 22, 2011; testified as to the standards for appropriate diversification of assets and suitability of assets in various individual and trust accounts, representations regarding the securities invested in the accounts, and losses realized both in absolute terms and relative to appropriate benchmark funds between 2000 and 2004 resulting from investments inconsistent with the individuals' and trusts' needs and objectives and violations of the principle of diversification of risk. In particular, the testimony focused on excessive losses associated with investments and concentrations of holdings in more volatile equity securities and in mezzanine and subordinated tranches of non-agency mortgage-backed securities (often representing less-than-prime mortgages).

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*David Greenberg et al. v. Commissioner of Internal Revenue*, (Docket No. 1143-05 et al.); United States Tax Court; trial testimony February 8 and 9, 2011; testified as to the fairness, reasonableness and terms of certain digital foreign currency options.

*PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JAWSON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR , individually and on behalf of all other similarly situated; vs. TYLER TECNOLOGIES, INC. AND EDP ENTERPRISES, INC;* (Case No. 2:08-CV-422 TJW); In the United States District Court For the Eastern District of Texas; deposition testimony October 25, 2010; testimony regarding the imputed hourly pay rate, overtime pay rate, and pay scales relative to technical, managerial, and significant administrative personnel for the type and nature of the business relating to claims of unpaid overtime in violation of the Fair Labor Standards Act.

*Jayhawk Capital Management, LLC et al. vs. LSB Industries, Inc., et al.;* (Case No. 08-CV-2561 EFM/JPO); In the United States District Court For the District of Kansas at Kansas City; deposition testimony October 7, 2010; trial testimony September 13, 2011; testimony regarding the payment of preferred dividends, the ability of the company to pay dividends, the economic payment of dividends, and the damages associated with omission of accrued cumulative dividends and denial of the ability to participate equally in certain exchanges of preferred shares into common shares.

*EDUARDO PURICELLI, on behalf of itself and all others similarly situated, vs. THE REPUBLIC OF ARGENTINA;* (Civil Action No. 04-CV-02117 (TPG)) and related cases; In the United States District Court for the Southern District of New York; deposition testimony October 4, 2010; testimony regarding the amount of interest, principal and default interest due and owing to date on eight debt securities issued by and defaulted on by the Republic of Argentina on or before December 31, 2001.

*Six & Mango Equipment, L.L.P., et al. v. Adair, Morris & Osborn, P.C., et al;* (Cause No. 296-00453-2009); In the 296th District Court, Collin County, Texas; deposition testimony July 29, 2010; testimony regarding economic damages (loss of business value, additional expenses and lost profits) resulting from undisclosed restrictions on use and delays in development of commercial real estate for an operating commercial equipment dealership.

*WILLIAM MOUNTANOS, PETER MOUNTANOS, JAMES RYE, and TYRONE REMINGA, vs. DENDREON CORPORATION, et al.;* (Case No. C 09-426-MJP); In the United States District Court for the Western District of Washington at Seattle; deposition testimony June 15, 2010; testimony regarding market efficiency, materiality, loss causation, and damages.

*MIDDLECOUNTY RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, vs. SEMTECH CORP., JOHN D. POE, JASON L. CARLSON, MOHAN R. MAHESWARAN, DAVID G. FRANZ JR., and JOHN M. BAUMAN;* (Civil Action No. 07-CV-7183); In the United States District Court for the Southern District of New York; deposition testimony March 30, 2010; testimony regarding market efficiency, materiality, and loss causation relating to issues of class certification.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*James I. Jaconette, in his capacity as Trustee of the James I. Jaconette Separate Property Trust Dated January 14, 2004 vs. EMERALD BAY FINANCIAL, INC., a California corporation; BOB SYREK, an individual; AND DOES 1-50, inclusive; (Case No. 37-2008-00071642 CU-FR-SC*); In the Superior Court for the State of California, County of San Diego, South County Division; trial testimony March 23, 2010; testified as to losses and measures of losses associated with allegations of fraud and negligent misrepresentation in connection with the sale of a mortgage loan to the plaintiff.

*In re: Cobalis Corp., a Nevada Corporation; COBLAIS CORP., A NEVADA CORPORATION, and CORNELL CAPITAL PARTNERS, LP, YORKVILLE ADVISORS, LLC AND, YA GLOBAL INVESTMENTS, LP; (CASE NO. 8:07: 12347-TA; ADVERSARY NO. 09:09-AP);* In the United States Bankruptcy Court For the Central District of California-Santa Ana Division; deposition testimony February 16, 2010; hearing testimony March 10, 2010; testimony regarding gains from short sales and avoided losses from sales of shares by defendants and damage to market value of debtor/plaintiff.

*Harvey Lapin vs. Goldman Sachs Group, Inc. et al.;* (No. 1:04-CV-02236-KMK); In the United States District Court for the Southern District of New York; deposition testimony February 11, 2010; testimony regarding market efficiency, materiality, loss causation, inflation per share, and damages.

*In re: Northfield Laboratories, Inc. Securities Litigation;* (Master File No. 06 C 1493); In the United States District Court for the Northern District of Illinois; deposition testimony February 8, 2010; testimony regarding market efficiency, materiality, and loss causation relating to issues of class certification.

*In re: Gary Vanier* (MDL No. 06-0784); 48th Judicial District Court, Tarrant County, Texas; deposition testimony February 3, 2010; hearing testimony June 17 and 18, 2010; arbitration testimony January 5, 2023; testified as to the absence of any stock price impact (and no damages) associated with various critical Yahoo! Bulletin Board posts regarding a publicly-traded company.

*ROBERT LEVITT for himself and as custodian for Richard Levitt and Monica Levitt, ROBERT RICE, STEPHEN G. SIBEN, STEPHEN STROBEHN, STANLEY VELTKAMP, PHILIP C. VITANZA for himself and Elizabeth Vitanza and Luke Vitanza, JOHN T. WHITE, GUY V. WOOD, CARL ZANDER, JR., and TED M. and KATHRYN N. JONES, as Trustees, vs. J.P. MORGAN SECURITIES INC., and J.P. MORGAN CLEARING CORP.* (Civil Action No. 99 Civ. 2789 MDL 1208 (ADS) (MLO)); In the United States District Court for the Eastern District of New York; deposition testimony November 20, 2009; testimony related to a motion for class certification in a class action alleging market manipulation and non-disclosure in connection with an initial public offering regarding issues of loss causation and common measures of damages.

*Between: ED J. MCKENNA and GAMMON GOLD, INC., RUSSELL BARWICK, COLIN P. SUTHERLAND, DALE M. HENRICK, FRED GEORGE, FRANK CONTE, KENT NOSEWORTHY, CANEK RANGEL, BRADLEY LANGILLE, ALEJANDRO CARAVEO, BMO NESBITT BURNS INC., SCOTIA CAPITAL INC., and TD SECURITIES INC.* Proceeding under the *Class Proceedings Act,* 1992 (Court File No. 56862); Ontario Superior Court of Justice; deposition testimony October 27, 2009; testimony, including rebuttal testimony, regarding marketing efficiency, materiality, and loss causation for class certification purposes.

*Douglas Fletcher v. Pivot International*, American Arbitration Association (Arbitration Case No. 57-180-Y-00070-08); deposition testimony October 14, 2009; direct and rebuttal arbitration testimony February 23 and 25, 2010; testified as to various transfer pricing and fair market valuation issues relating to the valuation of Pivot International in connection with a buy-sell agreement for a departing employee.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*In re Herley Industries Inc. Securities Litigation.* (Civil Action No. 06-2596 (JRS)); In the United States District Court for the Eastern District of Pennsylvania; deposition testimony October 9, 2009; testimony, including regarding loss causation and damages issues associated with failure to disclose issues with government contracts.

*Between: ROMAN PYSZNYJ and ORSU METALS CORPORATION (f/k/a EUROPEAN MINERALS CORPORATION) WILLIAM G. KENNEDY and JAMES COLE* Proceeding under the *Class Proceedings Act,* 1992 (Court File No.: 59650CP); Ontario Superior Court of Justice; deposition testimony August 26, 2009; testimony, including rebuttal testimony, regarding marketing efficiency, materiality, and loss causation for class certification purposes.

*In re Merix Corporation Securities Litigation.* (Lead Case No. CV-04-826-MO); In the United States District Court for the District of Oregon; deposition testimony August 21, 2009; testimony, including rebuttal testimony, regarding loss causation issues and market and industry forces in a Section 11 case at class certification.

*United States v. Charles Cathcart et al.* (Civil Case No. 07-4762-PJH (JCS)); In the United States District Court for the Northern District of California- San Francisco Division; deposition testimony July 20, 2009; testimony regarding hedging strategies for common equity shares with built-in capital gain and the materiality of various alternatives with respect to constructive sale guidelines.

*In re Scientific-Atlanta, Inc. Securities Litigation* (Case No. 1:01- CV- 1950- RWS); In the United States District Court for the Northern District of Georgia- Atlanta Division; deposition testimony March 6, 2009; testimony regarding market efficiency and reliance, inflation per share, loss causation and damages relating to a relating to securities fraud claims involving "channel-stuffing" and premature revenue recognition.

*In re MIVA Inc. Securities Litigation* (Civil Action No. 2:05-cv-00201-FtM-29DNF); In the United States District Court for the Middle District of Florida- Fort Myers Division; deposition testimony February 18, 2009; testimony regarding market efficiency and reliance, inflation per share, loss causation and damages relating to a relating to securities fraud claims involving revenues based on unethical Internet activity (including "click-fraud").

*Brenholb, Inc. d/b/a Brenner Printing. v. Komori America Corporation* (Cause No. 51 181 Y 00365 08); American Arbitration Association; deposition testimony January 15, 2009; testified as to issues related to lost profits resulting from and impairment of the value of a defective printing press.

*Capital One Financial Corporation and Subsidiaries. v. Commissioner of Internal Revenue* (Docket Nos. 24260-05 and 19519-05); United States Tax Court; trial testimony December 17, 2008; testified as to calculation of OID accruals related to certain fees and revenues generated by credit card portfolios based on analyses of account and balance turnover by type.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*JOHN CARFAGNO, derivatively on behalf of CENTERLINE HOLDING COMPANY, vs. MARC D. SCHNITZER, STEPHEN M. ROSS, JEFF T. BLAU, LEONARD W. COTTON, ROBERT J. DOLAN, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, ROBERT A. MEISTER, JANICE COOK ROBERTS, and THOMAS W. WHITE, and CENTERLINE HOLDING COMPANY* (Case No. 1:08-cv-00912-SAS-JCF); In the United States District Court for the Southern District of New York; deposition testimony November 18, 2008; testimony regarding the fairness of a preferred equity investment by an affiliate and related fiduciary issues and damages.

*BENJAMIN SHIRK and RONALD JAUSS, individually and on behalf of all others similarly situated, vs. FIFTH THIRD BANCORP, et al.,* (Civil Action No. 05-cv-00049); In the United States District Court for the Southern District of Ohio, Western Division; deposition testimony November 13, 2008; testimony regarding lost profits and economic losses associated with alleged breaches of fiduciary duties and other acts related to investments in company stock in retirement plans.

*AIR MEASUREMENT TECHNOLOGIES, INC. et al. v. AKIN GUMP STRAUSS HAUER & FELD, L.L.P.* (Civil Action No. SA 03 CA 0541 RF); In the United States District Court for the Western District of Texas, San Antonio Division; deposition testimony October 16, 2008; trial testimony April 20 and 21, 2009; testimony regarding reasonable royalty rates and lost royalties associated with a portfolio of patents.

*Cyberdyne Systems Inc. v. BGI, Inc.* (Case No. 06-2954-PHX-ROS); In the United States District Court for the District of Arizona; deposition testimony August 18, 2008; testimony regarding preliminary analyses of claims of damages in a case involving claims of copyright infringement and breach of contract relating to an exclusive distribution agreement.

*In re Credit Suisse-AOL Securities Litigation* (Civ. Action No. 02-15146-NG); In the United States District Court for the District of Massachusetts; deposition testimony August 11, 2008; hearing testimony December 20, 2011; testimony regarding the impact of analyst reports on the share price of AOL, event studies, damages, and in rebuttal to opposing expert.

*In re Stone Energy Securities Litigation* (Civil Action No. 6:05CV2088p, 6:05CV2109, and 6:05CV2220); In the United States District Court for the Western District of Louisiana- Lafayette-Opelousas Division; deposition testimony June 18, 2008; testimony regarding market efficiency and reliance and loss causation relating to a motion for class certification relating to securities fraud claims involving overstated petroleum reserves.

*Asher, et al. v. Baxter International, Inc.* (Case No. CV 02-CV-5608, 5742, 5807, 6085, 6175, and 62567); In the United States District Court for the Northern District of Illinois; deposition testimony May 12, 2008; testimony regarding market efficiency and reliance, loss causation, and damages relating to securities fraud claims involving common stock.

*Charles Moon and AISoft, Inc. v. Infoglide Software Corporation* (Cause No. D-1-GN-07-000747); 353rd Judicial District Court, Travis County, Texas; deposition testimony May 9, 2007; testified as to lost income due to severance and termination associated with allegations of wrongful termination.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Gordon Roundtree Motors, Ltd. v. Mazda Motor of America Inc. et al.;* (Case No. WA:06-CV--00251); In the United States District Court for the Western District of Texas, Waco Division; deposition testimony April 10, 2008; testimony regarding capitalization and capitalization ratios involving an application for the purchase of an automotive franchise; testimony in hearing before Texas Motor Vehicle Division August 29, 2008, regarding the financial condition and proposed capitalization of the subject dealership relative to manufacturer requirements.

*In re Retek Inc. Securities Litigation* (Case No. CV 02-4209 JRT/AJB); In the United States District Court for the District of Minnesota; deposition testimony March 25, 2008; testimony regarding market efficiency and reliance, loss causation, and damages relating to securities fraud claims involving common stock.

*In re Accredo Health Inc. Securities Litigation* (Civil Action No. 03-2216-BP); In the United States District Court for the Western District of Tennessee; deposition testimony March 10, 2008; testimony regarding market efficiency and reliance, loss causation, and damages relating to securities fraud claims involving common stock.

*Planview, Inc. vs. Computer Associates International, Inc. et al.;* (Cause No. D-1-GN-06-001382); 345th Judicial District Court, Travis County, Texas; deposition testimony March 4, 2008; testified as to lost revenues and profits, unjust enrichment, and other issues relating to allegations of theft of trade secrets, tortuous interference with contractual relationships (including confidentiality, non-solicitation and non-competition agreements with employees of Planview), unfair competition, and other related causes of action.

*In re Petco Corporation Securities Litigation* (Master File No. 05-CV-0823-H(RBB)); In the United States District Court for the Southern District of California; deposition testimony February 29, 2008; testimony regarding market efficiency and reliance, loss causation, and damages relating to securities fraud claims involving common stock.

*In re Faro Technologies Securities Litigation* (Lead Case No. 6:05-cv-1810-Orl-22DAB); In the United States District Court for the Middle District of Florida, Orlando Division; deposition testimony February 1, 2008; testimony regarding market efficiency and reliance and loss causation relating to securities fraud claims involving common stock.

*James Morton as Trustee for the James E. Morton Living Trust, vs. Merrill Lynch Pierce Fenner & Smith, Inc. and Presidio Capital Advisors, LLC,* (Case No. 2:06cv00236 DB); United States District Court, District of Utah, Central Division; deposition testimony February 12, 2008; testimony regarding damages and measures of damages relating to certain block sales of common shares in alleged violation of plaintiff's instructions.

*New Phoenix Sunrise Corporation and Subsidiaries v. Commissioner of Internal Revenue*, (Docket No. 23096-05); United Stated Tax Court; trial testimony January 22, 2007; testified as to the fairness, reasonableness and terms of certain foreign currency swaps.

*MS Perry Company, Inc.; Michael Perry; Starr Perry; and Anisa International, Inc. vs. Mary Kay, Inc. et al.;* (Cause No. 05-00857); 68th Judicial District Court, Dallas County, Texas; deposition testimony December 3, 2007; testified as to revenues, unjust enrichment, lost profits and other issues relating to allegations of theft of trade secrets, breach of confidentiality agreements, and other related causes of action.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Premier Ambulatory Surgery of Austin, L.L.P. vs. Brown McCaroll, L.L.P., Hilgers & Watkins, P.C. and David Hilgers* (Cause No. D-1-GN-06-003926); 200th Judicial District Court, Travis County, Texas; deposition testimony October 24, 2007; testified as to lost profits and lost purchase price consideration resulting from the loss of certain prospective partners associated with a surgical center.

*In re Tower Automotive Securities Litigation (Civil Action No. 1:05-CV-01926-RWS);* United States District Court Southern District of New York; deposition testimony November 14, 2007; testimony regarding market efficiency and loss causation.

*In re Forest Laboratories Securities Litigation* (Civil Action No. 05-CV-2827 (RMB)); In the United States District Court for the Southern District of New York; deposition testimony October 19, 2007; testimony regarding market efficiency and reliance, loss causation, and damages relating to securities fraud claims involving common stock.

*Taffazzoli Family Limited Partnership, PMA Corp., Zum Tobel Holdings, Inc. v. Ralph L. Cruz, RLCFI 1997 Limited Partnership, William R. Cruz, WRCF-I 1997 Limited Partnership, Marc J. Stone, Charles F. Wright, David H. Fleischman and Tradestation Group, Inc.;* In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (Case No. 03-19815-CA40); deposition testimony September 24, 2007; testified as to materiality of alleged omissions, false and/or misleading statements relating to the sales of common shares by the plaintiffs in Tradestation Group and the losses or damages arising from those sales based on rescission and out-of-pocket damages.

*Hubert Fu v. Baptist/ St. Anthony's Health System; Deborah McCollum; and, Amarillo Anesthesia Consultants, P.A.;* U.S. District Court for the Northern District of Texas, Amarillo Division (Civil Action No. 2-07CV-028-J); deposition testimony September 20, 2007; testified as to lost income and incremental expenses incurred as a result of defamation and other claims involving anesthesiologist.

*CHASE MEDICAL, LP v. CHF TECHNOLOGIES, INC. and ENDOSCOPIC TECHNOLOGIES, INC..;* U.S. District Court for the Northern District of Texas, Dallas Division (Civil Action No. 304 CV 2570 M); trial testimony September 12, 2007; testified as to the reasonable royalty and lost profits in a patent infringement and trademark infringement case involving a cardiovascular surgical procedure and device.

*In re: CDX CORPORATION: CDX LIQUIDATING TRUST by the CDX LIQUIDATING TRUSTEE, vs. VENROCK ASSOCIATES, et al.;* U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division (Case No. 02-23467; Adversary Case No. 04A03018); deposition testimony August 30, 2007; testified as to the fairness of various non-arm's-length transactions and bridge loans involving the debtor corporation.

*In re Parmalat Securities Litigation* (Master Docket No. 04-MD-1653 (LAK)); In the United States District Court for the Southern District of New York; deposition testimony August 16 and 17, 2007; testimony regarding market efficiency and reliance, loss causation, and damages relating to securities fraud claims involving common stock, preferred stock and bonds.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*In re. Xcelera.Com Securities Litigation.;* United States District Court, District of Massachusetts, Boston, Massachusetts (Civil Action No. 00- CV-11649(RWZ)); deposition testimony August 9, 2007; hearing testimony April 25, 2008; testified as to loss causation and damages in a securities fraud case.

*iValue Group, Inc. a/k/a Explore, Inc. v. M&A Technology, Inc. et al.; v. Julian Ross* (Cause No. 02- 09794-B); In the 44th Judicial District Court, Dallas County, Texas; trial testimony August 2, 2007; testimony regarding errors in opposing expert's valuation analysis and speculative value of a failing dot.com enterprise.

*Peter Kaltman, et al.; vs. Key Energy Services, Inc., et al.; (Case No. MO-04-CV-082);* In the United States District Court for the Western District of Texas, Midland-Odessa Division; deposition testimony August 6, 2007; testimony regarding market efficiency, reliance, and loss causation relating to a motion for class certification in securities fraud case.

*Thomas G. Ong for Thomas G. Ong IRA and Thomas G. Ong, Individually and on behalf of all others similarly situated, v. Sears, Roebuck & Co., Sears Roebuck Acceptance Corp., et al.; (Case No. 03 C 4142);* In the United States District Court for the Northern District of Illinois, Eastern Division; deposition testimony July 26, 2007; testimony regarding market efficiency and reliance relating to a motion for class certification involving debt and preferred securities.

*In re Credit Suisse-AOL Securities Litigation* (Civ. Action No. 02-15146-NG); In the United States District Court for the District of Massachusetts; deposition testimony July 10, 2007; testimony regarding market efficiency and reliance relating to a motion for class certification.

*RICHARD WAGNER, MURIEL P. ENGELMAN, PHILIP SCHECHTER, IRA GAINES, and C.H. SMITH, Individually and on Behalf of all Other Similarly Situated vs. BARRICK GOLD CORP., RANDALL OLIPHANT, JOHN K. CARRINGTON, and JAMIE C. SOKALSKY*, (Case Nos. 1:03CV4302; 1:03CV5059; 1:03CV5104; 1:03CV5856;1:03CV6089); In the United States District Court For the Southern District of New York; deposition testimony June 27, 2007, testimony regarding market efficiency and loss causation related to a motion for class certification in a class action securities case; deposition testimony November 20, 2008, regarding market efficiency, loss causation and damages.

*Suzanne Coates and 2055 Incorporated vs. Robert Coates*, 101st Judicial District Court, Dallas Texas (Cause No. 05-02456); trial testimony October 2007; testified as a fact witness on June 13, 2007, regarding a preliminary valuation analysis prepared for a company owned by a couple preparing for a divorce in 2002.

*In re Worldcom, Inc., et al.; (Abbott Litigation Claims)* (Chapter 11 Case No.02-13533 (AJG)); In the United States Bankruptcy Court for the Southern District of New York; deposition testimony May 24, 2007; testimony regarding damages and insolvency associated with the merger of WorldxChange with World Access, Inc. in 2000.

*Matt Brody, On Behalf of Himself and All Others Similarly Situated, vs. Zix Corporation, et al.;* (Civ. Action No. 3:04-CV-1931-K ECF); In the United States District Court for the Northern District of Texas-Dallas Division; deposition testimony May 17, 2007 and October 30, 2007; testimony regarding market efficiency and loss causation related to a motion for class certification in a class action securities case.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Oscar Munoz, et al.; vs. AT&T Corp.* (Civil Action No. 06-cv-01205-PSF-MJW); In the United States District Court for the District of Colorado; deposition testimony May 7, 2007; testimony regarding the valuation of AT&T Wireless stock options vested and held by the Plaintiff, Oscar Munoz.

*In re Flag Telecom Holdings, Ltd. Securities Litigation* (Case No. 02-Civ. 3400 (WCC)); In the United States District Court for the Southern District of New York; deposition testimony May 2, 2007; testimony regarding market efficiency, tracing of shares to an offering and loss causation related to a motion for class certification in a class action securities case.

*156 Alliance Partners, Ltd. V. Susan Bonner Mead, Amy Col Griffin, and Don Cole, as Trustees for the M.T. Cole Trust No. 2, and M.T. Cole Trust No. 3* (Cause No. 2003-10038-16); 16th Judicial District, Denton County, Texas; deposition testimony April 18, 2007; hearing testimony May 8, 2008; testimony regarding the calculation of damages associated with claims of breach of contract and fraud involving a real estate transaction.

*Harvey Lapin vs. Goldman Sachs Group, Inc. et al.;* (No. 1:04-CV-02236-KMK); In the United States District Court for the Southern District of New York; deposition testimony April 5, 2007; testimony regarding market efficiency, materiality, and loss causation.

*ESTATE OF MARJORIE deGREEFF LITCHFIELD, DECEASED, GEORGE B. SNELL AND PETER deGREEFF JACOBI, CO-EXECUTORS, v. COMMISSIONER TO INTERNAL REVENUE* (Docket No. 15882-05); United States Tax Court; trial testimony April 12 and 13, 2007; testified as to the discounts for built-in capital gains, lack of control and lack of marketability of two corporations (with equity investments and agricultural real estate and operations representing the primary assets of the corporations).

*In re JDS Uniphase Corporation Securities Litigation* (Master File No. C-02-1486 CW (EDL)); In the United States District Court for the Northern District of California, Oakland Division; deposition testimony March 12 and 13, 2007; additional deposition testimony regarding supplemental report October 20, 2007; trial testimony November 1, 2 and 16, 2007; testimony regarding materiality, loss causation, and damages in a class action securities case.

*In re Enron Corporation Securities, Derivative and "ERISA" Litigation; LAMKIN et al.; vs. UBS PAINE WEBBER, INC., and UBS WARBURG LLC, and, GIANCARLO vs. UBS FINANCIAL SERVICES, INC., UBS SECURITIES, L.L.C., and UBS AG* (MDL Docket No. 1446; Civil Action Nos. H-02-CV- 0851 & H-03-4359, respectively); In the United States District Court For the Southern District of Texas, Houston Division; deposition testimony October 26, 2006; testimony regarding materiality, loss causation, solvency and damages in two class action securities cases involving customers and counter-parties of the defendants and Enron employees awarded stock options.

*F. L. Motheral Company d/b/a Motheral Printing Company vs. MLP, U.S.A., Incorporated, Mitsubishi & Company, (U.S.A.), Incorporated;* American Arbitration Association, Fort Worth, Texas (Arbitration No. 71 181 Y 00094 05); deposition testimony August 25 and September 20, 2006; testified regarding economic losses relating to allegedly defective printing equipment.

*In re Rhythms Securities Litigation;* (Case No. 02-K-35); In the United States District Court for the District of Colorado; deposition testimony July 21, 2006; testimony regarding materiality, loss causation, inflation per share and damages in a class action securities case.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Rose Johnson, Individually and as Personal Representative of the Estate of Jay Johnson, and Thelma Johnson, Jason Johnson and Kindra Johnson, Individually v. Journeyman Construction, L.P.; Austex Concrete Construction, et al.;* (Cause No. GN-303431) 126th Judicial District, Travis County, Texas; deposition testimony July 11, 2006; testified as to the lost income associated with the death of Jay Johnson.

*In re Enron Corporation Securities Litigation; Mark Newby, et al.; vs. Enron Corp., et al.;* (MDL Docket No. 1446; Civil Action No. H-01-3624); In the United States District Court For the Southern District of Texas, Houston Division; deposition testimony May 8 and 9, 2006; testimony regarding materiality, loss causation, solvency and damages in a class action securities case in rebuttal to a number of expert reports for defendants.

*Thomas J. O'Neil, et al.; (Plaintiffs) v. Texas American Communications Network, Inc., et al.; (Defendants)*; (Cause No. 67-210728-05) 17th Judicial District, Tarrant County, Texas; trial testimony May 3, 2006; testified as to the fair value of a small Internet service provider in a case involving breach of fiduciary duty, wrongful termination and destruction of business.

*Jeffrey H. Winokur, Individually and on Behalf of all Other Similarly Situated, vs. Direct General Corporation, et al.;* (Civil Action No. 3:05-0077); In the United States District Court, Middle District of Tennessee; deposition testimony April 7, 2006; testimony regarding materiality, loss causation and damages in a class action securities case.

*WRS Group, Ltd. And SJS Partnership v. United States* (Civil Action WA:05-CV-166); In the United States District Court, Western District of Texas, Waco Division; deposition testimony April 4, 2006; testified in rebuttal to and regarding the valuation of equity interests of a medical education company and relating allocation issues in an income tax dispute.

*Jules Adrian Carmack vs. John Dee Carmack II, Kevin Wayne Cloud and Id Software, Inc.*; 134th Judicial District, Dallas County, Texas; deposition testimony March 31, 2006; testified as to valuation of a computer game design company and related issues in a shareholder dispute regarding a buy-sell agreement, allegations of oppression and issues of fair value.

*In re Williams Sec. Litig.* (Case No. 02-CV-75-H(M)); In the United States District Court, Northeastern District of Oklahoma; deposition testimony March 22, 2006; testimony regarding materiality, loss causation and damages in a class action securities case.

*James Kelsoe, et al.; v. Texas United Excavators, L.L.C. and Leslie Lynn Cox;* (Cause No. 67-209655-05) Judicial District, Tarrant County, Texas; deposition March 9, 2006; testified as to lost household income and other support in a wrongful death case.

*In re Cigna Corporation Sec. Lit.* (Master File No. 2:02CV8088); In the United States District Court, Eastern District of Pennsylvania; deposition testimony March 7, 2006; testified as to issues of loss causation and damages.

*Windscape Holdings, Ltd. And Live Oak Holdings, Ltd. v. Wes Lochridge & Associates General Contractors, Inc.* (Cause No. 04-8259); 101st Judicial District, Dallas County, Texas; deposition February 27, 2006; testified in rebuttal to and regarding claims of lost rental income in apartments as result of alleged paint peeling.

VALUESCOPE, Inc. 　　　　　　　　　　Confidential 　　　　　　　　　　22

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Joseph D. Martinec, Chapter 11 Trustee of WSNET Holdings, Inc. v. Ceberus Capital Management L.P., et al.;* 200th Judicial District, Travis County, Texas; deposition testimony December 15, 2005; testified as to valuation of a digital cable/satellite television provider.

*Vitamin Village, Inc. v. Commissioner of Internal Revenue* (Docket No. 8745-02) and *Universal Marketing, Inc. v. Commissioner of Internal Revenue* (Docket No. 8744-02); United States Tax Court; trial testimony December 9, 2005; testified as to issues related to reasonable compensation of two affiliated companies.

*Estate of Frederic C. Kohler v. Commissioner of Internal Revenue;* (Docket No. 4646-03); United States Tax Court; trial testimony December 7, 2005; valuation of minority shares of Kohler Inc.

*In the Matter of the Marriage of Pamela Elaine White and Jeffrey Alan White;* 401st Judicial District, Collin County, Texas; deposition testimony November 8, 2005, trial testimony November 17, 2005; testified as to personal goodwill and business valuation.

*In re Calpine Corporation Securities Litigation;* In the United States District Court, Northern District of California (N.D. Cal. Case No. C-02-1200 SBA (WDB)); deposition testimony October 6 and 7, 2005; testified as to Section 11 damages involving issued debt securities related to allegations of omissions regarding manipulation of the California energy markets in 2000 and 2001.

*In re Omnicom Group Inc. Securities Litigation;* In the United States District Court, Southern District of New York (Case No. 02 Civ. 4483); deposition testimony September 14, 2005; and April 25, 2007; testified as market efficiency in relation to a motion for class certification in the first deposition and testified as to materiality, loss causation and damages in the second deposition.

*In re: Metris Companies Inc. Securities Litigation;* In the United States District Court, District of Minnesota (Civil Action No. 02-CV-3677 JMR/FLN); deposition testimony August 15, 2005; testified as to materiality, inflation per share and aggregate damages in a class action securities case involving a subprime credit card lender.

*Federal Home Loan Mortgage Corp. v. Commissioner,* United States Tax Court (Docket Nos. 3941-99, 15626-99 and 5829-02)*;* trial testimony June 8 and 9, 2005; testified as to allocation of purchase price, valuation of intangible assets and favorable financing.

*David Graben and Frank Strickler v. Western Reserve Life Assurance Company of Ohio; Intersecurities, Inc. and Timothy Hutton;* State District Court, 271st Judicial District, Wise County, Texas; deposition testimony March 29, 2005; trial testimony May 18, 2005; testified as to economic losses and prudent investment management involving the management of investment portfolios for two retired individuals.

*Wechsler & Co., Inc. v. Commissioner of Internal Revenue,* United States Tax Court (Docket No. 9667-04); trial testimony March 24, 2005; prepared a written report and rebuttal report as testimony in a matter involving the determination of the reasonable compensation of a Chief Executive Officer of a broker-dealer specializing in trading convertible debt securities as a dealer and on its own account.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Stephen T. Davis, Individually and as Owner of Lone Star Phones v. Dobson Cellular Systems Inc. d/b/a CellularOne and Dobson Communications Corporation and Kelly Lane;* In the United States District Court for the Northern District of Texas, Dallas Division (Case No. 3-04-CV-0465 B); deposition testimony February 25, 2005; testified as to lost income associated with allegations of a breach of contract and wrongful termination of a dealership agreement.

*In re: PE Corporation Securities Litigation;* In the United States District Court, District of Connecticut (Master File No. 3:00CV705(CFD)); deposition testimony February 23, 2005; testified as to materiality, inflation per share and aggregate damages in a class action securities case involving allegations of inadequate and misleading disclosures relating to a secondary offering of tracking shares.

*Alpine International Corp. v. Texas Health Resources;* State District Court, 101st Judicial District, Dallas County, Texas; deposition testimony February 21, 2005; supplemental deposition October 3, 2005; trial testimony November 23, 2005; testified as to lost profits associated with a breach of a non-solicitation provision in a contract.

*Michael Gloster and Victoria Gloster, t/a Gloster Marketing v. Relios, Inc., H. William Pollack, III, and Carolyn Pollack;* In the United States District Court, Eastern District of Pennsylvania (Cause No. 02-CV-7140); deposition testimony February 11, 2005; testified as to issues of valuation and profits involving claims of trademark and copyright infringement.

*In re: Clarent Corporation Securities Litigation;* In the United States District Court, Northern District of California, San Francisco Division (Master File No. C-0103361CRB(JCS)); deposition testimony January 11, 2005; trial testimony January 31 and February 9, 2005; testified as to materiality, inflation per share and aggregate damages in a class action securities case involving allegations of accounting fraud against former officers of the company and the accounting firm for its audit.

*In re: DQE, Inc. Securities Litigation;* In the United States District Court, Western District of Pennsylvania (Master File No. 01-1851); deposition testimony November 23, 2004; testified as to materiality, inflation per share and aggregate damages in a class action securities case.

*In re: Worldcom, Inc. ERISA Securities Litigation;* In the United States District Court, Southern District of New York (Master File No. 02 Civ. 4816 (DLC)); deposition testimony November 15, 2004; testified as to discounts related to block size and information effects associated with the possible sale of shares of Worldcom and MCI tracking stock in the first half of the 2002.

*Adele Brody, et al.; on behalf of themselves and all others similarly situated, vs. Peter S. Hellman, et al.;* District Court, City and County of Denver, State of Colorado; deposition testimony September 3, 2004, and May 27, 2005; hearing testimony November 30, 2004; testified as to the ability to measure damages to a class of shareholders via a plan of allocation.

*In re: Broadcom Corp. Securities Litigation;* In the United States District Court, Central District of California, Southern Division (No. SACV 01-275 GLT (MLGx)); deposition testimony August 27 and 29, September 10, December 1 and 2, 2004, and January 21, 2005; testimony during hearings April 21 and May 25, 2005; testified as to materiality, valuation of customer contracts, valuation, inflation per share and aggregate damages in a securities class action and damages in a related private action.

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Burt L. Schmidt, Individually and d/b/a Diamond S Trucking vs. Navistar Financial Corporation;* State District Court, Hamilton County, Texas; deposition testimony July 28, 2004; trial testimony August 30, 2004; testified in rebuttal as to claims of lost profits associated with the repossession of tractor trucks by the defendant in 2001.

*Basic Management Inc, et al.; vs. United States of America, et al.;* In the United States District Court, District of Nevada (No. CV-S-02-0884-RCJ-(RJJ)); deposition testimony July 22 and 23, 2004; testified in rebuttal as to appropriate assumptions and methods (including discount rates and appreciation rates) for a real estate development company in Nevada.

*In re. JTS Corporation, Suzanne L. Decker, Trustee, vs. Roger W. Johnson, et al.;* In the United States Bankruptcy Court, Northern District of California, (No. 98-59752 MM; A.P. No. 00-5423); deposition testimony July 15, 2004; trial testimony April 11, 2005; testified in rebuttal to trustee's expert as to economic losses to creditors and reasonable value associated with certain business decisions.

*Randy S. Myers, Individually and on Behalf of all others Similarly Situated, vs. Progressive Concepts, Inc. d/b/a Hawk Electronics*; 352nd Judicial District, Tarrant County, Texas (Cause No. 352-201156-03); deposition testimony July 2, 2004; testified as to the appropriate measure of damages involving allegations of improper billing involving cell phone services.

*OnSite Technology LLC vs. Duratherm, Inc. et al.;* In the United States District Court for the Southern District of Texas (Civil Action No. H-02-2624); trial testimony June 10, 2004; testified as to lost profits and reasonable royalties as a result of allegations of patent infringement.

*ATS Telecommunications Systems, Inc. and ATS Liquidating, Inc. f/k/a Advanced Telecommunications Systems, Inc., by and through its Plan Agent H. Malcolm Lovett, Jr. vs. Philip R. Lacerte and Four LC Trust vs. Stan M. Gorman, Sr., and D. Scott Pool;* 113th Judicial District, Harris County, Texas (Cause No. 2001-00997); deposition testimony May 25, 2004; testified as to reasonable and customary terms and consideration for the provision of performance guarantees, reasonable start-up and operating expenses, and issues of fraud and breach of fiduciary duty.

*ISG State Operations, Inc. vs. National Heritage Insurance Company, Inc.*; 250th Judicial District, Travis County, Texas (Cause No. 95-11014); deposition testimony May 11, 2004; trial testimony April 25, 2005; testified as to appropriate measures for calculation lost profits in a breach of contract claim involving data processing.

*Xperex Corporation, et al.; vs. Viasystems Technologies Corp., LLC*; Court of Chancery, New Castle County, State of Delaware (Civil No. 20582-NC); deposition testimony April 23, 2004; testified as to the valuation of intangible assets and business related to allegations of fraudulent conveyance and breach of fiduciary duty to creditors

*Richard Marcoux, on behalf of himself and all others similarly situated, v. Billy D. Prim, Andrew J. Filipowski, et al.;* County of Forsyth, State of North Carolina (No. 04 CvS 920); deposition testimony April 12, 2004; testified as to errors in a fairness opinion issued in a proposed acquisition of a public company.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Houston Saba, L.P. vs. Nick Hernandez and Boyd Page Inc. d/b/a Boyd Page & Associates*; 280th Judicial District, Harris County, Texas (Cause No. 2003-07457); deposition testimony March 31, 2004; testified as lost profits associated with disruption of a restaurant due to street repairs and construction.

*Autoland of New Jersey, Inc., et al.; v. Commissioner of Internal Revenue;* U.S. Tax Court (Docket number 12639-02); testified in trial February 19, 2004; testified as to issues related to the reasonable compensation of executives in the auto retail business.

*Soils Control International, Inc. vs. Martin Marietta Magnesia Specialties, L.L.C. and Midwest Industrial Supply, Inc;* United States Court, District of Massachusetts (Civil Action No. A-03-CA-531 H); deposition testimony January 30, 2004; testified as to lost profits in a dispute relating to allegations of deceptive trade practices.

*In re Raytheon Company Securities Litigation;* United States Court, District of Massachusetts (Civil Action No. 99-12142 (PBS)); deposition testimony January 27, 2004; testimony in hearings May 3 and 7, 2004; testified as to materiality, causation, inflation per share and aggregate damages.

*In re: AT&T Corp Securities Litigation;* United States District Court of New Jersey (MDL No. 1399, Civil Action No. 01-1883 (GEB)); Consolidation Class Action on Behalf of the Purchasers of AT&T Wireless Tracking Stock Shares between April 27 and May 1, 2000; deposition testimony January 16, 2004; testified as to materiality, causation, inflation per share and aggregate damages.

*Robert Rodgers vs. Johnson Health Tech. Co., Ltd., Epix, Inc. d/b/a Vision Fitness, et al.;* United States District Court for the Western District of Texas, Austin Division (Civil Action No. A 02 CA 731 SS); deposition testimony January 7, 2004; testified as to reasonable royalties and damages for alleged patent infringement.

*In re. Xcelera.Com Securities Litigation.;* United States District Court, District of Massachusetts, Boston, Massachusetts (Civil Action No. 00- CV-11649(RWZ)); hearing testimony November 20 and 21, 2003; testified as to materiality, reliance and market efficiency in a hearing on class certification.

*C. F. Jordan, L.P. v. Argosy Gaming Company, Laneco Construction Systems, and Louisiana Glass*, AAA Arbitration (Case Number 71 110 01059 01); deposition testimony November 18, 2003; testified in rebuttal to allegations of lost income from hotel construction and remediation activities.

*ELIZABETH M. KURECKA, Individually and as Representative of the estate of Edward Kurecka, Deceased, MICHAEL KURECKA, TIM KURECKA, and MELANIE KURECKA POWELL v. DAVID H. AMMONS, M.D., GARY R. GODSIN, M.D., and MICHAEL PETTIBON, M.D.;* 342nd Judicial District, Tarrant County, Texas; deposition testimony September 2003; testified as to the loss of income to the survivors in a wrongful death case.

*Betsy Gross v. David Halbert and AdvancePCS;* 352nd Judicial District, Tarrant County, Texas (Cause No. 352-196123-02); deposition testimony August 26, 2003; testified at trial November 10 and 11, 2004; testified as to the valuation of executive stock options.

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Michael Aldridge, Individually and on Behalf of All Other Similarly Situated, vs. A. T. Cross Corporation; Bradford R. Boss; Russell A. Boss; et al.;* United States District Court, District of Rhode Island (C.A. No. 00-203 (ML)); deposition testimony August 19, 2003; testified as to materiality, causation and damages in a securities class action.

*In Re Broadcom Corp. Securities Litigation;* United States District Court, Central District of California, Southern Division (Master File No. SACV 01-275 GLT (Eex)); deposition testimony July 29 and 30, 2003; testified as to the market efficiency of the trading of Broadcom shares and aggregate damages calculations relating to class certification.

*J. Bryan Pickens vs. John T. Pickens, J. Michael Tiner, Michael K. Pickens, C. Robert Milner, Jr., Pickens Financial Group, L.L.C., Pickens Resource Corp., and Pickens, Ltd.*; 298th Judicial District, Dallas County, Texas (Cause No. 02-01105); deposition testimony July 11, 2003; testified as to the overall financial performance of certain companies and the fairness (or benefits to the plaintiff) of certain transactions involving the defendant companies and affiliated trusts.

*In re Arthur Franklin Tyler, Jr., Debtor; Arthur Franklin Tyler, Jr., v. Tywell Manufacturing Corporation*; U.S. Bankruptcy Court, Northern District of Texas, Dallas Division (Case No. 01-80343-SAF-13; Adversary No. 02-3530); trial testimony July 1, 2003; testified as to net asset value under various assumptions in an involuntary shareholder foreclosure/shareholder oppression dispute.

*FFP Partners, L.P. v. Jack J. Ceccarelli, Restructure Petroleum Marketing Services, Inc. f/k/a E-Z Serve Petroleum Marketing Company and Environmental Corporation of America, Inc.;* American Arbitration Association (Case No. 71-Y-198-00167-02); hearing testimony May 19, 2003; testified as to the value of gas-only operations related to allegations of breach of contract, breach of fiduciary duty and theft of business opportunities.

*RadioShack Corporation, and TE Electronics, L.P. vs. Fried, Frank, Harris, Shriver & Jacobson and Harvey Pitt*; United States District Court, Northern District of Texas, Ft. Worth Division (Civil Action No. 4:02-CV-0639-TV); deposition testimony May 9, 2003; testified as to causation and damages as a result of allegations of legal malpractice.

*Printwrap, Inc. v. Printwrap Sales, Inc. and Maxine Ammon*; 134th Judicial District, Dallas County, Texas (Cause No. 02-5064-G); deposition testimony May 6, 2003; testified as to the valuation and economic losses of a purchase of a specialty printing business as a result of allegations of material misrepresentations on the part of the seller.

*In re Theragenics Corp. Securities Litigation*; United States District Court, Northern District of Georgia, Atlanta Division (Civil Action No. 1:99-CV-141-TWT); deposition testimony April 2, 2003, and August 14, 2003; testified as to materiality, causation, inflation per share and damages as a result of allegations of securities fraud (violations of the Securities Exchange Act of 1934, Rule 10b-5).

*Teleplus, Inc., v. Avantel, S.A.;* United States District Court, Western District of Texas, San Antonio Division (Civil No. SA-98-CA-0849 FB); deposition testimony March 26, 2003; trial testimony September 25, 26 and 29, 2003; testified as to the valuation of a reseller and marketer of long-distance telephone services (primarily for domestic and international service in Mexico).

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Russell Grigsby vs. ProTrader Group Management, L.L.C., et al.;* American Arbitration Association (Cause No. 70-180-00648-02); deposition testimony March 7, 2003; arbitration hearing testimony October 17 and November 3, 2003; testified in a fraud and shareholder oppression case as to the fair value of a brokerage firm with specialization in day trading.

*Donald P. Williams vs. Peter O. Holliday, III, MD, and Open MRI of Decatur;* Circuit Court of Morgan County, Alabama (Case Number: CV-00-974); testified at trial March 4, 2003; testified as to the value of loan guarantees and the value of a business operating an MRI in a shareholder oppression lawsuit.

*Menard, Inc. v. Commissioner of Internal Revenue;* U.S. Tax Court; testified in trial February 27, 2003; testified as to the compensation of executives in comparable and guideline companies and the proper valuation of incentive compensation benefits.

*Richard Strauss, Sovereign Texas Homes, ltd., et al.; vs. Wallace Sanders & Company, et al.;* 191st Judicial District, Dallas County, Texas (Cause No. 02-2562-J); deposition testimony February 14 and 20, 2003; testified as to materiality, causation, and damages as a result of allegations of improper accounting.

*Paul Dzera, Philip J. Gund and Stephen Marotta v. Zolfo Cooper, L.L.C.;* American Arbitration Association (Arbitration no. 18Y180143301), Newark, New Jersey; hearing testimony February 11, 2003; testified as to measures of economic loss associated with claims brought by defendant.

*In re VISIONAMERICA, INC. SECURITIES LITIGATION;* United States District Court, Middle District of Tennessee, Nashville Division (Master File No. 3-00-0279); deposition testimony December 12, 2002; testified as to materiality, causation, inflation per share and damages as a result of allegations of securities fraud involving accounting misstatements (violations of the Securities Exchange Act of 1934, Rule 10b-5).

*In re National Golf Properties, Inc. Shareholder Litigation; (Masseo Investment Partners, Ltd., Anne Marie Rouleau, Thomas Feiman, IRA and Robert Lewis, On Behalf of Themselves and All Others Similarly Situated, vs. James M. Stanich, et al.;* Superior Court of the State of California, County of Los Angeles (Lead Case No. BC268215); deposition testimony November 22, 2002; testified as to fairness and problems with a fairness opinion involving a proposed acquisition of the public REIT, including process, disclosure and allocations of proceeds problems.

*Ralph R. Unstead, Jr., On behalf of Himself and All Other Similarly Situated, v. Intellect Communications, Inc., et al.;* U.S. District Court for the Northern District of Texas, Dallas Division (No. 3:99-CV-2604-M); deposition testimony October 31, 2002; testified as to materiality, causation and damages in a class action securities case.

*Physicians Resource Group, Inc. and EyeCorp, Inc., vs. Dr. David Meyer, et al.;* U.S. Bankruptcy Court, Northern District of Texas, Dallas Division; deposition testimony October 22, 2002; trial testimony February 7, 2002; testified as to issues of solvency and reasonably equivalent damages as a result of certain transactions between the defendants and the plaintiffs prior to bankruptcy.

*Maximicer, L.L.C., vs. PepsiCo, Inc.;* U.S. District Court for the Eastern District of Texas, Marshall Division (No. 2-01-CV-132(tjw)); deposition testimony October 21, 2002; trial testimony December 10, 2002; testified as to damages arising from claims of commercial defamation and other causes.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*HALCYON INVESTMENTS INC., f/k/a B.A.S.S., Inc., et al.; vs. B.A.S.S., LLC, f/k/a LIVEWELL ACQUISITION, LLC, B.A.S.S. (IP)., et al.*; AAA Arbitration (File No. 30 E 181 00434 02); deposition testimony October 10, 2002; testified as to due diligence, disclosures and economic damages estimates involving an agreement to sell a business between the parties (subject to confidentiality agreement).

*Jerry Krim, et al.; v. pcOrder.com, Inc., et al.*; U.S. District Court for the Western District of Texas, Austin Division (Master File No. A:00-CA-776-SS); hearing testimony September 20, 2002; testified in a class certification hearing on the trading of shares and source of shares purchased by proposed lead plaintiffs.

*APA EXCELSIOR III L.P., APA EXCELSIOR III OFFSHORE, L.P.,APA/FOSTIN PENNSYLVANIA VENTURE CAPITAL FUND, CIN VENTURE NOMINEES LIMITED, STUART A. EPSTEIN and DAVID EPSTEIN, v. PREMIERE TECHNOLOGIES, INC.,BOLAND T. JONES, PATRICK G.JONES, GEORGE W. BAKER, SR., and RAYMOND H. PIRTLE, JR;* U.S. District Court for the Northern District of Georgia (Civil Action No. 1:99-CV-1377-JOF); deposition testimony September 4, 2002; testified as to the materiality of certain representations and damages related to claims of securities fraud.

*Microtune, L.P. v. Broadcom Corporation*; U.S. District Court for the Eastern District of Texas, Sherman Division (Civil Action No. 4:01-CV-023); deposition testimony August 29, 2002; testified as to the reasonable royalty in a patent infringement case.

*John F. Havens, On Behalf of Himself and All Others Similarly Situated, vs. James L. Pate, et al.; and Howard Lasker, On Behalf of Himself and All Others Similarly Situated, vs. James L. Pate, et al.;* 295th Judicial District, Harris County, Texas (Cause No. 2002-16085); deposition testimony July 15, 2002; hearing testimony July 18, 2002; testified as to the materiality of certain information omitted from a proxy to Pennzoil-Quaker State shareholders, issues with respect to the fairness opinion analysis by Pennzoil's financial advisor, the determination of fairness and issues with respect to mergers and acquisitions.

*Lawrence D. Poliner, M.D. v. Texas Health Systems, et al.;* U.S. District Court, Northern District of Texas, Dallas Division (Civil Action No. 3:00CV1007-P); deposition testimony May 20, 2002; testified as to certain anti-competitive issues involving a specialist medical practice.

*In re: Chartwell Health Care, Inc.; John H. Litzler, Chapter 7 Trustee, vs. Irving D. Boyes, et al.;* U.S. Bankruptcy Court, Northern District of Texas, Dallas Division (Case No. 398-38546-SAF-7); deposition testimony April 25, 2002; testified as to solvency and economic losses of a nursing home operator.

*Leonard Sauls, Jr., v. The Estate of William Lee Hatch, Jr., Deceased, et al.;* In the Probate Court Number One, Travis County, Texas (Cause No. 75278-A); deposition testimony March 22, 2002; testified as to the measurement of lost future earning capacity, case settled before issuance of deposition transcript.

*Leland Stenovich, et al., vs. Spencer F. Eccles, et al.;* Third Judicial District Court, Salt Lake County, State of Utah (Class Action, Case No. 000907870); deposition testimony February 5 and 6, 2002; testified as to standards of practice, fairness and adequacy of consideration in a class action lawsuit relating to the acquisition of First Security Corporation by Wells Fargo.

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*In re Computer Associates Class Action Securities Litigation;* U.S. District Court for the Eastern District of New York (Master File No. 98-CV-4839); deposition testimony January 23 and 24, 2002; testified as to materiality, causation and damages in a securities fraud lawsuit.

*Pamela Graham Reeves vs. VIJ, Inc. d/b/a National Utilities Co./NUCO and Greer Industries, Inc.;* U.S. District Court for the Northern District of Texas-Fort Worth Division (Case No. 400=CV-1671- BE); trial testimony January 9, 2002; testified as to market wages, current job market and likelihood of employment for an individual alleged to have been wrongfully terminated.

*Patricia E. Vincent and James R. Vincent v. Bank of America Texas, N.A..;* In the 68th Judicial District Court, Dallas County, Texas (Cause No. DV99-00745); testimony in hearing in December 2000 and trial testimony December 18, 2001; testified as to the proper calculation of interest on a home mortgage and common standards and practices for calculating mortgage interest.

*Joan C. Howard and Charles A. Anderson, on behalf of themselves and all others similarly situated vs. Everex Systems, Inc., and Steven L.W. Hui, et al.;* U.S. District Court for the Northern District of California (Case No. C 92 3742 CAL); deposition testimony November 19 and 20 and December 17, 2001; testified as to materiality, causation and damages in a securities fraud lawsuit.

*Reinsurance International Services Company, L.L.C. v. Lambert Fenchurch Group Limited, et al.;* In the 98th Judicial District Court, Travis County Texas (Civil Action No. 99-00745); deposition testimony September 20, 2001; testified as to lost profits and lost business value experienced by a reinsurance broker relating to allegations of misrepresentations and breach of duty.

*Robert Alpert, James Ventures, L.P., Markus Investments, Inc. and James Investments, Inc. vs. Innovative Valve Technologies, Inc., et al.;* U.S. District Court for the Southern District of Texas, Houston Division (Civil Action No. H-01-076); deposition testimony September 19, 2001; testified as to materiality, causation and damages in a securities fraud lawsuit.

*Premier Lifestyles International Corporation vs. Electronic Clearing House, Inc.; XpresscheX, Inc., et al..;* Superior Court for the State of California, County of Los Angeles (Case No. BC230691); deposition testimony September 17 and 27, 2001; trial testimony November 27 and 28, 2001; testified as to lost business opportunities and damages arising from various causes of action.

*In re Phycor Corporation Securities Litigation;* U.S. District Court for the Middle District of Tennessee, Nashville Division (Civil Action No. 3-98-0834); deposition testimony August 9 and November 6,2001; testified as to materiality, causation and damages in a securities class action lawsuit.

*Ben Higbee and Bridgestone Healthcare Management, Inc., vs. Bridgestone Healthcare Management, Inc., and David E. Sones;* 101st Judicial District, Dallas County, Texas (Cause No. 00-7365-3); deposition testimony June 21, 2001; testified as to preliminary findings as to fairness of certain transactions involving a workers' compensation and rehabilitation business.

*Auto Wax Co., Inc. v. Mark V Products, Inc.;* U.S. District Court for the Northern District of Texas, Dallas Division (Civil Action No. 3-99 CV 0982-T); deposition testimony April 25, 2001; trial testimony June 29, 2001; testified as to the reasonable royalty and lost profits in a patent infringement and trademark infringement case**.**

# Schedule A:  Event Study Summary

**Oatly Group AB**
Regression analysis - 5/20/21 to 11/15/22

| Regression Window | Coefficient or Stat | T-statistic | Description | Relevant Events | Dollar Effect |
|---|---|---|---|---|---|
| ***Market & Industry Regressions*** | | | | | |
| <u>Coefficient</u> | | | | | |
| Centered R**2 | 37.72% | | Percent of Variance explained by regression | | |
| SEE | 3.79% | | Standard error of residual (portion of movement unexplained by regression) | | |
| Constant | -0.43% | -2.19 | | | |
| IWM | 124.49% | 8.25 | iShares Russell 2000 ETF | | |
| SUBINDEX1 | 49.70% | 5.33 | Equal weight geometric index consisting of (HAINxUS + STKL) | | |
| ***Market, Event and Industry Regressions*** | | | | | |
| Centered R**2 | 68.74% | | Percent of Variance explained by regression | | |
| Adjusted R**2 | 58.17% | | Percent of Variance explained by regression adjusted for indices and events | | |
| SEE | 3.10% | | Standard error of residual (portion of movement unexplained by regression) | | |
| Constant | -0.53% | (2.88) | | | |
| IWM | 115.52% | 7.73 | iShares Russell 2000 ETF | | |
| SUBINDEX1 | 42.88% | 4.48 | Equal weight geometric index consisting of (HAINxUS + STKL) | | |

| Regression Window | 1 Day Effect | T-statistic | Description | Relevant Events | Dollar Effect |
|---|---|---|---|---|---|
| 1 | 05/20/2021 | 17.31% | 5.14 | Do You Really Want to Milk a Plant? (NYT); 10:49 EDT<br>Oatly Group indicated to open at $22, IPO priced at $17 (Fly; 10:49);<br>Oatly Jumps In Debut After IPO Price Values Vegan Dairy Startup At $10 Billion (Investor's Business Daily)<br>Oprah-backed Oatly raises $1.4 billion in IPO -source (Reuters) 19:04 | 0 | $    - |
| 2 | 05/21/2021 | 10.31% | 3.16 | Oatly emphasises UK as it launches $10bn IPO (GrocerOnline; 11:30);<br>Oatly Shares Jump in Market Debut -- 4th Update (Dow Jones) 19:57 | 0 | $    - |
| 3 | 05/28/2021 | 7.25% | 2.26 | EU dairy sector has battle on hands now draft Amendment 171 is history (Just Food) | 0 | $    - |
| 4 | 06/01/2021 | 4.58% | 1.44 | Sweden's Oatly set to expand plant-based milk retail in nation (China Daily)<br>Sweden's Oatly increases investments in plant-based sources (Silkroute News)<br>A question of taste: plant-based meat revolution is on the way, says Cowin (The Australian)<br>Oatly IPO success reects a skillful brand (GROCER)<br> Oatly has climbed to the top of the legion of alternative milks. Can it keep up the momentum? (CITY AM ONL) 05:00 29th May | 0 | $    - |

## Schedule A:  Event Study Summary

**Oatly Group AB**
Regression analysis - 5/20/21 to 11/15/22

| Regression Window | | Coefficient or Stat | T-statistic | Description | Relevant Events | Dollar Effect |
|---|---|---|---|---|---|---|
| 5 | 06/07/2021 | 2.42% | 0.77 | Oatly  Partners With NYC Frozen Yogurt Chain For Plant-Based Flavors (Dow Jones) 11:56 | 0 | $   - |
| 6 | 06/08/2021 | 6.55% | 2.04 | Are Oats The New Almonds In Plant-Based Milk?  Oatly  Stock Strength Rising (Investor's Business Daily)<br>Oatly  sues fellow oat drink brand PureOaty over trademark infringement claim (GROCER) 12:07 | 0 | $   - |
| 7 | 06/14/2021 | -4.13% | -1.36 | Oatly 's business strategy is the main reason to own the stock, Truist analysts say (MRKWC) 11:21<br>Oatly  Divides Analysts Who Love the Story, But Maybe Not Quite Yet (Investing)<br>Oatly  Group Initiated at Outperform by William Blair (Dow Jones) 09:04<br> Oatly  Group Price Target Announced at $24.00/Share by JP Morgan (Dow Jones) 08:55<br>Oatly  Group Price Target Announced at $34.00/Share by Jefferies (Dow Jones) 08:52<br>Oatly  Group Initiated at Overweight by Piper Sandler (Dow Jones) 07:56<br> Oatly  Group Price Target Announced at $29.00/Share by Morgan Stanley (Dow Jones) 07:51<br> Oatly  Group Price Target Announced at $28.00/Share by RBC Capital (Dow Jones) 07:47<br>Oatly  Group Price Target Announced at $30.00/Share by Exane BNP Paribas (Dow Jones) 07:46<br>Oatly  Group Initiated at Buy by Truist Securities (Dow Jones) 07:06<br>Oatly  Group Initiated at Buy by Guggenheim (Dow Jones) 07:03<br>Oatly  Group initiated with a Perform at Oppenheimer (FLY) 06:17 EDT<br>Oatly  Group initiated with an Outperform at Credit Suisse (FLY) 06:06 EDT | 0 | $   - |
| 8 | 06/15/2021 | 1.86% | 0.59 | Fly Intel: Top five analyst initiations Catch up on today's top five… (FLY) 09:54 EDT<br> Oatly  Group Initiated at Hold by Nordea Equity (Dow Jones) 06:28<br>Oatly  Group initiated with a Hold at Nordea initiated coverage (FLY) 05:44 EDT<br>I've been trying milk substitutes in my tea – it's a stomach-churning experience (Guardian) 02:10 | 0 | $   - |
| 9 | 06/17/2021 | -1.44% | -0.47 | Betting on Plant-Based Milk Maker  Oatly  With a 'Short Strangle' (Dow Jones) 03:59<br>Vegan food bubble overheats with new actors (NF News) | 0 | $   - |
| 10 | 06/22/2021 | -1.83% | -0.59 | Popular plants are milking it: nut milks now a common offering (Shanghai Daily Online) 03:28<br>Nestlé to launch plant-based milk alternative Wunda in UK next week (Grocer) 06:13 | 0 | $   - |

## Schedule A:  Event Study Summary

**Oatly Group AB**
Regression analysis - 5/20/21 to 11/15/22

| Regression Window | Coefficient or Stat | T-statistic | Description | Relevant Events | Dollar Effect |
|---|---|---|---|---|---|
| 11 | 5.83% | 1.82 | The oat milk company  Oatly  received a remark about marketing aimed at children (STTEN)<br>Oats, oats, everywhere (TORONTO Star) | 0 | $   - |
| 12 | -0.89% | -0.29 | " Oatly  will likely never make money in a notoriously fickle and deflationary food industry,' claims activist short seller;  Oatly  'rejects all these false claims' (GFOOD)<br>Oatly  Slips As Spruce Point Accuses It Of Overstating Revenue (Investing)<br>Short Seller Claims This Alternative-Milk Stock Is Spoiled (Investor's Business Daily)<br>Short Seller Accuses Oat Milk Producer  Oatly  Of Falsifying Revenue, Greenwashing (Benzinga) 14:31<br> Oatly  falls to all-time low as a short-seller accuses oat milk company of overstating revenue and misleading investors (Business Insider) 12:11<br>Oatly  tells Reuters it stands behind reporting, rejects all short (FLY) 12:48 EDT<br>BUZZ- Oatly  falls as short seller alleges overstated revenue (REUTERS) 10:42<br>$14.90 per share, and longer-term insolvency risk," Spruce Point wrote. "While... (FLY)<br>BRIEF- Oatly  Accused Of Overstating Revenue And Greenwashing By Activist Short Spruce Point- CNBC (Reuters) 09:08<br>Spruce Point says  Oatly  overstated sales, shares 70% overvalued, CNBC... (FLY) 09:23 EDT<br>Spruce Point accuses  Oatly  Group of overstating revenue, CNBC reports (FLY) 09:20 EDT | 0 | $   - |
| 13 | -4.60% | -1.52 | Oatly  stock falls more than 9% after short seller attacks company's practices (CNN) 14:23<br>The Best Plant-Based Milks -- from Almond to Oat -- Rigorously Tested (Dow Jones) 14:05<br>Fake-milk fakery?  Oatly  denies hedgie claim of bogus earnings reports (NYPO)<br>Piper view on  Oatly  unchanged after short report, keeps $30 (FLY) 06:03 EDT | 0.5 | $ (0.478) |
| 14 | 0.64% | 0.21 | Wild Oats? Inside Spruce Point's 124-Page Attack Alleging Mismanagement And False Claims At  Oatly (Forbes) | 0 | $   - |
| 15 | 0.27% | 0.09 | Short-seller Spruce Point says  Oatly  Group changed recycling claims (FLY); 09:46 EDT | 0 | $   - |
| 16 | 0.19% | 0.06 | Potato-Based Milk Enters the Booming Plant-Based Milk Market With a Bang (PR Newswire) 08:50 | 0 | $   - |
| 17 | -1.59% | -0.51 | Oatly  loses UK trademark dispute to Glebe farm (City Online) 09:12<br>FAMILY-RUN FIRM WINS LEGAL BATTLE WITH MULTIMILLION-POUND  OATLY (Press Association National Newswire) 10:36 | 0 | $   - |

Regression Window dates: 11: 07/08/2021; 12: 07/14/2021; 13: 07/15/2021; 14: 07/16/2021; 15: 07/26/2021; 16: 08/04/2021; 17: 08/05/2021

## Schedule A:  Event Study Summary

**Oatly Group AB**
Regression analysis - <span style="color:red">5/20/21 to 11/15/22</span>

| Regression Window | | Coefficient or Stat | T-statistic | Description | Relevant Events | Dollar Effect |
|---|---|---|---|---|---|---|
| 18 | 08/11/2021 | -8.13% | -2.72 | Why  Oatly 's Stock Is Trading Lower Wednesday (Benzinga) 15:34  Among a series of tweets aimed at Oatly, Spruce Point's Twitter noted Wednesday: "Things that make you go...hmmm #OATLY $OTLY will report earnings on Aug 16th, the absolute last day possible they must file with the SEC. Loads of academic research points to companies pushing off bad news, and pulling fwd good news." | **0.5** | $ (0.792) |
| 19 | 08/12/2021 | -2.51% | -0.82 | Oatly  to open oatmilk plant in Texas in 2023, its third US production facility (GFOOD)  Oatly  Group Price Target Cut to $29.00/Share From $30.00 by Credit Suisse (Dow Jones) 07:50  Oat drink company to open Fort Worth plant; similar company eyeing area (Fort Worth Business Press) | 0 | $     - |
| 20 | 08/16/2021 | -1.02% | -0.33 | Oatly  accused of bully tactics over Nottingham firm's use of 'Barista' (TIMEUK) 15 Aug 19:01  Oatly  Reports Second Quarter 2021 Financial Results (GlobeNewswire) 07:00  Oatly  Group reports Q2 EPS (11c), consensus (10c)Reports Q2 revenue (FLY) 07:03 EDT  Oatly  Group announces increase in oat base capacity at Utah (FLY) 07:06 EDT  Oatly  Earnings Miss But Forecasts Full-year Revenue Ahead Of Expectations (Dow Jones) 07:22  Oatly  Reports Q2 Revenue $146.2 mln (Reuters) 07:27  Oatly  forecasts annual revenue surge on vegan milk boom (Reuters) 10:52  Oatly  Group's outlook is achievable, NT set-up 'favorable,' says Piper Sandler (FLY) | 0 | $     - |
| 21 | 08/17/2021 | -1.19% | -0.39 | Flood of demand lifts  Oatly  by half (TIMEUK) 19:01  Oatly  Group Price Target Raised to $30.00/Share From $29.00 by Credit Suisse (Dow Jones) 08:29  Oatly Group price target lowered to $25 from $35 at Truist (FLY) 08:52 EDT  Oatly Group price target raised to $36 from $32 at Guggenheim (FLY) 10:36 EDT | 0 | $     - |
| 22 | 08/18/2021 | -2.73% | -0.89 | Oatly Group Price Target Cut to $20.00/Share From $29.00 by Morgan Stanley (Dow Jones) 07:56 | 0 | $     - |
| 23 | 08/19/2021 | 6.10% | 1.91 | Oatly  Group upgraded to Outperform from Sector Perform at RBC (FLY) 06:28 EDT | 0 | $     - |
| 24 | 08/27/2021 | -1.43% | -0.46 | 4 reasons why  Oatly  will soar 79% amid a boom in oat milk sales, according to BofA (Business Insider) 09:24 | 0 | $     - |
| 25 | 09/10/2021 | 6.08% | 1.89 | Cowen starts  Oatly  at Outperform, says 'punching above its (FLY) 06:58 EDT  Why  Oatly  Shares Are Rising (Benzinga) 14:13 | 0 | $     - |
| 26 | 09/14/2021 | -3.28% | -1.07 | Oatly  to Participate in the Cowen Health, Wellness & Beauty Summit (Sudan News Agency ) 8:30AM | 0 | $     - |

## Schedule A:  Event Study Summary

**Oatly Group AB**
Regression analysis - 5/20/21 to 11/15/22

| Regression Window | | Coefficient or Stat | T-statistic | Description | Relevant Events | Dollar Effect |
|---|---|---|---|---|---|---|
| 27 | 09/20/2021 | 2.72% | 0.86 | Oatly Group initiated with a Buy at Citi (FLY) | 0 | $ - |
| 28 | 09/21/2021 | 1.62% | 0.52 | Planet Oat captures share in competitive oat milk category with an all-inclusive, easy-access approach (GFOOD) | 0 | $ - |
| 29 | 09/30/2021 | 2.18% | 0.69 | Alternative-Milk Company Perfect Day Raises $350 Million, Prepares for IPO; Food-tech startup advised by Leonardo DiCaprio is valued at roughly $1.5 billion (WSJ) 18:00 This is how much sugar is really in oat drinks (DWLEN) | 0 | $ - |
| 30 | 10/05/2021 | -1.98% | -0.65 | Joint venture to process more oats for fast-growing market (Farmers Weekly) | 0 | $ - |
| 31 | 10/06/2021 | -0.03% | -0.01 | Oatly CEO Bets Brand Strength Can Overcome Supply Woes (Postmedia Breaking News) | 0 | $ - |
| 32 | 10/08/2021 | -0.06% | -0.02 | Oatly Group upgraded to Overweight from Neutral at JPMorgan (FLY) 04:53 EDT JPMorgan upgrades Oatly with valuation warranting 'constructive… (FLY) 05:42 EDT | 0 | $ - |
| 33 | 10/11/2021 | -2.77% | -0.90 | Sweden: Oatly to launch research and innovation centre in Lund (Esmerk Swedish News) | 0 | $ - |
| 34 | 10/21/2021 | -2.40% | -0.78 | Oatly to Dive Deeper Into the Potential of Oats With New Research and Innovation Center at Lund University (GlobeNewswire) 16:05 | 0 | $ - |
| 35 | 10/27/2021 | -3.33% | -1.09 | Oatly Group price target lowered to $24 from $30 at Credit (FLY) 08:42 EDT | 0 | $ - |
| 36 | 11/15/2021 | -19.85% | -7.13 | Oatly Reports Third Quarter 2021 Financial Results (GlobeNewswire) 07:18 Oatly Group reports Q3 EPS (7c), consensus (9c)Reports Q3 revenue (FLY) 07:32 EST Oatly Shares Sink After Revenue Warning (Dow Jones) 07:47 Oatly shares crash as supply chain challenges lead to revenue warning at plant-based brand (Grocer) 11:27 Oatly Shares Dive on Lowered Revenue Forecast (Dow Jones) 11:53 Oatly Hit By Challenging Q3 Earnings, Covid Effects; Stock Down 18% (Investing) Oatly shares fall 20% after 'quality issue' warning and delivery delays (Guardian) 12:50 Oatly lowers FY revenue forecast following 'temporary setback' at Utah plant, COVID-19, driver shortages; plans frozen novelty launch in US (GFOOD) Q3 2021 Oatly Group AB Earnings Call - Final (FNDW) | 1 | $ (2.040) |

## Schedule A: Event Study Summary

**Oatly Group AB**
Regression analysis - 5/20/21 to 11/15/22

| Regression Window | | Coefficient or Stat | T-statistic | Description | Relevant Events | Dollar Effect |
|---|---|---|---|---|---|---|
| 37 | 11/16/2021 | 9.41% | 2.89 | Oatly  Shares Fall as Oat-Milk Maker Details Production Issues; Company backed by celebrities like Oprah Winfrey and Jay-Z lowers sales outlook (WSJO) 16:22<br>Oatly  shareholders cry over spilt milk (TIMES)<br>Oatly  Group price target lowered to $14 from $30 at Piper Sandler (FLY) 06:05 EST<br>Oatly  Group downgraded to Neutral from Buy at BofA (FLY) 06:16 EST<br>Oatly  Group price target lowered to $13 from $21 at Citi (FLY) 06:27 EST<br>Oatly  Group Price Target Cut to $11.00/Share From $32.00 by B of A Securities (Dow Jones) 07:05<br>Oatly  Group Price Target Cut to $20.00/Share From $28.00 by RBC Capital (Dow Jones) 07:11<br>07:47 EST  Oatly  Group price target lowered to $16 from $24 at Credit (FLY) 07:47<br>Analysts Are Cutting  Oatly 's Price Target. The Stock Is Gaining (Barron's) 14:56 | 1 | $   - |
| 38 | 11/17/2021 | -5.63% | -1.86 | The Stockout:  Oatly  shares remain under pressure as revenue growth slows (FreightWaves) | 1 | $   - |
| 39 | 11/18/2021 | 4.55% | 1.43 | Oatly  Says Co Has Initiated Recall For Limited Selection Of Products In Sweden (Reuters) 17:24<br>Oatly  Group upgraded to Overweight from Equal Weight at Morgan (FLY) 05:26 EST<br>Oatly  Group Price Target Cut to $14.00/Share From $20.00 by Morgan Stanley (Dow Jones) 06:17<br>Oatly  to increase prices to combat inflation amid revenue downgrade. (JU Foods) | 0 | $   - |
| 40 | 11/19/2021 | 3.58% | 1.13 | Oatly , a leader of the plant-based milk category in China, opens first Chinese factory (GlobeNewswire) 16:05<br>Oatly  Group current valuation looks attractive, says Piper (FLY) 16:29 EST | 0 | $   - |
| 41 | 11/22/2021 | -7.96% | -2.67 | Holy cow! The milkman who weaned us off dairy (Times)<br>Plant-based industry fails to put meat on the bone (STEL)<br>Oatly  Group downgraded to Neutral from Overweight at Atlantic (FLY) 05:35 EST<br>Atlantic Equities Downgrades This Oat Drink Company Citing Limited Visibility (Benzinga) 12:57<br>Oatly  Group Price Target Announced at $11.50/Share by Atlantic Equities (Dow Jones) 06:16 | 0 | $   - |
| 42 | 11/30/2021 | -0.34% | -0.11 | HSBC starts  Oatly  at sell, says management overestimated market (FLY) 06:20 EST | 0 | $   - |
| 43 | 12/07/2021 | 5.56% | 1.74 | Got oat milk? New dairy alternative takes hold in Korea (Korea Herald) | 0 | $   - |
| 44 | 12/08/2021 | -0.52% | -0.17 | Oatly  Group AB at Citi Global Consumer Conference (Virtual) - Final (FNDW) | 0 | $   - |
| 45 | 12/10/2021 | -0.69% | -0.22 | Moma eyes massive hike in sales following AG Barr takeover (Grocer) 12:12 | 0 | $   - |

## Schedule A:  Event Study Summary

**Oatly Group AB**
Regression analysis - 5/20/21 to 11/15/22

| Regression Window | | Coefficient or Stat | T-statistic | Description | Relevant Events | Dollar Effect |
|---|---|---|---|---|---|---|
| 46 | 12/20/2021 | -2.50% | -0.81 | More construction approved for  Oatly  Inc. to add processing capacity (Daily Journal)<br>Oatly  heralds birth of 'postmilk' shopper (Grocer) | 0 | $    - |
| 47 | 12/30/2021 | 1.18% | 0.38 | Oatly  Announces Changes to its Board of Directors (Globenewswire) 12/29 16:05 | 0 | $    - |
| 48 | 01/05/2022 | 4.04% | 1.26 | Oatly  shares have 'significant upside' in 2022, says Piper (Fly) 06:23 EST | 0 | $    - |
| 49 | 01/21/2022 | -1.42% | -0.46 | HSBC upgrades  Oatly  to Hold, says issues now priced in (FLY) 07:50 EST<br>Oatly  takes less aggressive approach… with puppets (Grocer) 11:34 | 0 | $    - |
| 50 | 01/25/2022 | 2.25% | 0.71 | Ads for oat drink company  Oatly  have been banned for making misleading (Press Association) 07:03 | 0 | $    - |
| 51 | 01/26/2022 | 0.32% | 0.10 | Oat milk adverts misled public on benefits of ditching dairy (TIMEUK) 20:01<br>Oatly  ads banned by UK watchdog over 'misleading' green claims  (Reuters) 19:08<br>Oatly  ads banned by UK watchdog over 'misleading' green claims (Guardian) 25 Jan 19:41<br>Oatly  'Help Dad' ad push banned by ASA over 'misleading' climate claims (Grocer) 04:51 | 0 | $    - |
| 52 | 01/27/2022 | -3.04% | -0.99 | Oatly  Group initiated with a Neutral at Mizuho analyst John (FLY) 16:27 EST | 0 | $    - |
| 53 | 01/28/2022 | 3.05% | 0.97 | The truth about the great oat milk 'con' (Telegraph) 00:00<br>Court of public opinion is tough place for PM and Oatly (Farmers Weekly) | 0 | $    - |
| 54 | 02/07/2022 | 2.87% | 0.91 | Can potato milk establish itself as a serious dairy alternative? (Grocer) 12:46<br>Dairy-free milk made from POTATOES hits the shelves of Waitrose (but buyers are unimpressed with its 'saline aftertaste' and £1.80-a-litre price tag (Mail Online) 11:25 | 0 | $    - |
| 55 | 03/08/2022 | -0.40% | -0.13 | Oatly  to emerge winner in 2022 plant-based peers' battle (Reuters) 12:05 | 0 | $    - |
| 56 | 03/09/2022 | -4.69% | -1.54 | Oatly  Reports Fourth Quarter and Full Year 2021 Financial Results (GlobeNewswire) 07:00<br>Oatly  Group sees 2022 revenue $880M-$920M, consensus $1.01B (Fly) 07:09 EST<br>Oatly  Group reports Q4 EPS (13c), consensus (9c)Reports Q4 revenue (Fly) 07:07 EST<br>Oatly  Stock Jumps After Revenue Beats Expectations (Dow Jones) 07:22<br> Oatly  Posts Wider 4Q Losses as Expenses, Costs Climb (Dow Jones) 07:25<br> Oatly  Gains on Strong Outlook as Plant-Based Milk Gets More Fans (Investing)<br>Plant-Based Milk Maker  Oatly  Sees Stock Dip on Latest Earnings Report (Barron's) 10:04<br>Oatly  losses balloon as it puts growth ahead of profits (Grocer) 12:33<br>Q4 2021  Oatly  Group AB Earnings Call - Final (FNDW) | 0 | $    - |

## Schedule A:  Event Study Summary

**Oatly Group AB**
Regression analysis - 5/20/21 to 11/15/22

| Regression Window | | Coefficient or Stat | T-statistic | Description | Relevant Events | Dollar Effect |
|---|---|---|---|---|---|---|
| 57 | 03/10/2022 | -4.75% | -1.56 | Oatly  dips on earnings (Times) / Oatly  Group price target lowered to $10 from $14 at Piper Sandler (Fly) 06:11 EST / Oatly Group price target lowered to $14 from $21 at Guggenheim (Fly) 07:06 EST / Oatly  Group price target lowered to $10 from $15 at Barclays (Fly) 07:38 EST / Oatly  Group Is Maintained at Overweight by Morgan Stanley (Dow Jones) 07:52 / Oatly  Group Is Maintained at Buy by Guggenheim (Dow Jones) 10:08 | 0 | $   - |
| 58 | 03/11/2022 | -3.59% | -1.17 | Oatly Group price target lowered to $6 from $7 at Mizuho (Fly) 06:44 EST / Oatly  Group Is Maintained at Outperform by RBC Capital (Dow Jones) 07:45 | 0 | $   - |
| 59 | 03/15/2022 | -0.83% | -0.27 | Oatly  Pioneered Oat Milk. Now it's Struggling to Keep Up. (WSJ) 3/14 16:38 / Oatly 's Growing Pains Trip Oat Milk Pioneer -- WSJ (Dow Jones) 02:32 | 0 | $   - |
| 60 | 03/16/2022 | 3.39% | 1.07 | Oatly 's loss of market share is good for shoppers (Quartz) | 0 | $   - |
| 61 | 03/22/2022 | -0.95% | -0.31 | Oatly Group price target lowered to $10 from $15 at Truist (Fly) 07:10 EDT | 0 | $   - |
| 62 | 03/30/2022 | -3.68% | -1.21 | Plant Based Food Trends Pick Up Steam as Major Players Enter the Market (PR Newswire) 09:00 | 0 | $   - |
| 63 | 03/31/2022 | 1.69% | 0.54 | Oatly  Transitions North America Production Facilities To 100% Renewable Electricity For 2021 (Globenewswire) 09:00 / Oatly  transitions North America production facilities to renewable (Fly) 09:02 EDT | 0 | $   - |
| 64 | 04/06/2022 | -6.59% | -2.19 | Oatly Group AB Files Annual Report on Form 20-F for the Fiscal Year Ended December 31, 2021 (Globenewswire) 08:24 / Oatly  Group files annual report on Form 20-FOatly Group announced that (Fly) 08:26 EDT | 0 | $   - |
| 65 | 04/21/2022 | -2.23% | -0.72 | Oatly  Expands Executive Leadership Team; Adds Two Consumer Packaged Goods Industry Veterans to Support Next Phase of Global Growth (GlobeNewswire) 07:00 / Oatly  Group names Jean-Cristophe Flatin as president, Daniel Ordonez (Fly) 07:13 EDT / Oatly  Taps Packaged Food Prowess as Shares Slide -- Market Talk (Dow Jones) 10:13 / Vegetable beverage giant  Oatly  takes over Danone's CEO in Spain (NF News) | 0 | $   - |
| 66 | 04/22/2022 | 3.46% | 1.09 | Expert Ratings for  Oatly  Group (Benzinga) 14:12  Piper Sandler cuts target price to $8 from $10 | 0 | $   - |
| 67 | 05/03/2022 | -5.93% | -1.97 | Oatly Group price target lowered to $4 from $6 at Mizuho (Fly) 06:55 EDT / Spruce Point says covered remaining Oatly position Spruce Point Capital (Fly) 15:37 EDT | 0 | $   - |

## Schedule A:  Event Study Summary

**Oatly Group AB**
Regression analysis - 5/20/21 to 11/15/22

| Regression Window | | Coefficient or Stat | T-statistic | Description | Relevant Events | Dollar Effect |
|---|---|---|---|---|---|---|
| 68 | 05/04/2022 | 8.31% | 2.56 | Oatly  Reports First Quarter 2022 Financial Results (GlobeNewswire) 07:00 Oatly  Group reports Q1 EPS (15c), consensus (12c)Reports Q1 revenue (Fly) 07:05 EDT Oatly  Group reaffirms FY22 revenue view $880M-$920M (Fly) 07:07 EDT Oatly  Beats Revenue Expectations As New Production Facilities Ramp Up (Dow Jones) 07:22 Oatly  Jumps on Sales Beat, Losses Widen -- Market Talk (Dow Jones) 08:23 Oatly  Raising Prices as Margins Squeezed by Higher Costs, Pandemic -- Market Talk (Dow Jones) 10:05 Oatly  the 'fastest turning national brand in US milk category' in Q1 says loss-making firm; US revenues up 40% (GFOOD) Oatly  Group AB (publ) - Post-effective Amendment to Registration Statement for Employee Benefit Plan (Form S-8 POS) (SEC Filings) Q1 2022  Oatly  Group AB Earnings Call - Final (FNDW) | 0 | $      - |
| 69 | 05/05/2022 | 0.88% | 0.27 | Oatly  Group valuation 'very compelling,' says Piper Sandler (Fly) 06:08 EDT Oatly  Group price target lowered to $10 from $11 at Citi (Fly) 06:40 EDT | 0 | $      - |
| 70 | 05/06/2022 | -3.54% | -1.15 | Oatly  talks up potential amid higher sales but deeper losses in Q1 (Market Line News) 14:02 | 0 | $      - |
| 71 | 05/12/2022 | -0.35% | -0.10 | Work starts on new Oatly factory (WRBM Global Food);  Oatly  Group AB (publ) - Notice convening the annual general meeting of  Oatly  Group AB (publ) - Form 6-K | 0 | $      - |
| 72 | 05/24/2022 | -4.88% | -1.61 | Oatly  Lines Up a Successor to CEO Toni Petersson, Sources Say -- WSJ (Dow Jones) 12:50 Oatly  Group lining up eventual CEO successor to Toni Petersson, WSJ (Fly) 12:54 EDT Oatly  ADRs Slip 5% After WSJ Report of CEO Succession Plans (Dow Jones) 14:06 Oatly  Lines Up a Successor to CEO Toni Petersson; Petersson led search for new executives, and no CEO change is imminent, chairman says (WSJ) 12:50 | 0 | $      - |
| 73 | 05/25/2022 | 3.83% | 1.20 | Oatly  Launches One-Hour Delivery in Los Angeles and New York City (GlobeNewswire) 09:01 Oatly  Group launches one-hour delivery in Los Angeles, New York (Fly) 09:13 EDT Oatly  Group AB at Cowen Future of the Consumer: Sustainable Growth for a New Ecosystem Conference - Final (FNDW) | 0 | $      - |
| 74 | 05/31/2022 | 1.35% | 0.43 | Australia:  Oatly  Owns Trademark for ' OATLY  NOT MILK' (Australian Government News) | 0 | $      - |

## Schedule A:  Event Study Summary

**Oatly Group AB**

Regression analysis - 5/20/21 to 11/15/22

| Regression Window | | Coefficient or Stat | T-statistic | Description | Relevant Events | Dollar Effect |
|---|---|---|---|---|---|---|
| 75 | 06/09/2022 | -0.84% | -0.27 | Oatly  Adds Electric Trucks to Its North American Transportation Logistics (GlobeNewswire) 09:00<br>Oatly  introduces electric heavy duty trucks to fleet in North America (Fly)<br>As Dairy Loses Its Sparkle,  Oatly  Pushes for Plant-Based Drinks to Be Part of School Meals (Adweek) | 0 | $   - |
| 76 | 06/15/2022 | 4.77% | 1.50 | Oatly  Group price target lowered to $7 from $8 at Credit Suisse (Fly) 17:34 EDT<br>Where  Oatly  Group Stands With Analysts (Benzinga) 08:58<br>Sustainable nutrition in plant-based milk: From powdered oats to 'super sustainable' spuds, how are brands meeting consumer demands? (GFOOD) | 0 | $   - |
| 77 | 06/16/2022 | -0.74% | -0.24 | Oatly  Group AB Announces Results of 2022 Annual General Meeting (GlobeNewswire) 08:30<br>Oatly  Group announce results of 2022 Annual General Meeting (Fly) 08:41 EDT | 0 | $   - |
| 78 | 06/17/2022 | -2.30% | -0.75 | Oatly  expands lineup with launch of mini and chilled Barista formats (Grocer) 18:03 | 0 | $   - |
| 79 | 07/29/2022 | -1.91% | -0.62 | Oatly  Group AB expected to post a loss of 14  cents a share - Earnings Preview (Reuters) 02:34 | 0 | $   - |
| 80 | 08/02/2022 | -16.68% | -5.88 | Oatly Reports Second Quarter 2022 Financial Results (GlobeNewswire) 07:00<br>Oatly  Group reports Q2 EPS (12c), consensus (13c)Reports Q2 revenue (Fly) 07:09 EDT<br>Oatly Group lowers FY22 revenue view to $800M-$830M from (Fly) 07:12 EDT<br>Oatly  Group: Q2 Earnings Insights (Benzinga) 07:36<br>Oatly  Group AB reports results for the quarter ended in June - Earnings Summary (Reuters) 09:26<br> Oatly  Lowers Full-Year Outlook, Posts Wider Loss (Dow Jones) 12:00<br>Oatly  shares sour as plant-based group slashes growth expectations (Grocer) 10:28<br>Oatly  sales outlook sours as headwinds stack up (Just Food)<br>Some  Oatly , Stumptown Drinks Among Products Recalled by Lyons Magnus -- Update (Dow Jones) 14:25<br>Some  Oatly , Stumptown Drinks Among Products Recalled by Lyons Magnus; More than 50 nutritional, beverage products are affected by the recall over potential microbial contamination (WSJO) 14:25<br>Oatly  Lowers Full-Year Outlook, Posts Wider Loss; The oat-milk manufacturer says macro challenges make it harder to switch consumers from dairy (WSJO) 11:46<br>Q2 2022  Oatly  Group AB Earnings Call - Final (FNDW) | 0 | $   - |

## Schedule A:  Event Study Summary

**Oatly Group AB**
Regression analysis - 5/20/21 to 11/15/22

| Regression Window | | Coefficient or Stat | T-statistic | Description | Relevant Events | Dollar Effect |
|---|---|---|---|---|---|---|
| 81 | 08/03/2022 | 6.57% | 2.05 | Sour taste Shares in  Oatly (The Times) <br> Oatly  Group price target lowered to $6 from $8 at Piper Sandler (Fly) 06:06 EDT <br> Oatly  Group price target lowered to $5 from $6 at Barclays (Fly) 06:31 EDT <br> Oatly  Group price target lowered to $9 from $14 at RBC Capital (Fly) 08:09 EDT <br> Oatly  Group Is Maintained at Outperform by Credit Suisse (Fly) 08:34 <br> Oatly  Group Is Maintained at Outperform by RBC Capital (Dow Jones) 10:40 <br> Oatly  Group Is Maintained at Neutral by Mizuho (Dow Jones) 11:01 <br> PREVIEW-Beyond Meat sales under threat as plant-based boom withers (Reuters) 13:23 | 0 | $   - |
| 82 | 08/04/2022 | 6.61% | 2.06 | Oatly  CEO Toni Petersson says oat-milk proves resilient to price pressures. (Just Food) | 0 | $   - |
| 83 | 08/08/2022 | 0.49% | 0.16 | Oatly  shares slump to new low amid economic uncertainties (Grocer) | 0 | $   - |
| 84 | 08/16/2022 | -1.66% | -0.54 | Trendy oat milk brand  Oatly  - backed by Oprah, Jay Z and Natalie Portman - expands drinks recall over microbial contamination fears (Mail Online) 16:28 | 0 | $   - |
| 85 | 09/13/2022 | -1.83% | -0.59 | Oatly Group downgraded to Neutral from Outperform at Credit Suisse (Fly) 05:48 EDT <br> Oatly  Group ADRs Fall 7% After Credit Suisse Downgrade on Consumer Risks in Europe, Asia (Dow Jones) 13:21 <br> 5 Analysts Have This to Say About  Oatly  Group (Benzinga) 14:05 | 0 | $   - |
| 86 | 09/27/2022 | 3.63% | 1.15 | Oatly  Debuts Original YouTube Cooking Show That Asks the Burning Question, "Will It Swap?" (GlobeNewswire) 08:00 <br> Oatly  Group debuts YouTube cooking show 'Will it Swap?' Oatly  Group (Fly) 08:14 EDT | 0 | $   - |
| 87 | 10/10/2022 | -2.81% | -0.92 | OAT MILK BRAND FAILS IN BID TO TRADEMARK 'BARISTA' (Marlborough Express) | 0 | $   - |
| 88 | 10/13/2022 | -4.92% | -1.62 | Oatly : is the plucky alt-milk challenger brand plucked? (Grocer) 06:44 | 0 | $   - |
| 89 | 10/26/2022 | -2.36% | -0.77 | Oatly  Partners With Germany's Aral To Launch Oat Drink In About 1,250 Aral Owned Petrol Stations (Reuters) 08:15 | 0 | $   - |
| 90 | 11/10/2022 | 7.59% | 2.16 | Refresco eyes up plant-based dairy market after spurt of M&A (Just Food) | 0 | $   - |
| 91 | 11/11/2022 | 12.55% | 3.78 | Oatly  Group AB: A loss of 11 cents per share anticipated for third quarter (Reuters) 11:33 | 0 | $   - |

## Schedule A:  Event Study Summary

**Oatly Group AB**
Regression analysis - 5/20/21 to 11/15/22

| Regression Window | | Coefficient or Stat | T-statistic | Description | Relevant Events | Dollar Effect |
|---|---|---|---|---|---|---|
| 92 | 11/14/2022 | -9.61% | -3.23 | Oatly  Reports Third Quarter 2022 Financial Results (GlobeNewswire) 07:00<br>Oatly  Group reports Q3 EPS (18c), consensus (11c) (Fly)<br>Oatly  Group sees FY22 revenue $700M-$720M, consensus $798.58M (Fly)<br>Oatly  Stock Slides 5% Premarket As Earnings Fall Short Of Estimates Hurt By COVID Restrictions In Asia, Strong Dollar (Dow Jones) 07:16<br>Oatly  Falls on Earnings Miss, Cuts Headcount  (Dow Jones) 08:14<br>Oatly  lowers full-year sales outlook as Q3 loss widens (Investing)<br> Oatly  Misses Expectations; Eyes Cost Cuts. This Analyst Sees an Opportunity (Barron's) 13:55<br>Oatly  to cut headcount, pivot to hybrid manufacturing model: 'Strategic co packers are easier to find now' (GFood)<br>Q3 2022  Oatly  Group AB Earnings Call - Final (FNDW) | 0 | $    - |
| 93 | 11/15/2022 | -5.40% | -1.78 | Oatly  stock tumbles 12% as company's loss widens amid production snags at a U.S. plant and COVID lockdowns in Asia; Oat-milk maker to pivot to asset-light strategy as it works to scale up production to meet robust demand (Market Watch) 08:42<br>Oatly  Group Is Maintained at Neutral by Credit Suisse (Dow Jones) 09:04 | 0 | $    - |

**Schedule B.1**

**Inflation per Share on Call Options at May 28, 2021**

|  | Strike Price | Avg. Inflation at 5/28/21 |  |
|---|---|---|---|
| Options Expiring: July 2021 |  |  | 2021/07/16 |
| CPDN4 | 22.50 | $ 1.577 |  |
| C3FS5 | 25.00 | $ 1.090 |  |
| Options Expiring: September 2021 |  |  | 2021/09/17 |
| C1SQH | 22.50 | $ 1.759 |  |
| CXKPL | 25.00 | $ 1.414 |  |
| Options Expiring: December 2021 |  |  | 2021/12/17 |
| C454V | 22.50 | $ 1.865 |  |
| C9F3T | 25.00 | $ 1.596 |  |

Notes:

Average Share Price at 5/28/2021 =                    $  23.20

All calculations based on Black-Scholes-Merton Option Pricing Models and difference based on inflation per share.

Source of data was FactSet detailed option trade summary data for each day, each strike price, and expiration date.

**Schedule B.2**

## Example of Call Opton Purchase 7/13/21 and Sale 7/15/21

| | Strike Price | Avg. Inflation at 7/13/2021 | | Avg. Loss between 7/13 and 7/15/21 | Avg. Claim before Discount | Avg. Claim After Discount | Theoretical Damages if sold 7/15/21 |
|---|---|---|---|---|---|---|---|
| | | | | | $ 0.23 | $ 0.058 | |
| Options Expiring: July 2021 | | | 2021/07/16 | | | | |
| CKRZH | 20.00 | $ 1.582 | | $ 1.48 | $ 0.23 | $ 0.058 | $ 0.404 |
| CPDN4 | 22.50 | $ 0.212 | | $ 0.18 | $ 0.18 | $ 0.045 | $ 0.100 |
| Options Expiring: August 2021 | | | 2021/08/20 | | | | |
| C7N0F | 20.00 | $ 1.749 | | $ 1.18 | $ 0.23 | $ 0.058 | $ 0.315 |
| CBCCW | 22.50 | $ 1.054 | | $ 0.68 | $ 0.23 | $ 0.058 | $ 0.211 |
| Options Expiring: September 2021 | | | 2021/09/17 | | | | |
| CCG60 | 20.00 | $ 1.785 | | $ 1.07 | $ 0.23 | $ 0.058 | $ 0.310 |
| C1SQH | 22.50 | $ 1.206 | | $ 0.73 | $ 0.23 | $ 0.058 | $ 0.224 |

Notes:

Average Share Price at 7/13/21 = $21.54

Average Share Price at 7/15/21 = $19.18

All calculations based on Black-Scholes-Merton Option Pricing Models and difference based on inflation per share.

Source of data was FactSet detailed option trade summary data for each day, each strike price, and expiration date.

**Schedule B.3**

**Example of Purchase of Call Options 11/12/21 and Sale on 11/15/21**

| | Strike Price | Avg. Inflation at 11/12/21 | | Avg. Loss between 11/12 and 11/15/21 | | Avg. Claim before Discount | | Avg. Claim After Discount | | Theoretical Damages | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Limit per Plan of Allocation | | | | | | $ | 1.05 | $ | 0.210 | | |
| Options Expiring: November 2021 | | 11/19/2021 | | | | | | | | | |
| C6YMS | 10.00 | $ | 1.313 | $ | 1.92 | $ | 1.05 | $ | 0.210 | $ | 1.313 |
| CXPMD | 12.50 | $ | 0.668 | $ | 0.84 | $ | 0.84 | $ | 0.167 | $ | 0.668 |
| Options Expiring: December 2021 | | 12/17/2021 | | | | | | | | | |
| CGBKG | 10.00 | $ | 1.314 | $ | 1.76 | $ | 1.05 | $ | 0.210 | $ | 1.314 |
| C3R71 | 12.50 | $ | 0.809 | $ | 1.05 | $ | 1.05 | $ | 0.210 | $ | 0.809 |
| Options Expiring: March 2022 | | 3/18/2021 | | | | | | | | | |
| CDN89 | 10.00 | $ | 1.353 | $ | 1.58 | $ | 1.05 | $ | 0.210 | $ | 1.353 |
| CZV6Z | 12.50 | $ | 1.016 | $ | 1.16 | $ | 1.05 | $ | 0.210 | $ | 1.016 |

Notes:

Average Share Price at 11/12/2021 = $11.60

Average Share Price at 11/15/2021 = $9.41

All calculations based on Black-Scholes-Merton Option Pricing Models and difference based on inflation per share.

Source of data was FactSet detailed option trade summary data for each day, each strike price, and expiration date.