UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
In re OATLY GROUP AB SECURITIES    :   Consolidated Civil Action No.
LITIGATION                         :   1:21-cv-06360-AKH
———————————————————————— x
                                       [~~PROPOSED~~] ORDER APPOINTING
                                       CLAIMS ADMINISTRATOR AND
                                       REQUIRING PERIODIC REPORTS BY
                                       CLAIMS ADMINISTRATOR

As discussed on the record during the February 21, 2024 hearing of Plaintiffs' Motion for Preliminary Approval of Settlement, the Court approves Lead Counsel's selection of Gilardi & Co. LLC ("Gilardi") as the Claims Administrator. Gilardi estimates that

1. Notice and Administration Costs through the initial distribution of the Net Settlement Fund will not exceed $450,000. Notwithstanding the fact that the Effective Date has not yet occurred, Plaintiffs' Counsel may pay from the Settlement Fund, without further approval from Defendants or the Federal Court, reasonable Notice and Administration Costs actually incurred up to $450,000, including, without limitation, the actual costs of notice, and the administrative expenses incurred and fees charged by the Claims Administrator in connection with providing notice and processing the submitted claims.

2. Gilardi shall submit to the Court periodic reports as follows:

| | |
|---|---|
| First Report: | Upon the completion of the processing of claims, a report describing how many claims were received and the aggregate amount of such claims; |
| Second Report: | Once the first distribution is sent, a report informing the Court that distribution of the Net Settlement Fund has begun and the amount distributed; |
| Third Report: | After a reasonable time for negotiating the checks has passed, a report informing the Court that a second distribution was made and the amount of that second distribution; and |

| | |
|---|---|
| Fourth Report: | After a reasonable time for negotiating the checks issued in the second distribution has passed, a report informing the Court that a third distribution is appropriate and the amount of that third distribution, or if it is determined that the remaining Net Settlement Fund is *de minimus*, that a charitable contribution was made to No Kid Hungry, a charity focused on nutrition and ending childhood hunger, and the amount of that charitable contribution. |

IT IS SO ORDERED.

DATED: March 27, 2024

_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE