**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re OATLY GROUP AB SECURITIES LITIGATION | Consolidated Civil Action No. 1:21-cv-06360-AKH |
| | CLASS ACTION |
| | Judge: Hon. Alvin K. Hellerstein Date:  July 17, 2024 Time:  2:30 PM |

**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES, PAYMENT OF LITIGATION EXPENSES, AND AWARD TO CLASS REPRESENTATIVE FOR ITS COSTS AND EXPENSES**

TO: ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that on July 17, 2024, at 2:30 p.m., or at such other time as may be set, in Courtroom 14D of the U.S. District Court for the Southern District of New York, located at 500 Pearl St. New York, New York 10007-1312, plaintiffs Mario Bello, Mark D. Hayden, and Kai Jochims, and their counsel Scott+Scott Attorneys at Law LLP and Robbins Geller Rudman & Dowd LLP will respectfully move the Court for entry of and order which:  (i) awards attorneys' fees; (ii) pays litigation expenses incurred in prosecuting this litigation; and (iii) approves the individual plaintiffs' requests for awards for the time and expenses they incurred prosecuting this case, as authorized by Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(4), *et seq.*

This motion is based on the Stipulation and related settlement exhibits; the accompanying Memorandum of Law in Support of Plaintiffs' Counsel's Motion for an Award of Attorneys' Fees and Expenses and an Award to Plaintiffs Pursuant to 15 U.S.C. §77z-1(A)(4); the Joint Declaration of Jacob B. Lieberman and Michael G. Capeci in Support of (1) Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; And (2) Plaintiffs'

Counsel's Motion for an Award of Attorneys' Fees and Expenses and an Award to Plaintiffs Pursuant To 15 U.S.C. §77z-1(A)(4) and the exhibits attached thereto; the Court's order granting preliminary approval of the settlement; all of the prior pleadings in this Action; and such additional evidence or argument as may be presented to or required by the Court.

Proposed orders will be submitted with Plaintiffs' reply submission on or before July 10, 2024.

Dated: June 3, 2024                    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: *William C. Fredericks*
DAVID R. SCOTT
WILLIAM C. FREDERICKS
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Tel:  212/233-6444
Fax:  212/233-6334
david.scott@scott-scott.com
wfredericks@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

JACOB B. LIEBERMAN
156 South Main Street
Colchester, CT  06415
Tel: 860/537-5537
Fax: 860/537-4432
jlieberman@scott-scott.com

*Lead Counsel for Federal Plaintiffs and the Proposed Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**

SAMUEL H. RUDMAN
MICHAEL G. CAPECI
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

srudman@rgrdlaw.com
mcapeci@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**

ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

*Additional Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically provide notice to all counsel of record.

*s/ Jacob B. Lieberman*
Jacob B. Lieberman