# EXHIBIT 9

K6BKDEUC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

NORBERT G. KAESS, et al,

          Plaintiffs,

       v.

    09 CV 1714 (GHW)(RWL)
    Telephone Conference

DEUTSCHE BANK AG, et al.,

          Defendants.

------------------------------x

    New York, N.Y.
    June 11, 2020
    4:30 p.m.

Before:

         HON. GREGORY H. WOODS,

                  District Judge

           APPEARANCES

GLANCY PRONGAY & MURRAY LLP
    Attorneys for Plaintiffs
BY:  BRIAN P. MURRAY
    -and-
ROBBINS GELLER RUDMAN & DOWD LLP
BY:  THEODORE J. PINTAR
    ERIC NIEHAUS
    KEVIN LAVELLE

CAHILL GORDON & REINDEL LLP
    Attorneys for Deutsche Bank Defendants
BY:  DAVID JANUSZEWSKI
    SAMUEL MANN

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
    Attorneys for Underwriter Defendants
BY:  WILLIAM J. O'BRIEN
    ANDREW BEATTY

K6BKDEUC

expended over 26,000 hours in total in this case, resulting in a total lodestar of $16,069,646. Niehaus fee declaration paragraph 4, Exhibit A; Murphy fee declaration, Exhibit A. Robbins Geller expended 17,356.85 hours with a lodestar of $12,021,477, Glancy Prongay & Murray LLP expended 8,097.8 hours with a lodestar of $3,639,826.50, the Frank Murray LLP expended 562.2 hours with a lodestar of $355,902.50. Id. Plaintiffs' counsel submitted declarations and time reports in support of their motion for attorneys' fees. Id. Counsel submitted a summary time records detailing the billable rate and hours worked by each attorney and professional support staff in this case. I find that these billable rates based on the timekeeper's title, specific years of experience, and market rates for similar professionals in their fields nationwide and in New York, where Robbins Geller LLP is based, to be reasonable in this context.

Based on plaintiffs' counsel's requested fee – one-third of the settlement, or by the Court's calculation, $6,166,666.67 – the lodestar yields a negative "cross-check" multiplier of about 0.38; therefore, the fee is well below the typically awarded multipliers in this circuit. "Courts regularly award lodestar multipliers from 2 to 6 times lodestar in this circuit." Fleisher v. Phoenix Life Insurance Company, 2015 WL 10847814, at *18 (S.D.N.Y. Sept. 9, 2020)(quotation omitted)(collecting cases). Thus, the lodestar