UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | x |  |
| --- | --- | --- |
| In re OATLY GROUP AB SECURITIES LITIGATION | : | Consolidated Civil Action No. |
|  | : | 1:21-cv-06360-AKH |
|  | : |  |
|  | x |  |

**[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION**

This matter having come before the Court on July 17, 2024, on Plaintiffs' motion for approval of the Plan of Allocation of the Settlement proceeds in the above-captioned action (*see* ECF. No. 111), and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.      This Order incorporated by references the definitions in the Stipulation of Settlement dated February 14, 2024 (the "Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2.      Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons who are Settlement Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

3.      There were no objections to the Plan of Allocation.

4.      The Court finds that the Plan of Allocation, as set forth in the Notice, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Settlement Class Members who submit valid Proofs of Claim, after taking into account considerations on administrative convenience and necessity.

5.      The Court therefore finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable, and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: _____     _____

THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE